ROB BONTA
Attorney General of California
PAULA L. BLIZZARD (SBN 207920)
Senior Assistant Attorney General
NATALIE S. MANZO (SBN 155655)
BRENT K. NAKAMURA (SBN 283572)
Supervising Deputy Attorney General
DANIEL D. AMBAR (SBN 278853)
WINSTON H. CHEN (SBN 166959)
MATTHEW E. DELGADO (SBN 306999)
NICOLE S. GORDON (SBN 224138)
JENNIFER K. HANE (SBN 275729)
ASHLEY KAPLAN (SBN 293443)
CASEY KOVARIK (SBN 348032)
DIVYA B. RAO (SBN 292853)
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1230
 Telephone: (213) 269-6153
 Fax: (916) 731-3637
 Email: Daniel.Ambar@doj.ca.gov

*Attorneys for Plaintiff State of California*
Additional counsel identified on signature page

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE STATE OF CALIFORNIA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> PARAMOUNT SKYDANCE CORP., and WARNER BROS. DISCOVERY, INC., <br><br> *Defendants.* | Case No. 4:26-cv-7116 <br><br> **PLAINTIFF STATE OF CALIFORNIA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff State of California respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with Plaintiffs' Complaint (attached hereto).

Certain portions of the Plaintiffs' Complaint contain information obtained from Defendants Paramount Skydance Corp. ("Paramount"), and Warner Bros. Discovery, Inc. ("Warner Bros."), and from third parties listed below, during the course of Plaintiffs' non-public investigation regarding Paramount's proposed acquisition of Warner Bros. Paramount, Warner Bros, and the

third parties listed below designated certain of this information as confidential pursuant to state confidentiality laws, including Cal. Gov. Code § 11180, *et seq.*  Accordingly, Plaintiffs seek to file under seal:

| Document | Portions to be Filed Under Seal | Designating Party |
|---|---|---|
| Complaint | Paragraph 6, Pages 3, Lines 23-27 | Warner Bros. |
| Complaint | Paragraph 11, Page 5, Lines 4-6 | Paramount |
| Complaint | Paragraph 13, Page 5, Lines 17-22 | Paramount |
| Complaint | Paragraph 39, Page 12, Lines 10-11 | Warner Bros. |
| Complaint | Paragraph 44, Page 13, Line 10 | Paramount & Warner Bros. |
| Complaint | Paragraph 52, Page 15, Lines 1-2 | Paramount |
| Complaint | Paragraph 56, Pages 15-16, Lines 27-28, 1-2 | Paramount |
| Complaint | Paragraph 57, Page 16, Lines 9-11 | Warner Bros. |
| Complaint | Paragraph 64a, Page 18, Lines 1-2 | Third Party [DIRECTV] |
| Complaint | Paragraph 64d, Page 18, Line 26 | Third Party [DIRECTV] |
| Complaint | Paragraph 79, Page 22, Lines 19-21 | Paramount |
| Complaint | Paragraph 80, Page 22, Lines 22-26 | Paramount |
| Complaint | Paragraph 84, Page 23, Lines 21-22 | Paramount & Warner Bros. |
| Complaint | Paragraph 93, Page 25, Lines 20-27 | Paramount & Warner Bros. |
| Complaint | Paragraph 104, Page 28, Lines 19-20 | Paramount |
| Complaint | Paragraph 107, Page 29, Lines 21-22 | Paramount |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document or a portion thereof "has been designated as confidential by another party or non-party." L.R. 79-5(f).  Plaintiffs have redacted the above-referenced portions of their Complaint because Paramount, Warner Bros., or a third party has designated the information contained therein as confidential pursuant to state confidentiality statutes, including Cal. Gov. Code § 11180, *et seq.*  Plaintiff State of California takes no position on the merits of sealing any other party's designated material and expect Paramount, Warner Bros, and the third parties to file one or more declarations in accordance with the Local Rule 79-5(f)(3).

In compliance with Civil Local Rule 79-5(e)(2), an unredacted version of the Complaint accompanies this Administrative Motion.  The portions to be sealed are highlighted in yellow.  In accordance with Local Rule 7-11, Plaintiff State of California has also filed a Proposed Order.

Plaintiff will serve this Administrative Motion on all defendants and relevant third parties and will file a Certificate of Service.

Dated:  July 13, 2026

Respectfully submitted,

*/s/ Daniel Ambar*

ROB BONTA
Attorney General of California
PAULA L. BLIZZARD (SBN 207920)
Senior Assistant Attorney General
NATALIE S. MANZO (SBN 155655)
BRENT K. NAKAMURA (SBN 283572)
Supervising Deputy Attorneys General
DANIEL D. AMBAR (SBN 278853)
WINSTON H. CHEN (SBN 166959)
MATTHEW E. DELGADO (SBN 306999)
NICOLE S. GORDON (SBN 224138)
JENNIFER K. HANE (SBN 275729)
ASHLEY KAPLAN (SBN 293443)
CASEY KOVARIK (SBN 348032)
DIVYA B. RAO (SBN 292853)
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013-1230
  Telephone: (213) 269-6153
  Fax: (916) 731-3637
  Email: Daniel.Ambar@doj.ca.gov

RICHARD PARKER (SBN 62356)
JAMES WEINGARTEN (*pro hac vice* forthcoming)
ADAM DI VINCENZO (*pro hac vice* forthcoming)
GRANT BERMANN (*pro hac vice* forthcoming)
ANASTASIA PASTAN (*pro hac vice* forthcoming)
JULIA MAY (*pro hac vice* forthcoming)
NATALIE NOGUEIRA (*pro hac vice* forthcoming)
ALLISON CHESKY (*pro hac vice* forthcoming)
MILBANK LLP
  1101 New York Ave. NW
  Washington, DC 20005
  Telephone: (202) 835-7525
  Fax: (202) 263-7586
  Email: jweingarten@milbank.com

KELLY D. GARCIA (*pro hac vice* forthcoming)
MILBANK LLP
  55 Hudson Yards
  New York, NY 10001
  Telephone: (212) 530-5781
  Email: kgarcia@milbank.com

*Attorneys for Plaintiff State of California*

ADMINISTRATIVE MOTION

3

Case No.: 4:26-cv-7116

**FILER'S ATTESTATION**

I, Daniel Ambar, am the ECF User whose ID and password are being used to file this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.   In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.


By: */s/ Daniel Ambar*
Daniel Ambar

ADMINISTRATIVE MOTION                              5                              Case No.: 4:26-cv-7116