ROB BONTA
Attorney General of California
PAULA L. BLIZZARD (SBN 207920)
Senior Assistant Attorney General
NATALIE S. MANZO (SBN 155655)
BRENT K. NAKAMURA (SBN 283572)
Supervising Deputy Attorney General
DANIEL D. AMBAR (SBN 278853)
WINSTON H. CHEN (SBN 166959)
MATTHEW E. DELGADO (SBN 306999)
NICOLE S. GORDON (SBN 224138)
JENNIFER K. HANE (SBN 275729)
ASHLEY KAPLAN (SBN 293443)
CASEY KOVARIK (SBN 348032)
DIVYA B. RAO (SBN 292853)
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1230
 Telephone: (213) 269-6153
 Fax: (916) 731-3637
 Email: Daniel.Ambar@doj.ca.gov

*Attorneys for Plaintiff State of California*
*Additional counsel identified on signature page*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE STATE OF CALIFORNIA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> PARAMOUNT SKYDANCE CORP., and WARNER BROS. DISCOVERY, INC., <br><br> *Defendants.* | Case No. 4:26-cv-7116 <br><br> **DECLARATION OF JAMES H. WEINGARTEN IN SUPPORT OF PLAINTIFF STATE OF CALIFORNIA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

I, James H. Weingarten, declare and state as follows:

I am a partner at the law firm of Milbank LLP, counsel for Plaintiff State of California (the "Submitting Party") in the above-captioned action. I submit this Declaration in support of Plaintiff State of California's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed for portions of its Complaint (the "Complaint"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify to them.

1.   Attached hereto as Exhibit 1 is the Complaint (Dkt. 1) in *redacted* form.  Civil L.R. 79-5(e)(1).

2.   Attached hereto as Exhibit 2 is the Complaint in *unredacted* form.  The portions of the document sought to be sealed are highlighted and the phrase "FILED UNDER SEAL" is prominently marked on the first page.  Civil L.R. 79-5(e)(2).

3.   During the pre-complaint investigation of this matter, the parties listed in Submitting Party's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed designated as confidential the highlighted portions of the Complaint.

4.   Submitting Party's request is limited to information designated as confidential by the parties listed in Submitting Party's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, and is thus narrowly tailored to seek sealing only of sealable material.

5.   I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 13, 2026
Washington, DC

_____
James H. Weingarten

*Counsel for Plaintiff State of California*

DECLARATION OF JAMES H. WEINGARTEN
IN SUPPORT OF PLAINTIFF STATE OF
CALIFORNIA'S ADMINISTRATIVE MOTION

2

Case No.: 4:26-cv-7116