**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE STATE OF CALIFORNIA, *et al.*,<br><br>              *Plaintiffs*,<br><br>      v.<br><br>PARAMOUNT SKYDANCE CORP., and<br>WARNER BROS. DISCOVERY, INC.,<br><br>              *Defendants*. | Case No. 4:26-cv-7116<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF STATE OF CALIFORNIA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Plaintiff the State of California has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Plaintiff's Administrative Motion") in connection with the Complaint (Dkt. No. 1). Plaintiff's Administrative Motion concerns information that Defendants Paramount Skydance Corp. ("Paramount"), and Warner Bros. Discovery, Inc. ("Warner Bros.") or third parties have designated as confidential pursuant to confidentiality statutes, including Cal. Gov Code. § 11180, *et seq.* Plaintiff, in accordance with Local Rule 79-5(c)(3), has identified "in table format each document or portion thereof that is sought to be sealed":

| Document | Portions to be Filed Under Seal | Designating Party |
|---|---|---|
| Complaint | Paragraph 6, Pages 3, Lines 23-27 | Warner Bros. |
| Complaint | Paragraph 11, Page 5, Lines 4-6 | Paramount |
| Complaint | Paragraph 13, Page 5, Lines 17-22 | Paramount |
| Complaint | Paragraph 39, Page 12, Lines 10-11 | Warner Bros. |

PROPOSED ORDER                                1                          Case No.: 4:26-cv-7116

| Complaint | Paragraph 44, Page 13, Line 10 | Paramount & Warner Bros. |
|---|---|---|
| Complaint | Paragraph 52, Page 15, Lines 1-2 | Paramount |
| Complaint | Paragraph 56, Pages 15-16, Lines 27-28, 1-2 | Paramount |
| Complaint | Paragraph 57, Page 16, Lines 9-11 | Warner Bros. |
| Complaint | Paragraph 64a, Page 18, Lines 1-2 | Third Party [DIRECTV] |
| Complaint | Paragraph 64d, Page 18, Line 26 | Third Party [DIRECTV] |
| Complaint | Paragraph 79, Page 22, Lines 19-21 | Paramount |
| Complaint | Paragraph 80, Page 22, Lines 22-26 | Paramount |
| Complaint | Paragraph 84, Page 23, Lines 21-22 | Paramount & Warner Bros. |
| Complaint | Paragraph 93, Page 25, Lines 20-27 | Paramount & Warner Bros. |
| Complaint | Paragraph 104, Page 28, Lines 19-20 | Paramount |
| Complaint | Paragraph 107, Page 29, Lines 21-22 | Paramount |

Having considered Plaintiff's Administrative Motion and any other papers submitted in support or opposition pursuant to Civil Local Rule 79-5(f)(3);

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ] GRANTED IN ITS ENTIRETY.  The unredacted versions of the Complaint shall remain under seal.

[ ] DENIED IN ITS ENTIRETY.  Plaintiff shall file a complete unredacted version of the Complaint within 7 days of the entry of this Order.

[ ] GRANTED/DENIED IN PART.  Plaintiff shall file a revised redacted version of the Complaint, redacting only the information contained in the following specific paragraphs and/or documents within 7 days' entry of this Order.

IT IS SO ORDERED.

Dated: _____, 2026

_____
United States District Judge
Northern District of California

PROPOSED ORDER

2

Case No.: 4:26-cv-7116