# EXHIBIT 1

## DECLARATION OF MICHAEL P. O'LEARY

1. I am the President and Chief Executive Officer of Cinema United. This declaration is made in support of Plaintiffs' Motion for Temporary Restraining Order. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify to them.

2. Cinema United is the largest film exhibition trade organization in the world representing more than 500 members, 3,000 theatres, and 31,000 movie screens across all 50 states. Cinema United members include theatres of all sizes, from the largest theatre chains to one-screen theatres.

3. Theatrical exhibition is a Main Street industry, not a Hollywood industry. Many Cinema United members are small family businesses in cities and towns of all sizes, in all 50 states in this country and in countries around the globe. In rural areas, it is not uncommon for movie fans to drive 30-plus miles to visit the cinema. The local theatre often acts as a cultural and economic center for the surrounding community.

4. Cinema United conducts research regarding the state of the theatrical exhibition industry. We survey our members and the public, gather data, and analyze trends in theatrical releases and moviegoing. We routinely share our analysis and insights with our members, government officials, the media, and the public.

5. Every year, millions of people visit movie theatres to see films on the big screen. In the twelve months before August 2025, more than 200 million Americans aged 12-74 went to see at least one movie in theatres. In 2025, North American movie theatre ticket sales reached almost $9 billion, a significant rebound from the COVID-19 pandemic low of $2.2 billion. The number of moviegoers who see at least six movies per year in theatres has grown to 33% (as of August 2025) from 25% (as of August 2024).

6. Movie theatre attendance by younger people is driving increases in ticket sales. While a recent study showed 76% of US adults reported seeing at least one movie in theatres last year, 87% of those in "Gen Z" (aged 14-29) did so. Research indicates that going to see a movie in theatres opening weekend is the #1 preferred weekend activity among U.S. consumers aged 13-34. Gen Z is increasing its number of visits to movie theatres year over year, in part because movie theatres have invested heavily in every aspect of the theatrical experience.

7. Exhibitors have made substantial investments to improve the movie going experience and attract more customers. These improvements further differentiate the cinema experience from streaming movies at home.

8. The largest film distributors in the United States have historically been and continue to be the anchors of the global entertainment industry. These five studios, Walt Disney Studios (including 20th Century Fox), Paramount Skydance Corp. (Paramount), Sony Pictures Entertainment, Inc., Universal Pictures (NBCUniversal), and Warner Bros. Discovery, Inc.

(Warner Bros.), accounted for approximately 77% of the U.S. and Canadian box office over the period of 1995-2025. Despite the existence of smaller distribution companies, the "Big Five" Hollywood studios are critical to the domestic box office.

9. Studio consolidation is one of the biggest threats to exhibition and, in the recent past, has reduced choice and increased costs for exhibitors and ultimately for the movie-going public.

10. One of Cinema United's main functions is to analyze the theatrical distribution industry and the impact of changes on Cinema United members. We have analyzed the effects of the proposed merger between Paramount and Warner Bros. Many of Cinema United's members are concerned that a modest reduction in output by the merged studios will cause layoffs and reduced investment in theatres. A significant reduction could cause theatre closures. Small operators (less than 75 screens) are the most vulnerable, with the highest likelihood of going out of business.

11. If the purchase of Warner Bros. by Paramount is approved, it will combine two of the biggest rival legacy movie studios. That combination will be harmful to theatrical exhibition, consumers, and the movie entertainment ecosystem overall. Further concentrating marketplace power in an already concentrated market in the hands of a smaller group of distributors that can dictate the licensing fees, length of theatrical windows, scheduling, screen-placement of movies, and access to historic film catalogs will have a real and lasting impact on theatres and millions of movie fans in the U.S. and around the world.

12. When evaluating legacy studio consolidation, historical precedent is telling. In 2016, Disney and 20th Century Fox separately released a combined twenty-six new titles, opening in more than 2,000 domestic locations. In the wake of the Disney/Fox merger, however, in 2025, their combined total fell to just fourteen wide releases, a 46% decline. In terms of box office, 2025 fell to $2.40B from $4.29B in 2016—a 44% drop. Based on Cinema United's review of the proposed merger between Paramount and Warner Bros., there is no reason to believe the impact of a Paramount/Warner Bros. merger would be any different.

13. The stakes of this deal could not be higher for Cinema United's members and the future of the U.S. film industry. Further consolidation, with a combination of two of the remaining "Big Five" legacy studios, will likely lead to fewer movies being made. In addition to fewer movies, prices will likely increase, leading to fewer theatres, fewer jobs, and fewer choices for American consumers. If this merger is approved, a significant number of theatres will likely have to close their doors.

14. Many of Cinema United's member theatres are in small towns. Restaurants, bars, coffee shops and other shops near theatres benefit from foot traffic from theatre audiences. Additionally, theatres contract with numerous vendors to support movie theatre operations, amplifying theatres' economic impact. Because of this, theatre closures will have ripple effects on their local economies.

15. Beyond reduced output, Cinema United is concerned that the loss of competition between Paramount and Warner Bros. will give a combined Paramount/Warner Bros. studio the ability

to raise prices. Even before Paramount and Warner Bros. announced their deal, theatre owners were experiencing declining leverage in negotiating reasonable terms with studios regarding distribution of movies. The proposed combination of Paramount and Warner Bros. will exacerbate the lack of leverage.

16. If the Paramount/Warner Bros. deal closes, even fewer studios will be competing for space in theatres, and the combined Paramount-Warner Bros. studio, and the other remaining studios, will have increased leverage to dictate the key terms and conditions under which movies can be shown theatrically including pricing, periods of exclusivity, the ability to tailor scheduling to appeal to local communities, and screen placement. This would be felt by the entire exhibition industry, but most acutely by the smaller movie theatre operators.

Pursuant to 28 U.S.C. § 1746, I, Michael P. O'Leary, declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on July 10, 2026, in Washington, D.C.

By: _____

Michael P. O'Leary

3