# LEE DECLARATION

# FILED UNDER SEAL