RICHARD PARKER (SBN 62356)
JAMES WEINGARTEN (*pro hac vice* pending)
ADAM DI VINCENZO (*pro hac vice* pending)
GRANT BERMANN (*pro hac vice* pending)
ANASTASIA PASTAN (*pro hac vice* pending)
JULIA MAY (*pro hac vice* pending)
NATALIE NOGUEIRA (*pro hac vice* pending)
ALLISON CHESKY (*pro hac vice* pending)
MILBANK LLP
  1101 New York Ave. NW
  Washington, DC 20005
  Telephone: (202) 835-7525
  Email: jweingarten@milbank.com

KELLY D. GARCIA (*pro hac vice* pending)
MILBANK LLP
  55 Hudson Yards
  New York, NY 10001
  Telephone: (212) 530-5871
  Email: kgarcia@milbank.com

*Attorneys for Plaintiff State of California*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE STATE OF CALIFORNIA, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE COMMONWEALTH OF MASSACHUSETTS, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF OREGON, AND THE STATE OF WASHINGTON, <br><br> *Plaintiffs,* <br><br> v. <br><br> PARAMOUNT SKYDANCE CORP., AND WARNER BROS. DISCOVERY, INC., <br><br> *Defendants*. | Case No.: 4:26-cv-7116 <br><br> **DECLARATION OF JAMES H. WEINGARTEN IN SUPPORT OF PLAINTIFF STATES' MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

I, James H. Weingarten, hereby declare as follows:

1.    I am a partner at the law firm of Milbank LLP, counsel for Plaintiff State of California in the above-captioned action.  I submit this Declaration to provide the Court with documents supporting Plaintiffs' Motion for Temporary Restraining Order and Order to Show Cause as to Why a Preliminary Injunction Should Not Issue.  To the best of my knowledge, information, and belief, the exhibits to this Declaration are true and correct copies of documents described below.

2.    Exhibit A is a true and correct copy of Warner Bros. Discovery's Q2 2022 Earnings Press Release, retrieved from https://s201.q4cdn.com/336605034/files/doc_financials/2022/q2/ WBD-2Q22-Earnings-Release-Final.pdf [https://perma.cc/ZQ73-96WM] on July 11, 2026.

3.    Exhibit B is a true and correct copy of the Walt Disney Company's Q3 FY18 Earnings Conference Call transcript, retrieved from https://s206.q4cdn.com/979796730/files/ doc_events/2018/08/q3-fy18-earnings-transcript.pdf [https://perma.cc/QXT7-3882] on July 11, 2026.

4.    Exhibit C is a true and correct copy of the Walt Disney Company's Q2 FY2019 Earnings Conference Call transcript, retrieved from https://s206.q4cdn.com/979796730/files/ doc_events/2019/05/q2-fy19-earnings-transcript.pdf [https://perma.cc/ARJ7-BMNF] on July 11, 2026.

5.    Exhibit D is a true and correct copy of Warner Bros. Discovery's Q2 2022 Earnings Presentation, retrieved from https://s201.q4cdn.com/336605034/files/doc_presentations/WBD-2Q22-Earnings-Presentation-Final.pdf [https://perma.cc/87P5-FZZA] on July 11, 2026.

6.    Exhibit E is a true and correct copy of Warner Bros. Discovery's Q1 2023 Earnings Presentation, retrieved from https://s201.q4cdn.com/336605034/files/doc_financials/2023/ q1/WBD-1Q23-Earnings-Presentation-Final-05-04-23.pdf  [https://perma.cc/8YVG-G75N]  on July 11, 2026.

7.    Exhibit F is a true and correct copy of a document bearing Bates stamps WBD-2R-006827782–866.

8.    Exhibit G is a true and correct copy of Warner Bros. Discovery's Securities and

Exchange Commission Form 10-K, dated February 24, 2023, retrieved from https://d18rn0p25nwr6d.cloudfront.net/CIK-0001437107/90eea2f5-2a70-4b6d-8149-b26ee7a25f34.pdf [https://perma.cc/E99H-NXBY] on July 11, 2026.

9. Exhibit H is a true and correct copy of a document bearing Bates stamps WBD-2R-000631460–61.

10. Exhibit I is a true and correct copy of Paramount Skydance Corporation's Securities and Exchange Commission Form 8-K, dated November 10, 2025, retrieved from https://ir.paramount.com/static-files/6c37d75f-4fc1-4ab8-96a9-dd432951bcb3 [https://perma.cc/4EGY-AFPN] on July 11, 2026.

11. Exhibit J is a true and correct copy of a document bearing Bates stamps PSKY-NYAG-00006203–86.

12. Exhibit K is a true and correct copy of a document bearing Bates stamps PSKY-CID-000278–89.

13. Exhibit L is a true and correct copy of a document bearing Bates stamps PSKY-NYAG-00004587–651.

14. Exhibit M is a true and correct copy of Paramount Skydance Corporation's Securities and Exchange Commission Form 8-K, dated February 19, 2026, retrieved from https://www.sec.gov/Archives/edgar/data/2041610/000110465926017874/tm2533570d64_8k.htm [https://perma.cc/RZT3-6KZK] on July 11, 2026.

15. Exhibit N is a true and correct copy of a document bearing Bates stamps PSKY-NYAG-2R-00854897-902.

16. Exhibit O is a true and correct copy of a document bearing Bates stamps PSKY-NYAG-00010546–759.

17. Exhibit P is a true and correct copy of a document bearing Bates stamps PSKY-NYAG-2R-00428381–89.

18. Exhibit Q is a true and correct copy of a document bearing Bates stamps WBD-2R-004352124–75.

19. Exhibit R is a true and correct copy of a document bearing Bates stamps WBD-2R-

DECLARATION OF JAMES H. WEINGARTEN IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER

3

Case No. 4:26-cv-7116

006268400–37.

20.    Exhibit S is a true and correct copy of a document bearing Bates stamps PSKY-NYAG-2R-00801275-304.

21.    Exhibit T is a true and correct copy of a document bearing Bates stamps PSKY-NYAG-2R-00801069-99.

22.    Exhibit U is a true and correct copy of a document bearing Bates stamps WBD-2R-002572700–06.

23.    Exhibit V is a true and correct copy of a document bearing Bates stamps PSKY-NYAG-00009653–56.

24.    Exhibit W is a true and correct copy of Cinemark Holdings, Inc. and Cinemark USA, Inc.'s Securities and Exchange Commission Form 10-K, dated February 18, 2026, retrieved from https://ir.cinemark.com/sec-filings/all-sec-filings/content/0001193125-26-056015/0001193125-26-056015.pdf [https://perma.cc/R8ER-TLDG] on July 11, 2026.

25.    Exhibit X is a true and correct copy of a document bearing Bates stamps PSKY-NYAG-00004950–80.

26.    I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 13, 2026
Washington, DC

_____
James H. Weingarten

*Counsel for Plaintiff State of California*

DECLARATION OF JAMES H.
WEINGARTEN IN SUPPORT OF MOTION          4          Case No. 4:26-cv-7116
FOR TEMPORARY RESTRAINING ORDER