# EXHIBIT F
# FILED UNDER SEAL