# EXHIBIT J

# FILED UNDER SEAL