# EXHIBIT L

# FILED UNDER SEAL