# EXHIBIT N
# FILED UNDER SEAL