# EXHIBIT P
# FILED UNDER SEAL