# EXHIBIT Q
# FILED UNDER SEAL