# EXHIBIT R
# FILED UNDER SEAL