# EXHIBIT S
# FILED UNDER SEAL