# EXHIBIT U
# FILED UNDER SEAL