# EXHIBIT V
# FILED UNDER SEAL