# EXHIBIT X
# FILED UNDER SEAL