**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE STATE OF CALIFORNIA, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE COMMONWEALTH OF MASSACHUSETTS, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF OREGON, AND THE STATE OF WASHINGTON,<br>*Plaintiffs,*<br>v.<br>PARAMOUNT SKYDANCE CORP., AND WARNER BROS. DISCOVERY, INC.,<br>*Defendants.* | Case No.: 4:26-cv-7116<br>*Hearing: As soon as the matter may be heard.*<br>**[PROPOSED] ORDER GRANTING PLAINTIFF STATES' MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

On July 13, 2026, the State of California, the State of Arizona, the State of Colorado, the State of Connecticut, the Commonwealth of Massachusetts, the State of Minnesota, the State of Nevada, the State of New Jersey, the State of New Mexico, the State of New York, the State of Oregon, and the State of Washington, by and through their respective Attorneys General (collectively, "Plaintiff States") filed a Complaint in this action seeking to permanently enjoin the proposed acquisition by Defendant Paramount Skydance Corp. ("Paramount") of Defendant Warner Bros. Discovery, Inc. ("Warner Bros.") (the "Transaction") pursuant to Sections 7 and 16 of the Clayton Act, 15 U.S.C. §§ 18, 26.

WHEREAS, on July 13, 2026, Plaintiff States also filed a Motion for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue (the "Motion"); and

WHEREAS, Defendants may close and consummate the Transaction after 11:59 p.m. Eastern Time on July 21, 2026;

The Court, having considered the Motion, any opposition thereto, all pleadings on file and arguments presented by the parties, and pursuant to Rule 65 of the Federal Rules of Civil Procedure and Section 16 of the Clayton Act, 15 U.S.C. § 26, the Court FINDS as follows:

Plaintiff States are likely to succeed on the merits of their claim that the Transaction violates the Clayton Act because it may substantially lessen competition in at least one of three relevant antitrust markets: (1) distribution of wide-release theatrical films, (2) distribution of anticipated top-grossing theatrical films, and (3) licensing of basic cable channels to distributors;

Plaintiff States are likely to suffer irreparable harm in the absence of preliminary relief;

The balance of equities tips in Plaintiff States' favor; and

An injunction is in the public interest.

Accordingly, the Court hereby **GRANTS** Plaintiff States' Motion for a Temporary Restraining Order and Order to Show Cause and **ORDERS** that Defendants are temporarily enjoined and restrained from closing or consummating the Transaction or taking any steps, directly or indirectly, to integrate or consolidate their operations pursuant to the Transaction. This order extends to Defendants' agents, officers, servants, employees, attorneys, and other persons who are

in active concert or participation with Defendants. The Court waives the security requirement under Federal Rule of Civil Procedure 65(c) and Local Civil Rule 65-1 because Plaintiffs have demonstrated that Plaintiff States bring suit to enforce important federal and public interests.

**IT IS FURTHER ORDERED** that this Temporary Restraining Order shall remain in effect until the Court rules on whether to issue a preliminary injunction, or until such further dates as set by the Court or stipulated to by the parties.

**IT IS FURTHER ORDERED** that Defendants shall appear before the undersigned on ____________________ to show cause why a preliminary injunction should not be granted extending this Temporary Restraining Order such that Defendants are restrained and enjoined until the Court has adjudicated this action and ruled on Plaintiff States' complaint seeking a permanent injunction. Defendants are hereby on notice that failure to appear at the show cause hearing may result in the imposition of a preliminary injunction against Defendants pursuant to Federal Rule of Civil Procedure 65.

**IT IS FURTHER ORDERED** that Plaintiff States shall serve Defendants with a copy of this Temporary Restraining Order, the Complaint, and all supporting pleadings and papers within 24 hours of the issuance of this Order.

**IT IS SO ORDERED.**

Dated: _________________, 2026 ___________________________________