ROB BONTA
Attorney General of California
PAULA L. BLIZZARD (SBN 207920)
Senior Assistant Attorney General
NATALIE S. MANZO (SBN 155655)
BRENT K. NAKAMURA (SBN 283572)
Supervising Deputy Attorneys General
DANIEL D. AMBAR (SBN 278853)
WINSTON H. CHEN (SBN 166959)
MATTHEW E. DELGADO (SBN 306999)
NICOLE S. GORDON (SBN 224138)
JENNIFER K. HANE (SBN 275729)
ASHLEY KAPLAN (SBN 293443)
CASEY KOVARIK (SBN 348032)
DIVYA B. RAO (SBN 292853)
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1230
 Telephone: (213) 269-6153
 Fax: (916) 731-3637
 Email: Daniel.Ambar@doj.ca.gov

*Attorneys for Plaintiff State of California*
Additional counsel identified on signature page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>           *Plaintiffs,*<br><br>     v.<br><br>PARAMOUNT SKYDANCE CORP., and<br>WARNER BROS. DISCOVERY, INC.,<br><br>           *Defendants.* | Case No. 4:26-cv-7116<br><br>**PLAINTIFF STATE OF CALIFORNIA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff State of California respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with Plaintiffs' Motion for a Temporary Restraining Order and Order to Show Cause as to Why a Preliminary Injunction Should Not Issue (the "Motion").

Certain portions of the Memorandum of Points and Authorities in Support of Plaintiffs' Motion (the "Memorandum"), as well as certain exhibits thereto, contain information obtained from

Defendants Paramount Skydance Corp. ("Paramount"), and Warner Bros. Discovery, Inc. ("Warner Bros."), or third parties during Plaintiffs' non-public pre-complaint investigation.   Paramount, Warner Bros, or the third parties designated certain of this information as confidential pursuant to state confidentiality laws, including Cal. Gov. Code § 11180, *et seq*.   Accordingly, Plaintiffs seek to file under seal:

| Document | Portions to be Filed Under Seal | Designating Party |
|---|---|---|
| Memorandum | Page 2, Lines 9-11 | Paramount & Warner Bros. |
| Memorandum | Page 4, Lines 20-21 | Warner Bros. |
| Memorandum | Page 5, Lines 2-4 | Warner Bros. |
| Memorandum | Page 5, Lines 5-7 | Paramount |
| Memorandum | Page 5, Lines 18-19 | Paramount |
| Memorandum | Page 5, Lines 20-23 | Paramount |
| Memorandum | Pages 5-6, Lines 23, 1-3 | Paramount |
| Memorandum | Page 9, Line 15 | Paramount & Warner Bros. |
| Memorandum | Page 12, Lines 4-7 | Third Party [Harkins] |
| Memorandum | Page 13, Lines 5-7 | Paramount & Warner Bros. |
| Memorandum | Page 13, Lines 20-22 | Paramount |
| Memorandum | Page 13, Lines 24-25 | Third Party [Harkins] |
| Memorandum | Page 14, Lines 19-20 | Paramount |
| Memorandum | Page 14, Line 27 | Paramount |
| Memorandum | Page 15, Lines 5-6 | Warner Bros. |
| Memorandum | Page 15, Lines 7-8 | Paramount |
| Memorandum | Page 15, Lines 13-14 | Third Party [DIRECTV] |
| Memorandum | Page 15, Lines 20-21 | Warner Bros. |
| Memorandum | Page 18, Lines 16-18 | Third Party [Harkins] |
| Memorandum | Page 18, Lines 18-21 | Third Party [Marcus] |
| Memorandum | Page 18, Lines 21-22 | AMC |
| Memorandum | Page 18, Lines 26-27 | Paramount & Warner Bros. |
| Memorandum | Pages 18-19, Lines 27-28, 1-2 | Paramount |
| Memorandum | Page 19, Lines 2-3 | Paramount |
| Memorandum | Page 19, Lines 8-9 | Paramount |
| Memorandum | Page 19, Lines 15-17 | Third Party [Harkins] |
| Memorandum | Page 19, Lines 18-21 | Warner Bros. |
| Memorandum | Page 19, Lines 24-26 | Paramount & Warner Bros. |
| Memorandum | Pages 19-20, Lines 28, 1 | Paramount |
| Memorandum | Pages 20, Lines 6-9 | Third Party [Harkins, Marcus] |
| Memorandum | Page 20, Lines 11-13 | Third Party [Marcus] |
| Memorandum | Page 20, Lines 25-26 | Paramount |
| Memorandum | Page 21, Lines 1-2 | Third Party [Marcus] |
| Memorandum | Page 21, Lines 23-25 | Paramount |

