DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone:    +1 310 553 6700
Facsimile:    +1 310 246 6779

PETER C. HERRICK (*pro hac vice* forthcoming)
pherrick@omm.com
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, NY  10019-6022
Telephone:    +1 212 326 2000
Facsimile:    +1 212 326 2061

JULIA A. SCHILLER (*pro hac vice* forthcoming)
jschiller@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC  20006-4061
Telephone:    +1 202 383 5300
Facsimile:    +1 202 383 5414

*Attorneys for Defendant*
*Warner Bros. Discovery, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE STATE OF CALIFORNIA, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE COMMONWEALTH OF MASSACHUSETTS, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF OREGON, and THE STATE OF WASHINGTON, <br><br> *Plaintiffs,* <br><br> v. <br><br> PARAMOUNT SKYDANCE CORP., and WARNER BROS. DISCOVERY, INC. <br><br> *Defendants.* | Case No. 4:26-CV-07116 <br><br> Judge _____ <br><br> **WARNER BROS. DISCOVERY, INC.'S CORPORATE DISCLOSURE STATEMENT [FRCP 7.1]** <br><br><br> Action Filed: July 13, 2026 <br> Trial Date:    Not set |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Warner Bros. Discovery, Inc. hereby states it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  July 13, 2026                         Respectfully Submitted,

O'MELVENY & MYERS LLP
Daniel M. Petrocelli

By: _____
       */s/ Daniel M. Petrocelli*
       Daniel M. Petrocelli

*Attorneys for Defendant*
*Warner Bros. Discovery, Inc.*

- 2 -

CORPORATE DISCLOSURE STATEMENT
CASE NO. 4:26-CV-07116

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2026, I caused to be electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.


*/s/ Daniel M. Petrocelli*

Daniel M. Petrocelli

CORPORATE DISCLOSURE STATEMENT
CASE NO. 4:26-CV-07116