Jeffrey L. Kessler (*pro hac vice pending*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com

Conor A. Reidy (*pro hac vice pending*)
Kevin B. Goldstein (*pro hac vice pending*)
**WINSTON TAYLOR LLP**
300 N. LaSalle Drive
Chicago, IL 60654-3406
Telephone: (312) 558-7542
Facsimile: (312) 558-5700
conor.reidy@winstontaylor.com
kevin.goldstein@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
Matthew R. DalSanto (SBN 282458)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1469
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com
matthew.dalsanto@winstontaylor.com

Matthew R. Huppert (*pro hac vice pending*)
**WINSTON TAYLOR LLP**
1901 L St NW
Washington, DC 20036-3506
Telephone: (202) 282-5004
Facsimile: (202) 282-5100
matthew.huppert@winstontaylor.com

*Attorneys for Defendant Paramount Skydance Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| THE STATE OF CALIFORNIA, ET AL. <br><br> Plaintiffs, <br> v. <br><br> PARAMOUNT SKYDANCE CORPORATION, AND WARNER BROS. DISCOVERY, INC. <br><br> Defendants. | Case No.  5:26-cv-07116-PCP <br><br> **DECLARATION OF JEFFREY L. KESSLER IN SUPPORT OF DEFENDANT PARAMOUNT SKYDANCE CORPORATION'S EMERGENCY MOTION FOR RECUSAL OF A DISTRICT JUDGE** <br><br> Judge: P. Casey Pitts |

I, Jeffrey L. Kessler, declare as follows:

1.    I am a member of the Bar of New York and have submitted an application to be admitted to this Court *pro hac vice*.  I represent and am lead counsel for the Defendant Paramount Skydance Corporation ("Paramount") in this matter.  I submit this declaration in support of Defendant Paramount's Motion to recuse the Honorable Judge P. Casey Pitts from further proceedings in this matter pursuant to 28 U.S.C § 455(a).

2.    Attached to this declaration as Exhibit 1 is a true and correct copy of a November 22, 2022 letter sent by W. Stephen Cannon to the U.S. Senate Committee on the Judiciary in support of Judge P. Casey Pitts' nomination as a United States District Court Judge.

3.    Attached to this declaration as Exhibit 2 is a true and correct copy of an online article published by *Deadline* on July 13, 2026, which included a joint statement from Writers Guild of America East and Writers Guild of America West's regarding the instant litigation by twelve State Attorneys General challenging Paramount's acquisition of Warner Bros.

4.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 15th day of July 2026 at New York City, New York.


By: /s/ *Jeffrey L. Kessler*
    Jeffrey L. Kessler

KESSLER DECL. ISO MOT. TO RECUSE AND REASSIGN
CASE NO. 5:26-CV-07116-PCP