# EXHIBIT 1

# CONSTANTINE CANNON LLP

**W. Stephen Cannon**
202-204-3502
scannon@constantinecannon.com

WASHINGTON | NEW YORK | SAN FRANCISCO | LONDON

November 22, 2022

The Honorable Dick Durbin, Chairman
The Honorable Chuck Grassley, Ranking Member
Committee on the Judiciary
United States Senate
Washington, DC 20510

> Re:   Nomination of P. Casey Pitts to the United States District Court
>       for the Northern District of California

Dear Chairman Durbin and Ranking Member Grassley:

It is my honor to submit this letter in support of my friend and professional colleague Casey Pitts for his nomination as a United States District Court Judge. I was privileged to serve the Committee as Chief Antitrust Counsel during the 97th and 98th Congresses and have also served both as a trial attorney and as Deputy Assistant Attorney General in the Antitrust Division of the Justice Department. I understand the Committee's critical role in assessing each judicial nominee presented to the Senate for confirmation. In that regard, I am confident that Casey possesses all the legal skills, character qualities and life experiences that will make him an exceptional jurist, who will serve our country honorably and with great distinction. My recommendation of Casey to the Committee is absolute and without hesitation or qualification.

I first met Casey in 2019, when we served as litigation co-counsel for the Writers Guild of America in three related cases, both as defendant and counter-complainant.[1] Casey and his firm, Altshuler Berzon, served as long-standing labor counsel to the WGA and our firm was brought into the matter for additional antitrust expertise. Our two firms worked exceedingly well together, in no small part because of Casey and his firm's collegial and cooperative approach to the tasks at hand. And Casey, in particular, provided outstanding intellectual leadership in critical aspects of these cases, including the complex intersection of the labor and antitrust laws. Throughout this hard-fought and ultimately successful litigation, I continued to gain respect for Casey, both for his litigation skills and intellectual prowess, as well as his admirable personal qualities.

---

[1] *William Morris Endeavor Entertainment, LLC v. Writers Guild of America, West, Inc. et al.*, Case No. 2:19-cv-05465-AB-AFM (C.D. Cal.); *United Talent Agency, LLC v. Writers Guild of America, West, Inc. et al.,* Case No. 2:19-cv-05585−AB−AFM (C.D. Cal.); *Creative Artists Agency, LLC v. Writers Guild of America, West, Inc. et al.,* Case No. 2:19-cv-05701-AB-AFM (C.D. Cal.).

# CONSTANTINE CANNON LLP

The Honorable Dick Durbin, Chairman
The Honorable Chuck Grassley, Ranking Member
November 22, 2022
Page 2

WASHINGTON │ NEW YORK │ SAN FRANCISCO │ LONDON

In sum, I believe Casey has all the attributes – judicial temperament, intellectual capacity, personal integrity, empathy and humility – that makes him an outstanding choice for the federal bench and I urge the Committee to give his nomination every favorable consideration.

I would be happy to provide any additional information you may need or answer any questions you may have.

Very truly yours,

W. Stephen Cannon