# EXHIBIT 2

# DEADLINE

 **PRINT**

# WGA, Cinema United Praise States For Suing To Block "Dangerous" Paramount-Warner Bros. Discovery Merger



By **Katie Campione**

July 13, 2026
11:31am

**STORY ARC**

Getty

Several Hollywood trade organizations are in support of a dozen state attorneys general who filed suit Monday to block Paramount's $110 billion acquisition of Warner Bros. Discovery.

Unsurprisingly, the Writers Guild of America — which has loudly opposed the merger since the beginning of this saga — is chief among them.

Following the news that the long-anticipated litigation had finally been filed in federal court in Sacramento, the WGA East and West wrote in a joint statement: "The merger of two of the largest Hollywood studios will reduce competition in our industry, leading to fewer jobs, lower wages for entertainment workers, less variety of programming, and higher prices for consumers. We have engaged with the offices of many State Attorneys General to explain the impact of this proposed merger, and we commend Attorney General Bonta and this coalition of states for listening to working people in the entertainment industry and fighting to stop this dangerous merger."

WGA West President Michele Mulroney called the move "one of the worst proposed mergers we've seen," while eastern division chief Tom Fontana said the effects of the acquisition would create an "absolute, unmitigated disaster."

The writers guild was not alone in voicing support for the state AGs' lawsuit. Cinema United, an American trade organization whose members are the owners of movie theaters, also praised state leaders for pushing back on the plans to combine two of Hollywood's most storied studios.

"We welcome the decision of the Attorneys General of multiple states to challenge the proposed acquisition of Warner Bros. Studios," Michael O'Leary, President and CEO of Cinema United, said in a statement Monday. "The ramifications of further movie studio consolidation will be significant and lasting, not just in Hollywood, but on Main Streets across this nation where local movie theaters serve as cultural and financial cornerstones for communities of all sizes."

The lawsuit, filed in federal court in Sacramento on Monday, challenges the transaction as stifling competition for wide release theatrical film distribution, big budget motion picture distribution and licensing of basic cable television channels.

Read the Paramount-Warner Bros. lawsuit filed by state attorneys general.

The focus on those aspects of competition come amid concerns that the merger would lead to widespread layoffs as the combined company grapples with its debt burden. Broader concerns have been on the impact on the creative community and the information environment, with Paramount set to own two legacy news brands, CBS News and CNN, although that was not the subject of the lawsuit's claims.

The Producers Guild of America, which has been engagaing with the state AGs, said in a statement, "This is the highest stakes merger that our industry has ever faced, requiring careful scrutiny by experienced regulators to protect consumer choice, jobs, freedom of speech, and the very future of how entertainment is made in America. We hope the action taken by the attorneys general will, at a minimum, result in concrete guarantees that producers and our industry can rely upon to ensure a competitive and creative future for generations to come."

Opponents of the merger had formed the Block the Merger Coalition, gathering more than 5,000 signatures from content creators and others. Jane Fonda, who relaunched the Committee for the First Amendment, said in a statement, "Thousands of artists, journalists, and everyday people refused to accept that CEOs who cozy up to the administration should decide what news and stories Americans have access to. This is what happens when people organize—a deal everyone once called inevitable hits a wall. We're grateful to the attorneys general who stood up today, we are going to continue fighting, and we hope this sends a message to the administration and its allies."

Mark Ruffalo, who testified at an unofficial Capitol Hill hearing on the merger, wrote on X, "It's amazing what a group of committed passionate people can do. For all you who signed onto the letters, film makers and journalists, and kept pushing, speaking to the AGs and sharing your stories…Thank you. They said it was inevitable, it's not. When we fight we win. Capitulation is not an option."

California Attorney General Rob Bonta, who led the lawsuit, said in a statement, "The unlawful merger of these two entertainment behemoths would lead to higher prices, lower quality, and less content for film and television, harming movie theaters, basic cable distributors, and ultimately, audiences on every sofa and movie theater seat in the U.S."

**This article was printed from https://deadline.com/2026/07/hollywood-industry-react-paramount-wbd-merger-lawsuit-1236981045/**



Deadline is a part of Penske Media Corporation. © 2026 Deadline Hollywood, LLC. All Rights Reserved.