**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| THE STATE OF CALIFORNIA, ET AL. | Case No. 5:26-cv-07116-PCP |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT PARAMOUNT SKYDANCE CORPORATION'S EMERGENCY MOTION FOR RECUSAL OF A DISTRICT JUDGE PURSUANT TO 28 U.S.C. § 455 AND REASSIGNMENT** |
| v. | |
| PARAMOUNT SKYDANCE CORPORATION, AND WARNER BROS. DISCOVERY, INC. | |
| Defendants. | Judge: P. Casey Pitts |

Pending before the Court is Defendant Paramount Skydance Corporation's Emergency Motion for Recusal Pursuant to 28 U.S.C. § 455 and Reassignment.  Having reviewed the Motion and finding good cause therefore:

IT IS HEREBY ORDERED that Paramount's motion is GRANTED, and the above-captioned is reassigned to District Judge Araceli Martínez-Olguín.

**SO ORDERED.**

Dated: _____

_____
P. Casey Pitts
United States District Judge

1