# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

**1. Case Name:** State of California, et al. v. Paramount Skydance Corporation, et al.

**2. Case Number:** 5:26-cv-07116-PCP

**3. What documents were served?** Plaintiffs the Writers Guild of America, West, Inc. and the Writers Guild of America East, Inc.'s Notice of Administrative Motion to Consider Whether Cases Should be Related and Proposed Order

**4. How was the document served?**

☒ Placed in U.S. Mail

☐ Hand-delivered

☐ Sent for delivery (e.g., FedEx, UPS)

☐ Sent via email

**5. Who did you send the document to?**
State of Arizona
Office of the Attorney General
2005 N Central Ave
Phoenix, AZ 85004-2926

**6. When were the documents sent?** July 15, 2026

**7. Who served the documents?**
Lauren Whitaker
SHINDER CANTOR LERNER LLP
14 Penn Plaza, Suite 1900
New York, NY 10122

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 15, 2026, at New York, New York.

Signature: /s/ Lauren Whitaker

Name: Lauren Whitaker

Address: 14 Penn Plaza, Suite 1900 New York, NY 10122

1