# Katherine Pogois

**From:** notification@pay.gov
**Sent:** Wednesday, July 15, 2026 10:56 AM
**To:** CAND Finance
**Subject:** Pay.gov Form Submission Notification: NDCA (California Northern) Civil and Criminal Bonds and Other Payments

CAUTION - EXTERNAL:



An official email of the United States government

A form has been successfully submitted on Pay.gov for:

Application Name: NDCA (California Northern) Civil and Criminal Bonds and Other Payments
Form Name: U.S. District Court NDCA Civil and Criminal Bonds and Other Payments Form
Pay.gov Tracking ID: 2846ACLC
Transaction Date: 07/15/2026 01:56:10 PM EDT
Transaction Amount: $328.00

Defendant or Party Name: State of Arizona
Case Number: DCAN526CV007116-
Payer's Name: Allison Weber, Arizona Attorney General's Office
Payer's Address, City, State, Zip: 2005 N Central Ave, Phoenix, AZ, 85004
Payer's Telephone: (602) 542-2126
Payer's Email: catherine.ryland@azag.gov
Type of Payment: Miscellaneous Filing Fee

If you have any questions or concerns regarding this form submission, please contact Pay.gov Customer Service by phone at 800-624-1373 or by email at pay.gov.clev@clev.frb.org.

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.