Jeffrey L. Kessler (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
Matthew R. DalSanto (SBN 282458)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1469
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com
matthew.dalsanto@winstontaylor.com

*Attorneys for Defendant Paramount Skydance
Corporation*

Daniel M. Petrocelli (SBN 97802)
**O'MELVENY & MYERS LLP**
999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone:    +1 310 553 6700
Facsimile:    +1 310 246 6779
dpetrocelli@omm.com

Peter C. Herrick (*pro hac vice*)
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, NY  10019-6022
Telephone:    +1 212 326 2000
Facsimile:    +1 212 326 2061
pherrick@omm.com

*Attorneys for Defendant Warner Bros. Discovery,
Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| THE STATE OF CALIFORNIA, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE COMMONWEALTH OF MASSACHUSETTS, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF OREGON, AND THE STATE OF WASHINGTON<br><br>Plaintiffs,<br><br>vs.<br><br>PARAMOUNT SKYDANCE CORPORATION (formerly Paramount Global), and WARNER BROS. DISCOVERY, INC.,<br><br>Defendants. | Case No. 4:26-cv-7116<br><br>**DECLARATION OF JEFFREY KESSLER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** |

I, Jeffrey Kessler, declare as follows:

1.    I am a member of the Bar of New York and the United States Court for the Southern District of New York and have been admitted to this Court *pro hac vice*.  I represent and am lead counsel for the Defendant Paramount Skydance Corporation ("Paramount") in this matter.  I submit this declaration to provide the Court with documents in support of Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction

2.    Attached to this Declaration as Exhibit 1 is a true and correct copy of a July 21, 2026 presentation titled "Film Studios: Executing on 30 Films Per Year."

3.    Attached to this Declaration as Exhibit 2 is a true and correct copy of the Declaration of Dana Goldberg and accompanying exhibits, submitted in support of Paramount Skydance Corporation's Opposition to Plaintiffs' Motion for Preliminary Injunction in *Faust, et al. v. Paramount Skydance Corporation and Skydance Media, LLC*, No. 4:26-cv-03790-AMO (N.D. Cal. Jun. 3, 2026), ECF No. 34.

4.    Attached to this Declaration as Exhibit 3 is a true and correct copy of the Agreement and Plan of Merger between Warner Bros. Discovery, Inc., Paramount, and a wholly owned subsidiary of Paramount, dated February 27, 2026, produced to Plaintiffs at PSKY-NYAG-00012040.

5.    Attached to this Declaration as Exhibit 4 is a true and correct copy of a February 27, 2026 Paramount Press Release, produced to Plaintiffs at PSKY-NYAG-00011511.

6.    Attached to this Declaration as Exhibit 5 is a true and correct copy of a November 26, 2025 presentation titled "Project Warrior Update," produced to Plaintiffs at PSKY-NYAG-00001303.

7.    Attached to this Declaration as Exhibit 6 is a true and correct copy of the U.S. Department of Justice and Federal Trade Commission 2010 Horizontal Merger Guidelines, accessed on July 16, 2026 at https://www.justice.gov/atr/file/810276/dl?inline.

8.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 16th day of July 2026 at San Francisco, California.

By: /s/ *Jeffrey L. Kessler*
Jeffrey L. Kessler