| Memorandum | Page 22, Lines 1-3 | Paramount |
|---|---|---|
| Memorandum | Page 22, Lines 3-5 | Paramount |
| Memorandum | Page 23, Lines 16-17 | Paramount |
| Lee Decl. | Full document | Paramount, Warner Bros., Third Parties [AMC, Charter, Comcast, DIRECTV, Regal] |
| Exhibit 2 | Full document | Third Party [Marcus] |
| Exhibit 3 | Full document | Third Party [Harkins] |
| Weingarten Decl., Ex. F | Full document | Warner Bros. |
| Weingarten Decl., Ex. H | Full document | Warner Bros. |
| Weingarten Decl., Ex. J | Full document | Paramount |
| Weingarten Decl., Ex. K | Full document | Paramount |
| Weingarten Decl., Ex. L | Full document | Paramount |
| Weingarten Decl., Ex. N | Full document | Paramount |
| Weingarten Decl., Ex. O | Full document | Paramount |
| Weingarten Decl., Ex. P | Full document | Paramount |
| Weingarten Decl., Ex. Q | Full document | Warner Bros. |
| Weingarten Decl., Ex. R | Full document | Warner Bros. |
| Weingarten Decl., Ex. S | Full document | Paramount |
| Weingarten Decl., Ex. T | Full document | Paramount |
| Weingarten Decl., Ex. U | Full document | Warner Bros. |
| Weingarten Decl., Ex. V | Full document | Paramount |
| Weingarten Decl., Ex. X | Full document | Paramount |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document or a portion thereof "has been designated as confidential by another party or non-party." L.R. 79-5(f).  Plaintiffs have redacted the above-referenced portions of their Memorandum and the above-referenced Exhibits because Paramount, Warner Bros., or a third party

has designated the information contained therein as confidential pursuant to state confidentiality statutes, including Cal. Gov. Code § 11180, *et seq*.  Plaintiffs take no position on the merits of sealing any other party's designated material and expect Paramount, Warner Bros, and the third parties to file one or more declarations in accordance with the Local Rule 79-5(f)(3).

In compliance with Civil Local Rule 79-5(e)(2), an unredacted version of the Memorandum and the Exhibits accompany this Administrative Motion. The portions to be sealed are highlighted in yellow. In accordance with Local Rule 7-11, Plaintiffs have also filed a Proposed Order.

Plaintiffs will serve this Administrative Motion on Defendants and relevant third parties and will file a Certificate of Service.

Dated:  July 13, 2026

Respectfully submitted,

*/s/ Daniel Ambar*

ROB BONTA
Attorney General of California
PAULA L. BLIZZARD (SBN 207920)
Senior Assistant Attorney General
NATALIE S. MANZO (SBN 155655)
BRENT K. NAKAMURA (SBN 283572)
Supervising Deputy Attorneys General
DANIEL D. AMBAR (SBN 278853)
WINSTON H. CHEN (SBN 166959)
MATTHEW E. DELGADO (SBN 306999)
NICOLE S. GORDON (SBN 224138)
JENNIFER K. HANE (SBN 275729)
ASHLEY KAPLAN (SBN 293443)
CASEY KOVARIK (SBN 348032)
DIVYA B. RAO (SBN 292853)
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013-1230
  Telephone: (213) 269-6153
  Fax: (916) 731-3637
  Email: Daniel.Ambar@doj.ca.gov

RICHARD PARKER (SBN 62356)
JAMES WEINGARTEN (*pro hac vice*
forthcoming)
ADAM DI VINCENZO (*pro hac vice* pending)
GRANT BERMANN (*pro hac vice* pending)
ANASTASIA PASTAN (*pro hac vice* pending)
JULIA MAY (*pro hac vice* pending)
NATALIE NOGUEIRA (*pro hac vice* pending)
ALLISON CHESKY (*pro hac vice* pending)
MILBANK LLP
  1101 New York Ave. NW
  Washington, DC 20005
  Telephone: (202) 835-7525
  Fax: (202) 263-7586
  Email: jweingarten@milbank.com

KELLY D. GARCIA (*pro hac vice* pending)
MILBANK LLP
  55 Hudson Yards
  New York, NY 10001
  Telephone: (212) 530-5781
  Email: kgarcia@milbank.com

*Attorneys for Plaintiff State of California*

ADMINISTRATIVE MOTION RE SEALING          5          Case No.: 4:26-cv-7116

## FILER'S ATTESTATION

I, Daniel Ambar, am the ECF User whose ID and password are being used to file this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: */s/ Daniel Ambar*
Daniel Ambar