# EXHIBIT 2

Docusign Envelope ID: 40EE3BE5-74E5-8949-8204-552655120EE1

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

|  |  |
|---|---|
| PAMELA FAUST, LEN MARAZZO, LISA McCARTHY, DEBORAH RUBINSOHN, and GARY TALEWSKY<br><br>Plaintiffs,<br><br>vs.<br><br>PARAMOUNT SKYDANCE CORPORATION (formerly Paramount Global), and SKYDANCE MEDIA, LLC,<br><br>Defendants. | Case No. 4:26-cv-03790-AMO<br><br>**DECLARATION OF DANA GOLDBERG IN SUPPORT OF PARAMOUNT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, DANA GOLDBERG, declare and state as follows:

1.      I am the Co-Chair of Paramount Pictures Corporation ("Paramount Pictures") and the Chair of Paramount Television Studios ("Paramount Television").  My business address is 5555 Melrose Avenue, Hollywood, California.

2.      Paramount Pictures is a film production and distribution company.  Paramount Television produces television series and sells them to networks, both its owned and operated networks (*e.g.*, CBS) and streaming platforms (*e.g.*, Paramount+), and third-party buyers, such as Amazon, Netflix, and Apple.

3.      Both Paramount Pictures and Paramount Television are owned by Paramount Skydance Corporation ("Paramount").

4.      On February 27, 2026, Paramount and Warner Bros. Discovery, Inc. ("Warner Bros.") entered into an Agreement and Plan of Merger (the "Merger Agreement") under which Paramount will acquire Warner Bros.

5.      The merger was unanimously approved by the Boards of Directors of both companies.  Warner Bros. shareholders then approved it on April 23, 2026.  The closing of the merger is subject to customary closing conditions and obtaining applicable regulatory clearances.

6.      The purpose of this declaration is to explain Paramount's reasons for acquiring Warner Bros., to explain our plans for operating the merged company, and to describe how Paramount expects its acquisition of Warner Bros. to expand consumer choice, increase television and film production, and foster streaming service competition.  I make this declaration based on my own personal knowledge and experience.

## I.      My Professional Background and Role at Paramount

7.      I have served as the Co-Chair of Paramount Pictures and the Chair of Paramount Television since August 2025.

8.      I began my career in the film and television industry more than 30 years ago, working my way up through increasingly senior roles at several film production companies.  I served as a producer or executive producer on a wide array of films, ranging from animated family films (*e.g.*, *Happy Feet*) to romantic dramas (*e.g.*, *Nights in Rodanthe*) to action thrillers (*e.g.*, *I Am Legend*).

9. In 2010, I joined Skydance Media, LLC ("Skydance") as President of Production, where I oversaw development and production of movies including *Misson: Impossible – Ghost Protocol* and *World War Z.*

10. In 2013, I was promoted to Chief Creative Officer of Skydance and helped found Skydance Television, expanding Skydance's business into both movies and television programming.

11. In 2024, Skydance agreed to merge with Paramount Global, the parent company of Paramount Pictures at the time. In August 2025, after obtaining regulatory approvals, Skydance completed its merger with Paramount Global, and the new Paramount Skydance Corporation was formed. In conjunction with the merger, I was named Co-Chair of Paramount Pictures with Josh Greenstein and Chair of Paramount Television. In my current role, I oversee production, distribution, marketing, and strategic planning for Paramount Pictures and Paramount Television.

## II. Paramount's Business and Ongoing Investments

12. Founded in 1912, Paramount Pictures is the longest operating film studio in Hollywood.

13. Prior to Skydance's acquisition, Paramount Global's business was much larger and broader in scope than Skydance's business. Pre-merger, Skydance's business was limited to the production of movies and television shows. Paramount Global's business likewise involved production of movies and television shows, but it also included movie distribution, streaming platforms, and broadcast and cable linear television networks, including news programming. Skydance did not distribute its own movies and did not have any streaming platform or linear television networks.

14. Prior to Skydance's acquisition, Paramount Global's film studio, Paramount Pictures, was running at a significant financial loss; in 2025, none of its eight films was profitable. However, we saw the potential that—with significant investment—we could turn it around and better utilize our studios, talented workforce, and other assets to make Paramount Pictures profitable.

15. Since I began co-leading Paramount Pictures in August 2025, we have invested in building franchises and increasing content spending, including spending on larger-budget films that require years of development. For example, we have almost doubled theatrical film releases, from 8 in 2025 to 15 in 2026.

## III.  Paramount's Decision to Buy Warner Bros.

16.  In September 2025, Paramount and Warner Bros. began merger talks.  Diligence began, and Paramount invested a significant amount of work reviewing Warner Bros.' financials and developing a potential five-year plan for the combined company.

17.  At the same time, Warner Bros. was considering offers from competing bidders other than Paramount.  The bidding process was highly competitive with Netflix emerging as the primary alternative bidder for Warner Bros.

18.  Paramount and Netflix engaged in multiple rounds of competitive bidding—spanning from September 2025 to February 2026, with the offer price rising from $19 per share to $31 per share—reflecting the substantial financial commitment and competitive pressure involved in securing the deal.

19.  Paramount's final $31-per-share bid also included a commitment to pay the breakup fee Warner Bros. owes Netflix, the other leading bidder, effectively bringing the total financial commitment to approximately $32 per share.

20.  Beyond their price competition, Paramount and Netflix also competed to win over Warner Bros.' board and shareholders based on their vision for Warner Bros.' future.  This process was very public.  During the bidding campaign, Paramount's CEO, David Ellison, repeatedly laid out Paramount's vision for investing in Warner Bros.' expansion and success in public commitments, media interviews, and representations to shareholders.

21.  Ultimately, Warner Bros. selected Paramount as the winning bidder, and the two companies entered into the Merger Agreement.

22.  Paramount CEO David Ellison has committed to keeping both Warner Bros.' film studios and Paramount Pictures as separate brands after the merger and to continue producing films from each.  Both are well-established studios with distinct brands and pipelines that the merged company intends to continue operating.   A true and correct copy of a March 5, 2026, interview with Paramount CEO David Ellison making these commitments is attached as Exhibit 1.

23.  Paramount has committed repeatedly and publicly that, post-merger, it intends to release at least 30 films per year in theaters with the goal of splitting releases roughly evenly between Paramount studios and Warner Bros. studios.  Paramount has further committed to maintaining traditional theatrical

GOLDBERG DECL.
CASE NO. 4:26-CV-03790-AMO

windows, by keeping new releases in theaters for at least 45 days before making them available on paid video-on-demand or streaming platforms. As examples of Paramount making these commitments in public documents, attached are true and correct copies of a Joint Press Release dated February 27, 2026 (Exhibit 2); an official transcript of an Investor Presentation dated March 2, 2026, that was filed with the SEC (Exhibit 3), and a Letter to Shareholders dated May 4, 2026, that was also filed with the SEC (Exhibit 4).

24. I have been heavily involved in planning for operation of Paramount's movie business post-merger and confirm that these public commitments are fully aligned with our operating plans.

## IV. Purpose & Benefits of the Merger

25. The primary driver of the merger is the need to achieve the scale—in terms of content, subscriber base, revenue, and technology infrastructure—to allow Paramount's streaming platform to compete more effectively with leading streaming platforms such as Netflix, Amazon Prime Video, and Disney+. Today, the streaming services of both Paramount and Warner Bros. lack that scale, in terms of subscriber base, revenues, and content, which puts them at a competitive disadvantage and reduces their ability to invest in growing their services. Combining Paramount+ and HBO Max would place Paramount closer to competitive parity with these larger platforms and enable it to greatly expand the content that it can make available to consumers through a single platform with one subscription fee.

26. It will also deliver viewers a more compelling offering, with an exceptional intellectual property portfolio for a better value. The content libraries of Paramount and Warner Bros. complement each other. For example, HBO Max currently offers more "prestige" content than Paramount+, meaning critically acclaimed or award-winning content, such as *Succession* and *The Pitt*. At the same time, Paramount+ currently offers more family and children's content than HBO Max, such as *PAW Patrol* and *Sponge Bob SquarePants*. Bringing these complementary libraries onto a single streaming platform will offer consumers a diverse and compelling range of content for a single subscription fee.

27. Given the overlapping and complementary nature of Warner Bros.' and Paramount's businesses, Paramount estimates that a combination will generate more than $6 billion in cost synergies and help the combined company to increase its content production for both film and television.

Docusign Envelope ID: 40FE3BE5-74F5-8949-8204-552655129FF1

28. Post-merger, Paramount intends both to expand its streaming service and to continue investing in movies for theatrical exhibition. Part of the strategy of the merger is to invest in theatrical releases and later add them to a combined streaming service to generate buzz. We have found that films released first in theaters perform significantly better once they go to streaming services compared to films released first to streaming, regardless of whether the theatrically released movie was successful at the box office. This is in part because theatrical release functions as a large-scale marketing mechanism.

29. Paramount currently plans to increase investment in content following the merger, including in theatrical films and television. Paramount's commitment to a minimum of 30 theatrical releases per year is a key part of this strategy. Already, since the Skydance deal, Paramount has increased its theatrical releases. Specifically, Paramount Pictures plans to release 15 theatrical films in 2026—nearly double 2025. Paramount has no plans to reduce the number of Paramount and Warner Bros. theatrical releases. In fact, Paramount plans to continue growing the combined Paramount and Warner Bros. release slate post-merger with the intention to have the most film releases of any producer in the United States.

30. As with its films, the company has no post-merger plans to reduce the number of television series it produces. Paramount Television Studios has approximately 30 shows in different levels of production right now with the goal of producing 40 shows by 2030. When combined with Warner Bros.' television studios, that output will increase to around 170 shows, and the combined firm will invest in increasing that number even further. Such increased content will also support the competitiveness of the combined firm's streaming service and provide consumers with the benefit of increased variety and choice.

31. Increased content production feeding into the combined streaming platform will do nothing but help the streaming service become more competitive and benefit customers. The combined company will have the ability to provide one company's streaming service access to the libraries, original content, and news from the other, creating more compelling products.

32. Paramount expects that offering more content and a better product will create a virtuous cycle that benefits consumers and helps make Paramount a stronger competitor. Paramount's subscriber base will grow as more consumers, drawn by a better product that includes more content, sign up and

GOLDBERG DECL.
CASE NO. 4:26-CV-03790-AMO

fewer leave. That, in turn, will allow Paramount to access a broader audience, invest in even more content, and spread the cost of that content across a larger subscriber base. And as the Paramount subscriber base grows further, the virtuous cycle of increased content production, a better consumer experience, and the strengthening of Paramount's business would continue.

33. In an era when traditional, linear television networks are declining in popularity and profitability, the merger will provide the merged firm with the cash flow, cost-efficiencies, and distribution pipeline necessary to support its combined slate of networks, including CBS, CNN, TBS, and the Discovery Channel. Paramount's CEO David Ellison discussed these plans in investor calls and interviews, including in Exhibits 1 and 3. These networks have strong brands, and the merged firm plans to bolster them for a streaming and digital world. For example, the merged firm intends to include programming from across its network portfolio on the combined streaming service, increasing user convenience and consumer access to network programming.

34. The merged firm's complementary and unified portfolio of cable and free-to-air (i.e., broadcast) networks will offer advertisers more compelling and impactful opportunities for cross-channel activations and sales.

35. I also understand that Paramount has publicly stated that, after the merger, CNN will remain editorially independent. These statements were publicly affirmed by Paramount's CEO David Ellison, as reflected in Exhibit 1.

**V.    Consequences If the Merger Is Delayed**

36. A delay in closing would also hinder both studios' ability to execute their planned production and distribution strategies for future content. And if the delay is long enough, it could scuttle the merger.

Docusign Envelope ID: 40EE3BE5-74E5-8949-8204-552655129EE1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2026.


/s/ _Dana Goldberg_
Dana Goldberg

GOLDBERG DECL.
CASE NO. 4:26-CV-03790-AMO

# EXHIBIT 1

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, DC 20549**

# SCHEDULE 14A
**PROXY STATEMENT PURSUANT TO SECTION 14(a) OF THE
SECURITIES EXCHANGE ACT OF 1934**
**(Amendment No. )**

Filed by the Registrant ☐          Filed by a party other than the Registrant ☒

Check the appropriate box:

☐  Preliminary Proxy Statement

☐  **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☐  Definitive Proxy Statement

☐  Definitive Additional Materials

☒  Soliciting Material under §240.14a-12

# Warner Bros. Discovery, Inc.
**(Name of Registrant as Specified In Its Charter)**

**Paramount Skydance Corporation**
**(Name of Person(s) Filing Proxy Statement, if other than the Registrant)**

Payment of Filing Fee (Check all boxes that apply):

☒  No fee required

☐  Fee paid previously with preliminary materials

☐  Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11

Filed by Paramount Skydance Corporation
Pursuant to Rule 14a-12 under the
Securities and Exchange Act of 1934, as amended
Subject Company: Warner Bros. Discovery, Inc.
Commission File No.: 001-34177
Date: March 5, 2026

The following is a transcript of an interview of David Ellison, chief executive officer of Paramount Skydance Corporation, on CNBC conducted on March 5, 2026.

### CNBC: David Ellison Interview Transcript
*5 March 2026*

**David Faber:**
Last week, Paramount Skydance emerging victorious after Netflix declined to raise its deal or its offer for the company. The decision clears the way for Paramount to acquire Warner Brothers in a deal valued at $31 a share in cash. It caps off one of the most closely watched and fiercely contested takeover fights the media industry has seen in many years.

Joining us now in a CNBC exclusive is Paramount Skydance Chairman and CEO David Ellison. He's in Los Angeles with Julia Boorstin. Julia, take it away.

**Julia Boorstin:**
Thanks so much. And David, thanks so much for having us here on the Paramount lot to talk about this historic merger.

You are going to be paying 63% more for Warner Brothers Discovery than you first reportedly offered back in September. Tell us, what is your response to concerns that maybe now you're overpaying?

**David Ellison:**
So first, I just want to — let's zoom out. Like, we are incredibly excited to be here today. You know, I believe this deal is basically — it's pro-competitive, it's pro-consumer, it's good for the overall creative economy. And, you know, we really believe in the value of what we're going to be able to create here.

If you go to 10,000ft, let's talk about what's required to really be able to win today. And the first thing is you have to be able to win in content. By uniting the iconic libraries of Paramount and the iconic libraries of Warner Brothers, we now have a library of 15,000 films, everything from Harry Potter, the DC Universe, Mission Impossible, Top Gun, The Godfather, under one roof. That puts us in an incredible position to really be able to win in the content space.

You know, it immediately gets us to scale in streaming. When you put Paramount Plus and HBO Max together, you get to over 200 million basically gross subscribers. That'll come down a little bit basically with the overlap, but it puts you in the position to be able to compete with the leaders in the industry.

And we've also repeatedly said that we really need to become one of the most technologically capable media companies. We're using technology to transform every single aspect of this business, and we're going to rationalize the cost.

And at the end of the day, we're owner operators. We're the largest shareholder in Paramount. We're going to be the largest shareholder in the combined company. And we could not be more excited about the future and our ability to really create value for all our shareholders.

**Julia Boorstin:**
So it sounds like what you're saying, it was worth paying up and increasing your offer because acquiring that scale and securing that kind of scale in Hollywood right now is so essential.

But at the same time, what comes with that is a lot of debt. And post closure, the company will have $79 billion in debt, which has raised a lot of concerns, including from the likes of Fitch, which downgraded Paramount to junk status. How do you address the constraints you're going to now face when you're a non-investment grade borrower?

**David Ellison:**
So I think, you know, obviously, yes, we have the debt, and lets actually contextualize that. So you also have to look at the cash flows.

The company that's going to generate over $10 billion in cash flow, $69 billion of revenue and $18 billion of EBITDA in a synergized basis this year. We will be 4.3 times levered at close for the $6 billion in synergies.

I think if you look at our track record and the ability to really execute on the synergies for the deal — when we sign the deal for Paramount, we announced $2 billion in synergies. When we actually closed, we were at $3 billion in synergies. We'll execute on over 2.5 billion by the end of this year.

So we have the ability to basically manage that and deliver on the $6 billion. I want to be clear, it's not the 16 that some people have reported. It'll be $6 billion in synergies.

And with that cash flow, that includes us actually spending more on content than any of our peers. So basically, we're going to be able to use basically that capital deployed toward content, deploy toward technology to be able to grow and scale the business.

And we also have the cash flow to be able to manage the debt and ensure that we're investment grade three years after closing.

**Julia Boorstin:**
So that's that balance that you're talking about here — the balancing the content investment with also managing leverage is something that investors have talked a lot about as your key challenge going forward. Because if you're going to be able to invest what it's going to take to compete on the content level, to make the 30 movies a year that you're talking about, how are you going to do that simultaneously while also managing leverage?

**David Ellison:**

So, so, so it's what we said. We — you actually have the ability to be able to do both.

And I think if you look at where the Warner Discovery merger basically really kind of got into trouble, is that linear declined faster than people anticipated. They actually overdelivered on their cost saves, but linear was declining faster.

I think that linear decline curve is now incredibly well understood, and we've taken a very, very conservative view to that in our models to ensure that we never get into a position where that's not manageable.

And given the $69 billion in revenue, the $10 billion plus in cash flow, we feel confident in our ability to be able to manage the debt — again, will be at investment grade basically within three years — and also have all of the capital that we need to invest in content, to grow our creative offering, to make 30 movies a year, to compete in streaming, and also to invest heavily in technology.

**Julia Boorstin:**

And in terms of that $6 billion in synergies, there's a lot of concern here in Hollywood, and there's been a lot of talk about how many layoffs might be part of that. Can you give us a sense of how much you're planning to eliminate jobs at a time when you can rely on technology to replace a lot of functions?

**David Ellison:**

So, look, we will absolutely have to rationalize the overall corporate overhead of the company. But that's not the primary driver of the synergies in the deal.

Just when you look at it, we're going to bring HBO Max and Paramount Plus together. That will rationalize the tech stacks. There's incredible savings there as well as in our cloud rationalization.

We're going to rationalize the real estate footprint of both of these companies. We're not going to sell either lot. Those are iconic, and we are going to absolutely hold on to those.

And look, another example that was not talked about is really procurement. When we originally signed the deal basically to acquire Paramount, it was estimated at 50 to 100 million in procurement savings. The reality is it's well in excess of five times that.

So there are several buckets in this business to be able to operate it more efficiently, to achieve those savings, and still ensure that we can invest in growth and always compete.

**David Faber:**
Thank you Julia, David you know its David Faber back here in New York. You know, back to the linear cable networks and the comments you just made in terms of having a plan in place that assumes continued declines — I'm just curious, I mean, you guys spent a lot of time shooting it obviously, the overall value of the potentially spun off entity for the Netflix deal — but you own a lot of cable networks. I mean, you really are confident that the projections you have for what are these continued declines in linear cable and entertainment assets in particular is sufficient to deal with anything that comes your way?

**David Ellison:**
So, David, the short answer is yes, we do. And look, I also think you have to contextualize that statement. We had a tremendous amount of questions on spinning off the linear assets during the deal with $17 billion of debt, given the decline of cable, I also think as we've talked about, you really have to separate broadcast and cable. CBS is an incredibly reach asset and is an incredibly healthy business. We have eight of the top ten shows on broadcast. We just had the best year we've ever had in the history of the NFL in terms of viewership, you know with Why Marshall's this past weekend, and Tracker and expanding the Taylor Sheridan universe. And when you put all of these portfolios together, we absolutely believe that we can bend the decline, basically, of cable. We can rationalize the cost, and we can actually keep those brands healthier for longer. In addition to that, there are several iconic brands both at Paramount and Warner Brothers that we will transition to streaming and we see really significant value there.

**David Faber:**
You mentioned the NFL, such an important provider of content for the CBS network a lot of reports have them re-opening negotiations for the next contract and of course the expectation is the number is going to go up substantially for your company and many others who broadcast the games. What are your expectations there in terms of what your going to pay for the NFL and how that figures again into some of the questions Julia is asking about your overall leverage and the financial health of the company?

**David Ellison:**
No David absolutely, so we have a phenomenal relationship with the NFL. We anticipate that continuing for the foreseeable future. Genuinely, they are one of our most important partners. And we plan for them to stay one of our most important partners having just delivered a historic season in our partnership with them. And you know ongoing negotiations — we're not really in a position where we can comment. I promise we will share something as soon as we have something to say.

**David Faber:**
But you do expect you will be able to withstand what might be as much as a 15% increase in the overall cost of the NFL?

**David Ellison:**
Again on specifics for an ongoing negotiation I really cannot comment on that but what I can tell you is that we do plan to continue our relationship, and I do believe we have planned accordingly there.

**David Faber:**

I want to ask about the regulatory front for the deal itself. Of course, something I have focused a lot on and something you guys focused a lot on when it came to your competitor, Netflix. You guys are all good in the U.S. but the California state AG I'm told may pose a problem, not because they could make a case David that would necessarily win in court but they could potentially delay your deal, file a lawsuit, maybe even get a temporary restraining order that could push you another 6-8 months further out. Particularly given the potential for job losses in California. How do you view that" How do you view the threat from the California state AG and dealing with it?

**David Ellison:**

Yeah, no, absolutely. David but so first, let's just actually contextualize where we are today, which is our HSR waiting period has expired in the United States, which means if we were cleared everywhere else in the world, we could close in the U.S. tomorrow.

We've received regulatory approvals in basically Germany and Slovenia. We've been engaging since our tender with regulatory bodies around the world. We have done that across the EU and LATAM. We've met with all the Democratic State AGs, we met with the all Republican state AGs. And we will continue to basically collaborate with regulators throughout this process. In in terms of basically, you know, whether or not they can slow us down.

As I said, we could technically close tomorrow, but also at the end of the day, we're all governed by the law. And the reality of this is, there is nothing in this transaction that trips anything that would create cause for concern.

And again, if you look at what we've done historically from a job creation standpoint, you know, since we've been at Paramount, we've greenlit 11 movies. We've doubled the output of the film slate. When we first got here, you know we're on the iconic Paramount lot, this studio had eight movies on the release calendar for this year. We're going to release 16 movies this year, and we greenlit 11 films since we've been here.

Cindy Holland is — has basically increased and greenlit 11 more original series to the P Plus slate. We've added, as we talked about on our earnings call, over a billion and a half dollars basically to the P Plus content budget. And that creates jobs.

And I think when you really look at the alternative, which was this company was going to be sold — it was going to be sold to Netflix or it was going to be sold to us — our deal is pro-competitive and good for the creator and good for good for creators. Basically, the creative ecosystem now has more places to sell and more scale AI buyers, and consumers now have more choice.

**David Faber:**
Yeah, no, I understand the competitive argument, and it's one I'll be curious to see how they — the state AG feels.

You know, on that front though, in terms of job losses, David, a lot of concern. Certainly when you put CNN and CBS — well, I don't want to say put them together — but I wonder, is that kind of part of the plan in terms of news gathering? And what do you tell employees of CNN at this point, as they concern — are concerned about their own future at that network?

**David Ellison:**
So so what I can tell you is we feel incredibly fortunate. CNN is an incredible brand with an incredible team, and we absolutely believe in the independence that needs to be maintained, obviously, for those incredible journalists, and we want to support that going forward.

CNN and CBS News are brands that we also really want to be a part of transitioning to streaming, so that consumers have the choice — if they want to watch our incredible news brands on broadcast, they can do that. If they want to watch on cable, they can do that. But we also want to create a world where if they want to watch on streaming, they can do that, and where we can really meet consumers where they are.

We're going to invest in the news business, and we think this is — this transaction will be a positive for both CBS News and CNN.

**Julia Boorstin:**
You said a number of times — oh, sorry.

**David Faber:**
Sorry. Go ahead. No, Julie, go ahead. I'm sorry.

**Julia Boorstin:**
You just said a number of times that this is good for consumers, and you've also said that you're going to be merging Paramount Plus and HBO. There are a lot of questions about what that looks like and how much more you might be charging for this combined service. Can you give us any insight into what this is actually going to look like from a consumer standpoint?

**David Ellison:**
No, absolutely. So I think — look, let's look at what we're offering versus what the alternative was, right? Because I think you have to actually compare what the two deals were on the table.

One was Netflix has 325 million subscribers that if they had basically acquired WBD, would have been twice the size of the nearest competitor. With us, when you put basically HBO Max and Paramount Plus together, you know, once you dedupe for the overlap, you're a little bit under 200 million subscribers.

To contextualize, Disney's 195 million subscribers, Amazon's 200. That creates a healthier ecosystem that gives consumers more choice in terms of what they want to pay for.

It's going to be a significantly beneficial content offering that they're going to get. You're going to get Yellowstone, you know, basically, and Game of Thrones on the same service. I think that's going to be pretty powerful.

And again, for the creator economy, which I was a part of — I mean, look, I spent 15 years of my life selling to this ecosystem and having another scale AI buyer as a place that where we want to grow. And our only way to obviously grow and to get to first place in streaming is to invest more in content that's going to be good for the creator economy. It's going to be good for Hollywood.

**Julia Boorstin:**
But that didn't answer my question. Are you going to combine these two services and then raise the price of what people were paying for HBO, or what's the plan there?

**David Ellison:**
So we're absolutely going to put the services together. You know, we don't have anything to comment on pricing at —

**Julia Boorstin:**
— this point.

And then the other question is you mentioned technology a number of times. How big a role do you see AI playing in helping you bring down these costs as you look to manage that leverage?

**David Ellison:**
So look, AI is here and it's going to be transformative across all aspects of the business. The way that we really look at artificial intelligence is really as a tool for artists. I do not believe that AI is a replacement for human creativity. I really view it as a force multiplier for basically filmmakers and the creative communities to be able to realize their visions more fully, and think it's going to be an incredibly powerful tool for this industry.

**David Faber:**
David, me again. You know, unfortunately, the world we live in has a political overlay on almost everything going on in the corporate world, certainly when it comes to news organizations. And there is certainly a perception and or a fear perhaps that once you take control of CNN, and given the changes you've made at CBS, that you will be more beholden to the Trump administration. Can you address that, that potential fear, at least on the part of many?

**David Ellison:**
Yeah. No, no, David. So so look, I've said this since the, since the beginning, which is, you know, for when it really comes to editorial independence will absolutely be maintained. It's maintained at CBS, it'll be maintained at CNN.

And really, who we want to talk to is the 70% of Americans and really around the world that identify as center left and center right. And we want to be in the truth business. We want to be in the trust business. And that's not going to change.

**David Faber:**
And finally, David, for me at least — I mean, your father, Larry Ellison, your partners at RedBird, many others — I mean, your guys are putting up $47 billion in equity, and you're buying that at $16.02 a Paramount share, so above where the stock is right now. You know, what can you tell our viewers in terms of your expectations for how this stock is going to perform, given all the challenges obviously Julie and I have just laid out for you?

**David Ellison:**
Yeah. So, David, just to level set, obviously the price was basically set by the Paramount independent directors that obviously worked with third parties completely independent of us to basically determine and set the price, you know.

And we're the largest shareholder in Paramount. We're going to be the largest shareholder in the combined company. And we're really dedicated to creating long term value for these businesses.

And candidly, we couldn't be more optimistic about what we're going to be able to build here with these incredible companies.

**Julia Boorstin:**
Just finally wrapping up with a question about the legacy assets, because the big difference between your offer and Netflix's offer was that you were also buying the legacy linear assets, whereas Netflix was only interested in studio and streaming. We've seen Versant's stock — CNBC's parent company stock — drop after it went public. Does that raise questions for you about the long term value of these legacy assets, given the conversation about the difference between your offer and Netflix's offer?

**David Ellison:**
So I don't think you can really look at the — so again, a couple of pieces.

One, there's a tremendous amount of cash flow that's obviously generated from those businesses, which we think is very advantageous. We can prolong the life of that linear business given the synergies and given the combined portfolio.

But really, when you look at the strength of the of the combined studios and streaming portfolio, this really puts us in a position to where we immediately get to scale in streaming. We have a creative content library that allows us to compete with the most scaled players in the business and really build the media company of the future, and we couldn't be more excited about what's ahead.

**Julia Boorstin:**
Well, fascinating new chapter for Hollywood, and we hope to continue having these conversations on our air. David Ellison, thank you so much for joining us here today.

**David Ellison:**
Thank you for having me.

**Julia Boorstin:**
Guys, back over to you.

Case 4:26-cv-00370-AMO Document 134-11 Filed 06/03/26 Page 120 of 187

**Additional Information and Where to Find It**

This communication may be deemed to be solicitation material in respect of the proposed acquisition of Warner Bros. Discovery, Inc. ("WBD") by Paramount Skydance Corporation ("Paramount"). In connection with the proposed transaction, WBD intends to file relevant materials with the Securities and Exchange Commission (the "SEC"), including WBD's proxy statement in preliminary and definitive form. INVESTORS AND STOCKHOLDERS OF WBD ARE URGED TO READ ALL RELEVANT DOCUMENTS FILED WITH THE SEC, INCLUDING WBD'S PROXY STATEMENT (WHEN IT IS AVAILABLE), BECAUSE THEY CONTAIN OR WILL CONTAIN IMPORTANT INFORMATION ABOUT THE PROPOSED TRANSACTION AND THE PARTIES TO THE PROPOSED TRANSACTION. Investors and stockholders of WBD are or will be able to obtain these documents (when they are available) free of charge from the SEC's website at www.sec.gov, or free of charge from WBD under the "SEC Filings" section of WBD's website at ir.wbd.com.

**Participants in the Solicitation**

Paramount and WBD and certain of their respective directors and executive officers, under SEC rules, may be deemed to be "participants" in the solicitation of proxies from security holders of WBD in connection with the proposed transaction. Information about the directors and executive officers of Paramount is set forth in its Current Reports on Form 8-K filed with the SEC on August 7, 2025, September 16, 2025 and January 14, 2026 and in its Annual Report on Form 10-K for the year ended December 31, 2025, filed with the SEC on February 25, 2026. Information about WBD's directors and executive officers is available in its definitive proxy statement filed with the SEC on April 23, 2025, under the heading "Proposal 1: Election of Directors," and in its Annual Report on Form 10-K for the year ended December 31, 2025, filed with the SEC on February 27, 2026, under the heading "Executive Officers of Warner Bros. Discovery, Inc." To the extent holdings of WBD's securities by its directors or executive officers has changed since the amounts set forth in such 2025 proxy statement, such changes have been or will be reflected on Initial Statements of Beneficial Ownership of Securities on Form 3 or Statements of Changes of Beneficial Ownership of Securities on Form 4 filed with the SEC. Investors and stockholders of Paramount or WBD are or will be able to obtain these documents free of charge from the SEC's website at www.sec.gov, from Paramount on Paramount's website at https://ir.paramount.com/sec-filings/paramount, from WBD on WBD's website at ir.wbd.com or on request from Paramount or WBD, as applicable. Additional information concerning the interests of WBD's participants in the solicitation, which may, in some cases, be different than those of WBD's stockholders generally, will be set forth in WBD's proxy statement relating to the proposed transaction when it becomes available.

**Cautionary Note Concerning Forward-Looking Statements**

This communication contains "forward-looking statements" regarding the potential acquisition of WBD. The reader is cautioned not to rely on these forward-looking statements. These statements are based on current expectations of future events. If underlying assumptions prove inaccurate or known or unknown risks or uncertainties materialize, actual results could vary materially from the expectations and projections of Paramount or WBD. Risks and uncertainties include, but are not limited to: the risk that the closing conditions for the acquisition will not be satisfied, including the risk that clearances under applicable antitrust or regulatory laws will not be obtained; uncertainty as to the percentage of WBD stockholders that will vote to approve the proposed transaction at the applicable WBD stockholder meeting; the possibility that the transaction will not be completed in the expected timeframe or at all; potential adverse effects to the businesses of Paramount or WBD during the pendency of the transaction, such as employee departures or distraction of management from business operations; the risk of stockholder litigation relating to the transaction, including resulting expense or delay; the potential that the expected benefits and opportunities of the acquisition, if completed, may not be realized or may take longer to realize than expected; risks related to Paramount's streaming business; the adverse impact on Paramount's advertising revenues as a result of changes in consumer behavior, advertising market conditions and deficiencies in audience measurement; risks related to operating in highly competitive and dynamic industries; the unpredictable nature of consumer behavior, as well as evolving technologies and distribution models; risks related to Paramount's decisions to invest in new businesses, products, services and technologies, and the evolution of Paramount's business strategy; the potential for loss of carriage or other reduction in, or the impact of negotiations for, the distribution of Paramount's content; damage to Paramount's reputation or brands; losses due to asset impairment charges for goodwill, content and long-lived assets, including finite-lived intangible assets; liabilities related to discontinued operations and former businesses; increasing scrutiny of, and evolving expectations for, sustainability initiatives; evolving business continuity, cybersecurity, privacy and data protection and similar risks; challenges in protecting and maintaining Paramount's intellectual property rights; domestic and global political, economic and regulatory factors affecting Paramount's businesses generally; the inability to hire or retain key employees or secure creative talent; disruptions to Paramount's operations as a result of labor disputes; risks and costs associated with the integration of, and Paramount's ability to integrate, the businesses of Paramount Global and Skydance Media, LLC successfully and to achieve anticipated synergies; litigation relating to the transactions contemplated by the transaction agreement entered into on July 7, 2024, between Paramount Global and Skydance Media, LLC, potentially resulting in substantial costs; volatility in the price of Paramount's Class B common stock; the effect Paramount's dual-class capital structure and the concentrated ownership may have on the price of its Class B common stock or business; risks related to a private sale of a controlling interest in Paramount, including that Paramount's stockholders may not realize any change of control premium on shares of Paramount's Class B common stock and that Paramount may become subject to the control of a presently unknown third party; risks associated with Paramount's status as a "controlled company" under Nasdaq rules, including its exemption from certain corporate governance requirements; risks associated with the lack of voting rights of Paramount's Class B common stock; risks that anti-takeover provisions in Paramount's amended and restated certificate of incorporation ("Charter") and amended and restated bylaws, and under Delaware law, could deter, delay, or prevent a change of control; risks that exclusive forum provisions in Paramount's Charter could limit a stockholder's choice of forum for certain claims and discourage lawsuits against Paramount's directors and officers; risks that corporate opportunity provisions in Paramount's Charter could permit certain persons to pursue competitive opportunities that might otherwise be available to Paramount; and risks associated with Paramount's holding company structure, including its dependence on distributions from its subsidiaries to meet tax obligations and other cash requirements; A further list and description of these risks, uncertainties and other factors and the general risks associated with the respective businesses of Paramount and WBD can be found in Paramount's Annual Report on Form 10-K for the fiscal year ended December 31, 2025, filed with the SEC on February 25, 2026, including in the sections captioned "Cautionary Note Concerning Forward-Looking Statements" and "Item 1A. Risk Factors," and Paramount's subsequent filings with the SEC, and WBD's Annual Report on Form 10-K for the fiscal year ended December 31, 2025, filed with the SEC on February 27, 2026, including in the section captioned "Item 1A. Risk Factors," and WBD's subsequent filings with the SEC. Copies of these filings, as well as subsequent filings, are available online at www.sec.gov, ir.wbd.com or on request from Paramount or WBD. Neither Paramount nor WBD undertakes to update any forward-looking statement as a result of new information or future events or developments, except as required by law.

# EXHIBIT 2

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

---

# SCHEDULE TO/A

Tender Offer Statement Pursuant to Section 14(d)(1) or 13(e)(1)
of the Securities Exchange Act of 1934
(Amendment No. 27)

---

# Warner Bros. Discovery, Inc.
(Name of Subject Company (Issuer))

### Prince Sub Inc.
(Offeror)
a direct wholly owned subsidiary of

# Paramount Skydance Corporation
(Parent of Offeror)
(Names of Filing Persons (identifying status as offeror, issuer or other person))

---

Series A Common Stock, par value $0.01 per share
(Title of Class of Securities)

---

934423104
(CUSIP Number of Class of Securities)

---

Makan Delrahim
Chief Legal Officer
Paramount Skydance Corporation
1515 Broadway
New York, New York 10036
(212) 258-6000
(Name, Address and Telephone Number of Person Authorized to Receive Notices and Communications on Behalf of Filing Persons)

*With a copy to:*
Copies to:

| | |
|---|---|
| Faiza J. Saeed | Ian Nussbaum |
| Andrew J. Pitts | Max Schleusener |
| C. Daniel Haaren | Latham & Watkins LLP |
| Daniel J. Cerqueira | 1271 Avenue of the Americas |
| Claudia J. Ricciardi | New York, New York 10020 |
| Cravath, Swaine & Moore LLP | (212) 906-1200 |
| Two Manhattan West | |
| 375 Ninth Avenue | |
| New York, New York 10001 | |
| (212) 474-1000 | |

☐ Check the box if the filing relates solely to preliminary communications made before the commencement of a tender offer.

Check the appropriate boxes below to designate any transactions to which the statement relates:

☒ third-party tender offer subject to Rule 14d-1.

☐ issuer tender offer subject to Rule 13e-4.

☐ going-private transaction subject to Rule 13e-3.

☐ amendment to Schedule 13D under Rule 13d-2.

Check the following box if the filing is a final amendment reporting the results of the tender offer: ☐

If applicable, check the appropriate box(es) below to designate the appropriate rule provision(s) relied upon:

☐   Rule 13e-4(i) (Cross-Border Issuer Tender Offer)

☐   Rule 14d-1(d) (Cross-Border Third-Party Tender Offer)

This Amendment No. 27 to Schedule TO (together with any exhibits and annexes attached hereto, and as it may be amended or supplemented from time to time, this "**Amendment**") is filed by (i) Prince Sub Inc., a Delaware corporation (the "**Purchaser**") and a direct wholly owned subsidiary of Paramount Skydance Corporation, a Delaware corporation ("**Paramount**"), and (ii) Paramount, and amends and supplements the Tender Offer Statement on Schedule TO filed with the U.S. Securities and Exchange Commission (the "**SEC**") on December 8, 2025 (together with any amendments and supplements thereto, the "**Schedule TO**") by the Purchaser and Paramount. This Schedule TO relates to the offer by the Purchaser to purchase all of the outstanding shares of Series A Common Stock, par value $0.01 per share (the "**Shares**"), of Warner Bros. Discovery, Inc., a Delaware corporation ("**Warner Bros.**"), at $30.00 per share, net to the seller in cash, without interest and less any required withholding taxes, upon the terms and subject to the conditions set forth in the Offer to Purchase, dated December 8, 2025 (as it may be amended or supplemented from time to time, the "**Offer to Purchase**"), a copy of which is attached as Exhibit (a)(1)(A) to the Schedule TO filed with the SEC on December 8, 2025, and in the related Letter of Transmittal (as it may be amended or supplemented from time to time, the "**Letter of Transmittal**," and together with the Offer to Purchase, the "**Offer**"), a copy of which is attached as Exhibit (a)(1)(B) to the Schedule TO filed with the SEC on December 8, 2025.

Except as otherwise set forth in this Amendment, the information in Schedule TO remains unchanged and is incorporated herein by reference to the extent relevant to the items in this Amendment. Capitalized terms used but not defined herein have the meanings ascribed to them in the Schedule TO.

*Items 1 through 9 and 11*

The Offer to Purchase and Items 1 through 9 and Item 11 of the Schedule TO, to the extent such Items 1 through 9 and Item 11 incorporate by reference the information contained in the Offer to Purchase, are hereby amended and supplemented by adding the following paragraphs thereto:

On February 27, 2026, Paramount and the Purchaser entered into an agreement and plan of merger with Warner Bros. (the "**Merger Agreement**"), which Merger Agreement did not provide for a tender offer. Pursuant to the terms of the Offer, we reserved the right to terminate the Offer if we entered into a merger agreement with Warner Bros. and such merger agreement did not provide for a tender offer. We are terminating the Offer concurrently with the execution of the Merger Agreement. As a result of the termination of the Offer, no Shares were accepted for payment or paid for pursuant to the Offer. The Purchaser has instructed the Depositary to promptly return all Shares tendered and not withdrawn to the tendering stockholders.

A copy of the press release announcing the signing of the Merger Agreement and the termination of the Offer is attached hereto as Exhibit (a)(5)(AO) and is incorporated herein by reference.

*Item 12. Exhibits*

Item 12 of the Schedule TO is hereby amended and supplemented by adding the following exhibit.

(a)(5)(AO)      Joint Press Release of Paramount Skydance Corporation, dated February 27, 2026

**SIGNATURE**

After due inquiry and to the best of my knowledge and belief, I certify that the information set forth in this statement is true, complete and correct.

Dated: February 27, 2026

<div style="margin-left:50%">

**PARAMOUNT SKYDANCE CORPORATION**

By: /s/ Stephanie Kyoko McKinnon
     Name: Stephanie Kyoko McKinnon
     Title:  General Counsel

**PRINCE SUB INC.**

By: /s/ Stephanie Kyoko McKinnon
     Name: Stephanie Kyoko McKinnon
     Title:  General Counsel

</div>

**EXHIBIT INDEX**

*Index No.*

(a)(5)(AO)    Joint Press Release of Paramount Skydance Corporation, dated February 27, 2026

 

**PARAMOUNT TO ACQUIRE WARNER BROS. DISCOVERY TO FORM NEXT-GENERATION GLOBAL MEDIA AND ENTERTAINMENT COMPANY**

· The newly merged company will be well positioned to compete in the rapidly evolving entertainment industry where storytelling combined with world class technology expertise will be an important driver of value creation across the ecosystem and for shareholders

· Investing in the world-class studios of Paramount and WBD, focusing on attracting and retaining the industry's leading creative talent while expanding the supply of high-quality content for both the combined company's platforms and third-party distribution platforms

· Driving long-term growth by investing in and expanding our DTC business, powered by our combined world-class storytelling to reach more audiences and compete effectively with leading streaming services

· Committed to producing a minimum of 30 theatrical films annually, delivering exceptional entertainment to audiences and driving long-term job growth across the film and creative industries

· Paramount issuing $47 billion of new Class B shares at $16.02 per share, supported by a fully committed investment from the Ellison Family and RedBird Capital Partners

· Transaction values WBD at enterprise value of $110 billion, representing a multiple of 7.5x on fully synergized 2026 EBITDA

**Los Angeles and New York, February 27, 2026** – Paramount Skydance Corporation (NASDAQ: PSKY) ("Paramount") and Warner Bros. Discovery, Inc. (NASDAQ: WBD) ("WBD") today announced they have entered into a definitive merger agreement under which Paramount will acquire WBD, forming a premier global media and entertainment company focused on expanding consumer choice and empowering creative talent worldwide.

Under the terms of the agreement, Paramount will pay $31.00 per share in cash for all outstanding shares of WBD. The transaction has been unanimously approved by the Boards of Directors of both companies and is expected to close in Q3 2026, subject to customary closing conditions, including regulatory clearances and approval by WBD shareholders, with a vote expected in the early spring of 2026. In the event the transaction has not closed by September 30, 2026, WBD shareholders will receive a $0.25 per share "ticking fee" for each quarter (measured daily) until closing.

The merger unlocks innovative and compelling storytelling opportunities across the combined company's best-in-class film and television studios, streaming and linear platforms. Together, Paramount and WBD will deliver greater choice for consumers through its leading streaming platforms with an exceptional intellectual property portfolio that has produced popular franchises such as *Game of Thrones, Mission Impossible, Harry Potter, Top Gun, the DC Universe and SpongeBob SquarePants.*

David Ellison, Chairman and CEO of Paramount, a Skydance Corporation, said: *"From the very beginning, our pursuit of Warner Bros. Discovery has been guided by a clear purpose: to honor the legacy of two iconic companies while accelerating our vision of building a next-generation media and entertainment company. By bringing together these world-class studios, our complementary streaming platforms, and the extraordinary talent behind them, we will create even greater value for audiences, partners and shareholders — and we couldn't be more excited for what's ahead."*

David Zaslav, President and CEO of Warner Bros. Discovery said: "*I'm very pleased with the outcome we achieved for WBD shareholders and the entertainment industry. Our guiding principle throughout this process has been to secure a transaction that maximizes the value of our iconic assets and our century-old studio while delivering as much certainty as possible for our investors. We look forward to working with Paramount to complete this historic transaction.*"

**<u>Strategic and Financial Benefits of a Paramount-Warner Bros. Discovery Merger</u>**

· **Hollywood Champion:** We will invest in expanding the creative engines at the core of both WBD and Paramount. We will maintain both studios while prioritizing the attraction and retention of world-class creative talent, strengthening our ability to deliver a broad pipeline of high-quality content, including 15 theatrical feature films per year per studio, for our combined platforms and third-party distribution partners.

· **Establishes a Global Streaming Competitor:** By uniting the strengths of Paramount and WBD, we will create a premier direct-to-consumer platform with enhanced reach, engagement, and monetization capabilities – positioning the combined company to increase competition while accelerating subscriber growth, deepening engagement, and driving significant long-term profitability.

· **Pro-Competition:** The combination of Paramount+, HBO Max and Pluto creates a highly competitive DTC business that expands both consumer choice and opportunities for creative talent and labor. The deal will deliver compelling value for both content suppliers and consumers – establishing another strong, credible competitor in today's streaming marketplace.

· **Transaction Supports a Competitive Theatrical and Content Distribution Ecosystem:**

   o Every film will receive a full theatrical release, with a minimum 45-day window globally before becoming available on paid video-on-demand (VOD), with the intention of 60-90 days or more to maximize the audience for our most successful releases.

   o Both studios will continue to support a vibrant third-party ecosystem by licensing their films and shows across their own and third-party platforms, while remaining active buyers of content from third-party studios and independent producers.

   o Following its theatrical run, each film will transition to the current industry standard home video window, preserving paid video-on-demand prior to availability on subscription streaming services.

   o Paramount will continue to adhere to specific windowing regimes in geographies it operates in, including in France where Paramount maintains its windowing commitments.

· **A Compelling Portfolio of IP and Content:** The combined company will own a film library of more than 15,000 titles and thousands of hours of television programming. It will be home to many of the world's most iconic and enduring franchises, including *Harry Potter*, *Mission Impossible*, *Lord of the Rings, Game of Thrones,* the *DC Universe, Teenage Mutant Ninja Turtles*, *Transformers, Star Trek* and *SpongeBob SquarePants*.

· **Broad Sports Rights Portfolio:** The merged company will hold one of the industry's most compelling and competitive portfolios of sports rights, including: the NFL, Olympics, UFC, PGA Tour, NHL, Big Ten and Big 12 Football, NCAA College Basketball, and Champions League, with the ability to distribute these rights collectively across all of our platforms, thereby giving sports fans easier access to more of the content they want in one place.

- **Stronger Linear Networks:** A complementary portfolio of cable networks spanning entertainment, sports and news will significantly improve cash flow, unlock efficiencies, and strengthen our ability to manage linear market pressures. It also creates a more compelling, unified platform for advertisers through integrated cross-channel sales and activation opportunities.

- **Diverse International Portfolio:** A presence in over 200 countries and territories, including cable and free-to-air networks, that will provide more opportunities for world class storytelling – including local production – to be seen globally and allow us to continue to serve local audiences around the world with the best stories across TV, film, sports, and news.

- **Technology to Create Stronger Infrastructure Backbone and Improved User Interface:** By streamlining the technological underpinning of every aspect of the combined company's businesses, we will improve the user experience, generate financial and operating efficiencies and eliminate redundancies.

- **Well-Positioned to Invest in Growth:** The pro forma balance sheet and cash flow will enable continued investment in growth initiatives, as demonstrated by the marquee deals announced by Paramount since the close of the Skydance merger, including: Trey Parker and Matt Stone of *South Park*, the UFC, the Duffer Brothers and Activision, among others. The combined company's resources and backing of Paramount's committed investors will support increased investment in content generation, reinvigorating the media industry and enhancing competition to the benefit of talent and labor.

## Transaction Highlights

Paramount will acquire 100% of WBD for $31 per share in cash, plus the "ticking fee", valuing WBD at $81 billion in equity value and $110 billion in enterprise value. Paramount expects that the acquisition will expected to yield over $6 billion in synergies, which are driven by a combination of: technology integration (such as migrating the combined company to a single enterprise resource planning system and consolidating streaming technology stacks), corporate-wide efficiencies, including procurement savings, optimizing the combined real estate footprint, and otherwise streamlining operational efficiencies.

On a fully synergized basis, this values WBD at 7.5x 2026 EBITDA. At closing, we expect to have a net debt-to-EBITDA of 4.3x on a synergized basis, with a clear path to investment grade credit metrics within three years of closing.

The transaction is funded by $47 billion in equity, fully backed by the Ellison Family and RedBird Capital Partners. At closing, the equity may include other strategic and financial partners. Under the terms of the equity commitments, new shares of Class B Paramount stock will be issued at a price of $16.02 per share. The terms of this equity investment were decided by a Special Committee of the Board of Directors of Paramount comprised of independent directors with independent legal and financial advisors. In addition to the new cash equity investment, the transaction is backed by $54 billion of debt commitments from Bank of America, Citigroup, and Apollo, which includes $15 billion to backstop WBD's existing bridge facility and $39 billion of incremental new debt. The $54 billion excludes $3.5 billion of bridge financing from these institutions to backstop our existing $3.5 billion revolving credit facility.

In addition, existing Paramount stockholders will have the opportunity to participate in a rights offering of up to $3.25 billion of Class B Paramount stock alongside the new equity investment, which is expected to occur nearer the closing date, at a price of $16.02 per share.

The proposed transaction between Paramount and WBD is not subject to any financing conditions.

In connection with the entry into the merger agreement, Paramount has terminated its all-cash tender offer to acquire all outstanding shares of WBD.

Centerview Partners LLC and RedBird Advisors are acting as lead financial advisors to Paramount, and Bank of America Securities, Citi, M. Klein & Company and LionTree Advisors are also acting as financial advisors. Cravath, Swaine & Moore LLP and Latham & Watkins LLP are acting as legal counsel to Paramount. Latham & Watkins LLP is also acting as legal counsel to the investor consortium, including the Ellison Family.

Allen & Company, J.P. Morgan and Evercore are serving as financial advisors to WBD and Wachtell Lipton, Rosen & Katz and Debevoise & Plimpton LLP are serving as legal counsel.

Barclays Capital are acting as financial advisors to the Special Committee of the Board of Directors of Paramount and Cleary, Gottlieb, Steen & Hamilton LLP are serving as legal counsel.

## Conference Call and Webcast

Paramount will conduct a conference call and webcast on Monday, March 2 at 8:30am ET to discuss its merger agreement with WBD. The webcast link and dial-in information will be made available on Paramount's Investor Relations homepage at ir.paramount.com prior to the call. An audio replay of the call will be available in the Events and Webcasts section of Paramount's Investors homepage.

<div align="center">***</div>

## About Paramount, a Skydance Corporation

Paramount, a Skydance Corporation is a leading, next-generation global media and entertainment company, comprised of three business segments: Studios, Direct-to-Consumer, and TV Media. Paramount's portfolio unites legendary brands, including Paramount Pictures, Paramount Television, CBS – America's most-watched broadcast network, CBS News, CBS Sports, Nickelodeon, MTV, BET, Comedy Central, Showtime, Paramount+, Paramount TV, and Skydance's Animation, Film, Television, Interactive/Games, and Sports divisions. For more information, visit paramount.com.

## About Warner Bros. Discovery

Warner Bros. Discovery is a leading global media and entertainment company that creates and distributes the world's most differentiated and complete portfolio of branded content across television, film, streaming and gaming. Warner Bros. Discovery inspires, informs and entertains audiences worldwide through its iconic brands and products including: Discovery Channel, HBO Max, discovery+, CNN, DC, TNT Sports, Eurosport, HBO, HGTV, Food Network, OWN, Investigation Discovery, TLC, Magnolia Network, TNT, TBS, truTV, Travel Channel, Animal Planet, Science Channel, Warner Bros. Motion Picture Group, Warner Bros. Television Group, Warner Bros. Pictures Animation, Warner Bros. Games, New Line Cinema, Cartoon Network, Adult Swim, Turner Classic Movies, Discovery en Español, Hogar de HGTV and others. For more information, please visit www.wbd.com.

## Additional Information and Where to Find It

This communication may be deemed to be solicitation material in respect of the proposed acquisition of Warner Bros. Discovery, Inc. ("WBD") by Paramount Skydance Corporation ("Paramount"). In connection with the proposed transaction, WBD intends to file relevant materials with the Securities and Exchange Commission (the "SEC"), including WBD's proxy statement in preliminary and definitive form. INVESTORS AND STOCKHOLDERS OF WBD ARE URGED TO READ ALL RELEVANT DOCUMENTS FILED WITH THE SEC, INCLUDING WBD'S PROXY STATEMENT (WHEN IT IS AVAILABLE), BECAUSE THEY CONTAIN OR WILL CONTAIN IMPORTANT INFORMATION ABOUT THE PROPOSED TRANSACTION AND THE PARTIES TO THE PROPOSED TRANSACTION. Investors and stockholders of WBD are or will be able to obtain these documents (when they are available) free of charge from the SEC's website at www.sec.gov, or free of charge from WBD under the "SEC Filings" section of WBD's website at https://ir.wbd.com.

**Participants in the Solicitation**

Paramount and WBD and certain of their respective directors and executive officers, under SEC rules, may be deemed to be "participants" in the solicitation of proxies from security holders of WBD in connection with the proposed transaction. Information about the directors and executive officers of Paramount is set forth in its Current Reports on Form 8-K filed with the SEC on August 7, 2025, September 16, 2025 and January 14, 2026 and in its Annual Report on Form 10-K filed with the SEC on February 25, 2026. Information about WBD's directors and executive officers is available in its Annual Report on Form 10-K for the year ended December 31, 2024, under the heading "Executive Officers of Warner Bros. Discovery, Inc.," and its definitive proxy statement filed with the SEC on April 23, 2025, under the heading "Proposal 1: Election of Directors." To the extent holdings of WBD's securities by its directors or executive officers has changed since the amounts set forth in such 2025 proxy statement, such changes have been or will be reflected on Initial Statements of Beneficial Ownership of Securities on Form 3 or Statements of Changes of Beneficial Ownership of Securities on Form 4 filed with the SEC. Investors and stockholders of Paramount or WBD are or will be able to obtain these documents free of charge from the SEC's website at www.sec.gov, from Paramount on Paramount's website at https://ir.paramount.com/sec-filings/paramount, from WBD on WBD's website at https://ir.wbd.com or on request from Paramount or WBD, as applicable. Additional information concerning the interests of WBD's participants in the solicitation, which may, in some cases, be different than those of WBD's stockholders generally, will be set forth in WBD's proxy statement relating to the proposed transaction when it becomes available.

**Cautionary Note Concerning Forward-Looking Statements**

This communication contains "forward-looking statements" regarding the potential acquisition of WBD. The reader is cautioned not to rely on these forward-looking statements. These statements are based on current expectations of future events. If underlying assumptions prove inaccurate or known or unknown risks or uncertainties materialize, actual results could vary materially from the expectations and projections of Paramount or WBD. Risks and uncertainties include, but are not limited to: the risk that the closing conditions for the acquisition will not be satisfied, including the risk that clearances under the Hart-Scott-Rodino Antitrust Improvements Act or other applicable antitrust laws will not be obtained; uncertainty as to the percentage of WBD stockholders that will vote to approve the proposed transaction at the applicable WBD stockholder meeting; the possibility that the transaction will not be completed in the expected timeframe or at all; potential adverse effects to the businesses of Paramount or WBD during the pendency of the transaction, such as employee departures or distraction of management from business operations; the risk of stockholder litigation relating to the transaction, including resulting expense or delay; the potential that the expected benefits and opportunities of the acquisition, if completed, may not be realized or may take longer to realize than expected; risks related to Paramount's streaming business; the adverse impact on Paramount's advertising revenues as a result of changes in consumer behavior, advertising market conditions and deficiencies in audience measurement; risks related to operating in highly competitive and dynamic industries; the unpredictable nature of consumer behavior, as well as evolving technologies and distribution models; risks related to Paramount's decisions to invest in new businesses, products, services and technologies, and the evolution of Paramount's business strategy; the potential for loss of carriage or other reduction in, or the impact of negotiations for, the distribution of Paramount's content; damage to Paramount's reputation or brands; losses due to asset impairment charges for goodwill, content and long-lived assets, including finite-lived intangible assets; liabilities related to discontinued operations and former businesses; increasing scrutiny of, and evolving expectations for, sustainability initiatives; evolving business continuity, cybersecurity, privacy and data protection and similar risks; challenges in protecting and maintaining Paramount's intellectual property rights; domestic and global political, economic and regulatory factors affecting Paramount's businesses generally; the inability to hire or retain key employees or secure creative talent; disruptions to Paramount's operations as a result of labor disputes; risks and costs associated with the integration of, and Paramount's ability to integrate, the businesses of Paramount Global and Skydance Media, LLC successfully and to achieve anticipated synergies; litigation relating to the transactions contemplated by the transaction agreement entered into on July 7, 2024, between Paramount Global and Skydance Media, LLC, potentially resulting in substantial costs; volatility in the price of Paramount's Class B common stock; the effect Paramount's dual-class capital structure and the concentrated ownership may have on the price of its Class B common stock or business; risks related to a private sale of a controlling interest in Paramount, including that Paramount's stockholders may not realize any change of control premium on shares of Paramount's Class B common stock and that Paramount may become subject to the control of a presently unknown third party; risks associated with Paramount's status as a "controlled company" under Nasdaq rules, including its exemption from certain corporate governance requirements; risks associated with the lack of voting rights of Paramount's Class B common stock; risks that anti-takeover provisions in Paramount's amended and restated certificate of incorporation ("Charter") and amended and restated bylaws, and under Delaware law, could deter, delay, or prevent a change of control; risks that exclusive forum provisions in Paramount's Charter could limit a stockholder's choice of forum for certain claims and discourage lawsuits against Paramount's directors and officers; risks that corporate opportunity provisions in Paramount's Charter could permit certain persons to pursue competitive opportunities that might otherwise be available to Paramount; and risks associated with Paramount's holding company structure, including its dependence on distributions from its subsidiaries to meet tax obligations and other cash requirements; A further list and description of these risks, uncertainties and other factors and the general risks associated with the respective businesses of Paramount and WBD can be found in Paramount's Annual Report on Form 10-K for the fiscal year ended December 31, 2025, filed with the SEC on February 25, 2026, including in the sections captioned "Cautionary Note Concerning Forward-Looking Statements" and "Item 1A. Risk Factors," and Paramount's subsequent filings with the SEC, and WBD's Annual Report on Form 10-K for the fiscal year ended December 31, 2024, filed with the SEC on February 27, 2025, including in the section captioned "Item 1A. Risk Factors" and in WBD's most recently filed Quarterly Report on Form 10-Q and WBD's subsequent filings with the SEC. Copies of these filings, as well as subsequent filings, are available online at www.sec.gov, https://ir.paramount.com/sec-filings/paramount, https://ir.wbd.com or on request from Paramount or WBD. Neither Paramount nor WBD undertakes to update any forward-looking statement as a result of new information or future events or developments, except as required by law.

**Paramount**
**Media Contacts:**
Melissa Zukerman / Laura Watson
msz@paramount.com / laura.watson@paramount.com

**Brunswick Group**
ParamountSkydance@brunswickgroup.com

**Gagnier Communications**
Dan Gagnier
dg@gagnierfc.com

**Investor Contacts:**
Kevin Creighton / Logan Thomas
kevin.creighton@paramount.com / logan.thomas@paramount.com

**Warner Bros. Discovery**
**Media Contact**:
Robert Gibbs
Robert.gibbs@wbd.com

**Investor Contact**:
Peter Lee
Peter.lee@wbd.com

# EXHIBIT 3

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, DC 20549**

# SCHEDULE 14A

**PROXY STATEMENT PURSUANT TO SECTION 14(a) OF THE
SECURITIES EXCHANGE ACT OF 1934**

**(Amendment No. )**

Filed by the Registrant ☐        Filed by a party other than the Registrant ☒

Check the appropriate box:

☐  Preliminary Proxy Statement

☐  **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☐  Definitive Proxy Statement

☐  Definitive Additional Materials

☒  Soliciting Material under §240.14a-12

# Warner Bros. Discovery, Inc.

**(Name of Registrant as Specified In Its Charter)**

**Paramount Skydance Corporation**
**(Name of Person(s) Filing Proxy Statement, if other than the Registrant)**

Payment of Filing Fee (Check all boxes that apply):

☒  No fee required

☐  Fee paid previously with preliminary materials

☐  Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11

Filed by Paramount Skydance Corporation
Pursuant to Rule 14a-12 under the
Securities and Exchange Act of 1934, as amended
Subject Company: Warner Bros. Discovery, Inc.
Commission File No.: 001-34177
Date: March 2, 2026

The following is a transcript of an investor presentation from Paramount Skydance Corporation presented on March 2, 2026

**S&P Global**
Market Intelligence

# Paramount Skydance Corporation NasdaqGS:PSKY

*M&A Call*

Monday, March 2, 2026 1:30 PM GMT

| CALL PARTICIPANTS | 2 |
| PRESENTATION | 3 |
| QUESTION AND ANSWER | 8 |

# Call Participants

EXECUTIVES

**Andrew M. Gordon**
Former Partner
Redbird Capital Partners
Management LLC

**David Ellison**
Chairman & CEO
Paramount Skydance Corporation

**Dennis K. Cinelli**
Chief Financial Officer
Paramount Skydance Corporation

**Kevin Creighton**
EVP of Corporate Finance &
Investor Relations
Paramount Skydance Corporation

ANALYSTS

**Brent Matthew Penter**
Raymond James & Associates,
Inc., Research Division

**Robert S. Fishman**
MoffettNathanson LLC

**Bryan D. Kraft**
Deutsche Bank AG, Research
Division

**Craig Anthony Huber**
Huber Research Partners, LLC

**David Carl Joyce**
Seaport Research Partners

**John Christopher Hodulik**
UBS Investment Bank, Research
Division

**Michael C. Morris**
Guggenheim Securities, LLC,
Research Division

**Peter Lawler Supino**
Wolfe Research, LLC

**Richard Scott Greenfield**
LightShed Partners, LLC

Copyright © 2026 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

### Operator

Good morning. My name is Claire, and I'll be the conference operator for today. At this time, I would like to welcome everyone to the call to discuss Paramount's acquisition of Warner Bros. Discovery. [Operator Instructions]

I would now like to turn the call over to Kevin Creighton, Paramount's EVP of Corporate Finance and Investor Relations. You may now begin your call.

### Kevin Creighton
*EVP of Corporate Finance & Investor Relations*

Good morning, and thank you all for joining us. I know it's special early for those of you on the West Coast. Today, we'll be discussing Paramount's agreement to acquire Warner Bros. Discovery. I'm Kevin Creighton, EVP of Corporate Finance, Investor Relations.

With me today is our Chairman and Chief Executive Officer, David Ellison, our Chief Strategy and Operating Officer, Andy Gordon; and our Chief Financial Officer, Dennis Cinelli.

As a reminder, we will be making forward-looking statements today. The forward-looking statements include statements concerning a merger agreement between Paramount and Warner Bros. Discovery, including with respect to the expected timing of the transaction's completion and the effects thereof. All forward-looking statements involve known and unknown risks, uncertainties and other factors that are difficult to predict and which may cause Paramount's actual results, performance or achievements to be different from any future results, performance or achievements expressed or implied by these statements.

The slides we'll present will be posted to our website after the call.

With that, I'll turn it over to David.

### David Ellison
*Chairman & CEO*

Hello, everyone. Thanks for joining us this morning.

Before we begin, I did want to acknowledge the events ongoing in the Middle East. We are hopeful for a swift path to peace and our thoughts are with the people in the region as well as with our brave servicemen and women in harm's way and their families.

We're here today to announce our definitive agreement to acquire 100% of Warner Bros. Discovery. We're pleased we were able to reach this resolution with the WBD Board and management team and believe this will be a transformational combination for the industry, pro-Hollywood, pro-consumer, pro-competition.

As you know, the terms of the agreement are $31 per share in cash, valuing Warner Brothers Discovery at approximately $81 billion of equity value and $110 billion of enterprise value. This transaction marks a defining moment for both companies, and we are incredibly excited about what it means for Paramount, Warner Bros. Discovery and for the broader industry going forward.

By uniting our iconic studios, complementary streaming platforms with a global footprint, our cable and linear networks and our world-class IP, we have the opportunity to help shape the future and build a next-generation media and entertainment company. This has been our goal since day 1. This is not about consolidation. It's about reinventing the business. We want to expand our reach and enhance our ability to create the world's most compelling stories and experiences. And we're incredibly excited about this transaction, and it will accelerate that ambition.

With this in mind and to better understand the opportunities ahead, we will now walk you through the transaction and its key strategic and financial components.

Copyright © 2026 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Let me start by saying, as a producer and lifelong fan of film and television, I firmly believe that visual storytelling is one of the most vital art forms that we have, and we saw this as an extraordinary opportunity to bring together these 2 legendary companies with a combined 200-plus years of storytelling between them. It isn't just about the legacy of these storied studios. It's about building the next chapter of what stories can be and who they can reach.

Ultimately, this combination will enable us to better compete in today's rapidly evolving entertainment marketplace where storytelling, combined with world-class technological expertise is essential in driving value creation for consumers, creatives and shareholders.

This transaction will deliver benefits across 3 key pillars. First, the combined company will expand the creative capabilities of both Paramount and Warner Bros. Discovery, producing a consistent pipeline of high-quality content across its platforms and third-party distributors. Our aim is to build on the rich storytelling legacy of both studios to become the premier destination for the industry's leading creative voices and help realize their visions. Second, by bringing Paramount and Warner Bros. Discovery together and uniting our direct-to-consumer businesses, we have an opportunity to reach more audiences and compete effectively with the leading streaming services. And finally, with a presence in over 200 countries and territories worldwide with our portfolio of cable and free-to-air networks, including CBS, CNN, TBS, TNT, Food Network, HGTV, MTV, Cartoon Network, Adult Swim and Discovery Channel, we will provide more opportunities for global distribution and local production.

Our combined company will be home to many of the greatest, most recognizable and beloved franchises in the world, from Harry Potter to Top Gun, Star Trek to Looney Tunes, Game of Thrones to Yellowstone. This represents tremendous opportunity, and we fully intend to invest in the creative engines of both studios, making them the most sought-after destination for the industry's leading creative talent.

As we have said consistently, we are committed to delivering a broad pipeline of high-quality storytelling, including 15 theatrical films per year per studio for a total of at least 30 films annually. We've already demonstrated our ability to increase output with 15-plus films currently dated for 2026, up from 8 releases in 2025 when Paramount combined with Skydance. At the same time, Warner Bros. Pictures delivered a powerhouse slate last year with Superman, Minecraft and Sinners, propelling the studio fast $4 billion in box office. We've also echoed our commitment to a minimum 45-day window globally before films become available on PVOD. And we will continue to adhere to specific window in regimes in geographies we operate in worldwide.

HBO is a crown jewel in this business, having brought to life some of the most powerful stories told over generations. And under our ownership, they will continue to have the resources and independence to do what it does best. At the same time, we believe in licensing our content to other platforms and producing third-party content in our television studios, and we are committed to growing our studios and the popular shows they create.

DTC growth will be essential to the success of the combined company to enhance competition and deliver viewers a truly compelling offering we will combine the streaming portfolios of the 2 companies into one stronger platform over the coming years. Across the 2 platforms, there are over 200 million DTC subscribers today in more than 100 countries and territories worldwide, positioning us to compete effectively with the leading streaming services in today's marketplace. Our offering is powered by a complementary portfolio of fan favorite series and franchises, premium sports and trusted news brands. We are confident that by coupling these offerings, along with significant investment in technology and innovation, we can provide consumers significant value in a compelling and engaging platform.

Additionally, we will continue partnering with third-party producers around the world, investing in the most compelling creative voices and empowering them to bring their distinctive, high-quality stories to life. By supporting productions within local markets, we not only strengthened regional creative ecosystems, but also deliver authentic, culturally-resonant storytelling that captivates audiences and excites our subscribers worldwide.

By combining our linear businesses, we will expect to boost cash flow, drive efficiencies and help manage market pressures. The unified platform will offer advertisers more compelling and impactful

Copyright © 2026 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

opportunities, including in marquee U.S. and international sports leagues and events like the NFL, UFC and internationally, the home of the Olympics.

Our linear portfolio is well diversified with a global footprint. And ultimately, we believe that these assets together will create more value for the ecosystem and for shareholders. And as we mentioned previously for Paramount, we believe that many of our linear channels have incredible brands that can be reinvigorated for a streaming and digital world.

Bottom line, this combination is pro-competition, pro-consumer and pro-creative community. We want to give audiences and consumers more of what they want and we want to enable the industry's leading creative talent to do their best work and have it shared with the broadest possible audience globally. This transaction will ultimately create a stronger Hollywood and global production ecosystem, one that expands consumer choice and unlocks opportunities for creative talent. It will deliver exceptional storytelling, powered by a broad portfolio of IP and bring those stories to audiences in more innovative and engaging ways through the advances in technology. And we're confident that at the same time, it will generate meaningful long-term value for shareholders.

I will now turn it over to Andy to walk through an overview of the transaction.

### Andrew M. Gordon
*Former Partner*

Thank you, David. As discussed at the top of the call, Paramount will acquire 100% of Warner Bros. Discovery for $31 per share in cash, valuing the company at $81 billion in equity value and $110 billion in enterprise value. The merger has been unanimously approved by the Boards of Directors of both companies and its completion is subject to customary closing conditions, including regulatory clearances and approval by the Warner Bros. Discovery shareholders, with the vote expected in the spring of 2026.

The transaction is funded by $47 billion in a new equity investment fully backed by the Ellison Family and RedBird Capital Partners. The new equity will be priced at $16.02 per share. I'll dive deeper into that in a moment.

The transaction is also backed by $54 billion in debt commitments from the Bank of America, Citigroup and Apollo. This includes $39 billion of new debt and then another $15 billion to refinance Warner Bros. Discovery's existing bridge facility. The $54 billion excludes our $3.5 billion credit facility, which is also being bridged by the same banks. We expect the pro forma company to have approximately $79 billion at closing of net debt, which we'll also dive into in a few minutes.

We have already funded the $2.8 billion termination fee as of last Friday, payable to Netflix under Warner Bros. Discovery's prior merger agreement. On the closing timeline, we expect to close in the third quarter of 2026. In the event this is delayed, Warner Bros. Discovery shareholders will receive $0.25 per share ticking fee for each quarter until closing, starting after September 30, 2026.

We have already made significant progress in securing regulatory clearances globally prior to the signing of our merger agreement. In the United States, the waiting period under the Hart-Scott-Rodino Antitrust Improvements Act has expired, and there is no statutory impediments to close in the United States. We initiated prenotification discussions with the European Commission already. And as an example of our progress, Germany and Slovenia have already given their approval to proceed. We look forward to working with the remaining regulators across the world over the coming months.

As I mentioned on the prior slide, the Ellison Family and RedBird Capital Partners will purchase new shares of Class B Paramount stock issued at a price of $16.02 per share. The terms of this equity investment were decided by a special committee of Paramount's Board comprised of independent directors who are represented by independent legal and financial advisers. As part of our capital raise, existing Paramount shareholders will have the opportunity to participate in a rights offering of Class B Paramount stock alongside an incremental to the $47 billion of new equity investment at the same price and on the same terms. The rights offering is expected to occur near to the closing date and more details will be forthcoming.

Copyright © 2026 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Before we get into the transaction valuation and our outlook for the business, I want to take a minute to give some context on our synergy target. As we've said previously, we expect to realize $6 billion plus in synergies within 3 years of closing. At Paramount, we're well on our way to delivering on our transformation, and we are using a similar plan here, though, obviously, on a larger scale.

It's important to note that the majority of our synergy target comes from nonlabor sources. Among the efficiencies we have identified, none of which we expect to include a reduction in production capacity, include consolidating our streaming technology stacks and cloud providers, including P+ and HBO Max, realizing global efficiencies in procurement and business services, optimizing the combined real estate footprint and the broader corporate overhead, driving efficiencies in marketing, optimizing spending on agencies and tooling and also migrating the combined company to a single enterprise resource planning, otherwise known as ERP system and combining other IT systems across the company. Again, these are just a few examples of where we believe we will find meaningful efficiencies as we unite these storage companies, working together as a team to achieve these results.

Finally, before we move on, I want to note that while we expect significant efficiencies and for that $6 billion to ultimately fall to the bottom line, it's important to note that we are positioning the business for investment in growth in addition to reducing debt over the near term.

Okay. So we'll touch briefly on the transaction valuation and leverage outlook. The transaction values Warner Bros. Discovery at 7.5x 2026 EBITDA on a fully synergized basis. On the leverage side, we expect to have a net debt-to-EBITDA of 4.3x on a synergized basis at close, inclusive of $79 billion of net debt. Based on our pro forma plan, we have a clear path to quickly achieving an approximate 3x leverage ratio within 3 years of closing, which will position us well with a healthy balance sheet and investment-grade credit metrics.

Touching on the sources and uses in the transaction and pro forma capitalization, a few notes. Our capital structure ensures we will hold a minimum of $5 billion in cash on our balance sheet at deal completion and accounts for all the commitments we have made to Warner Bros. Discovery as part of our merger agreement, including the $2.8 billion transaction termination fee already paid to Netflix, refinancing Warner Bros. Discovery's $15 billion bridge loan and rolling over $14 billion in additional Warner Bros. Discovery net debt.

Now let me turn this over to Dennis, who will touch on our pro forma financials and outlook.

**Dennis K. Cinelli**
*Chief Financial Officer*

Thanks, Andy. We will quickly touch on the pro forma financials.

Amid a fast-evolving entertainment landscape this unification will put us in a much stronger financial footing to capitalize on the growth opportunities ahead. Across both companies, we expect $69 billion in estimated 2026 pro forma revenue, $18 billion in estimated 2026 EBITDA, which is inclusive of 100% of our expected $6 billion plus of synergies. This gives us a strong base to drive growth and profitability as we reinvent the business for the future.

I will now touch briefly on our medium-term financial targets. Given the strategic levers and operating plans David and Andy spoke to, we feel confident in the path towards these financial targets. Of course, as things progress, we'll give more details on our outlook. But for now, we wanted to give some visibility into how we're thinking about a few of our key metrics, specifically revenue, margins and cash conversion.

On the revenue side, we expect to see mid-single-digit CAGR for the total company revenue, driven by the growth in our direct-to-consumer and Studio businesses. As for linear, we are in the business today, and we have taken a conservative approach to the ongoing linear declines over the coming years. As for margins, while we won't give explicit guidance, we do think the company will be a mid-20% margin company by 2030. That reflects disciplined management of linear businesses relative to the market trends, continued investment in and growth of our Studios businesses, and the meaningful scaling of streaming alongside increasing profitability. Our synergies will impact our profitability and not simply mask revenue declines.

Copyright © 2026 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And finally, as we've said many times, as owner operators of this business, we are very focused on free cash flow conversion. And our expectation is that we'll see over $10 billion in free cash flow, with approximately 50% free cash flow conversion by 2030. And continue to close the gap from there.

Now let me hand it back to David for some closing thoughts.

**David Ellison**
*Chairman & CEO*

Thanks, Dennis. The combination of these 2 iconic companies and their world-class teams represents a unique and thrilling moment for the global media and entertainment industry.

We're bringing together 2 of the most respected and storied names in Hollywood. And in doing so, we have the opportunity to tell even more great stories and share them with a broader global audience, while at the same time, creating long-term value for our shareholders, and we couldn't be more excited for all that's ahead.

And with that, we're excited to get into your questions.

**Kevin Creighton**
*EVP of Corporate Finance & Investor Relations*
Thanks, David. Okay, operator, we'll now go ahead and open up the line for questions.

Copyright © 2026 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from John Hodulik from UBS.

**John Christopher Hodulik**
*UBS Investment Bank, Research Division*

Can we just follow up on the comments you guys made on DTC talking about coupling the services. Any color on whether you're not -- you expect to eventually combine those 2 services into 1 service and over what timeframe? And then similarly, you talked about the technology harmonization. What are the steps or the timing on sort of getting the entire sort of DTC business on 1 IT platform.

**David Ellison**
*Chairman & CEO*

Yes. No, thank you so much for the question. As we said, we do plan to put the 2 services together, which today gives us a little over 200 million direct-to-consumer subscribers. We think that really positions us to compete with the leaders in the space. At Paramount, by middle of this year, we'll have competed -- sorry, completed the consolidation of our 3 services under one unified stack. And you can see us taking a similar approach to basically this platform going forward. And we think the combined offering, given the amount of content and what we can do from the tech side, really will put us in a position to be able to compete with the most scaled players in DTC.

**Kevin Creighton**
*EVP of Corporate Finance & Investor Relations*

Great. Thank you. Operator, next question.

**Operator**

Our next question comes from Michael Morris from Guggenheim.

**Michael C. Morris**
*Guggenheim Securities, LLC, Research Division*

Wanted to ask you about the legacy network portfolio that you will now control. It's certainly a robust collection of those networks. And so -- and it's pretty significant portion of your combined economics, especially on the revenue side. Can you talk a bit about the plan there going forward? How do those look in terms of operations? Are there strategic things that you plan to do to maximize the value?

**David Ellison**
*Chairman & CEO*

Yes. No, absolutely. So as we said, I think by putting basically the combined linear businesses together, it gives us an incredible footprint across both content and sports. There's -- it also gives us the operational efficiencies we believe, to keep those businesses healthier for significantly longer than they would be on a stand-alone basis, which will be good for jobs, will be good for free cash flow.

And we also, as the -- and the approach we've taken in Paramount, there are incredible brands across the combined linear portfolio that we really do believe in being able to transition to a digital future and really, we can then meet people where they are, right, where if you want to have the choice to access it on the linear platform, you can do that. If you want to access those brands in the streaming ecosystem, you can do that and believe that the combination of that will ultimately keep the portfolio healthier and prolong the life for longer than they would as stand-alone businesses.

Andy, anything you want to add on that?

**Andrew M. Gordon**

Copyright © 2026 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Former Partner*

Michael, on the question of strategic actions contemplated. We, like, at Paramount, believe in the assets we're buying, and there's no plans to divest or spin off a package of cable assets at this time. And in particular, we actually think given the brands that Warner Bros. is bringing to Paramount, we have a lot of opportunities to think about all the different aspects of what they can do, both on the linear side and the digital side that David already talked about. So that's our plan right now.

### Kevin Creighton
*EVP of Corporate Finance & Investor Relations*

Thank you, Mike. Appreciate it. Operator, next question, please.

### Operator

Our next question comes from Robert Fishman from [ Towers ].

### Robert S. Fishman
*MoffettNathanson LLC*

I want to know, how does Warner Bros. and HBO IP help accelerate your growth that you wouldn't be able to have achieved on your own, with your own franchises and IP that we started to discuss last week on your earnings call. And as part of the increased bid since where you started the process, I'm just curious how much value do you ascribe to the Warner Bros. and HBO libraries?

### David Ellison
*Chairman & CEO*

Yes. No. So look, we think that basically the combination of these 2 companies really puts us in a position to be able to compete with all the leading players in the space. By bringing these 2 companies together, we have 15,000 basically films and thousands of television episodes. It's an iconic portfolio of franchises from Harry Potter, Lord of the Rings, the DC Universe, Game of Thrones, Mission Impossible, Top Gun, Transformers, SpongeBob, Star Trek, I think is incredibly powerful.

The combined DTC platforms is basically 200 million subscribers at close. To contextualize, it's roughly the size of Disney rights, obviously, competitive with Amazon, competitive with Netflix. So we really do think that, that really positions us to be one of the leading competitors in the DTC space and really accelerates our growth there and achieving scale in DTC. We've talked about it since the beginning of the new Paramount Skydance as one of our primary goals for the business.

I think when you look at the sports portfolio, we'll have the NFL, Olympics, UFC, PGA Tour, all of March Madness, Champions League. It's an incredibly robust basically platform. And we think the combination of that will position us really well for competition. So we do think that there is a significant value in putting these 2 businesses together.

From a value standpoint, our bid was at $30 a share basically December 4 of last year, we have been consistent, and we think we have been offering greater value, certainty and speed to close we only increased our bid from a value perspective by $1 between basically the December 4 date and the deal that we're very grateful the Board ultimately ended up accepting. And again, our viewpoint is really on building long-term shareholder value, and we believe that this transaction positions us well to do exactly that.

### Kevin Creighton
*EVP of Corporate Finance & Investor Relations*

Great. Thanks, Robert. Operator, next question, please.

### Operator

Our next question comes from Rich Greenfield from LightShed Partners.

### Richard Scott Greenfield

Copyright © 2026 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*LightShed Partners, LLC*

You made a comment about not having interest in selling off a portfolio of cable networks or not doing, I guess, [ of ] Versant. But I guess as you look across the combined portfolios, are there any assets that you sort of look at and go those are noncore to the company that could be used to reduce leverage.

And then just a big picture question. As you did this huge deal with UFC, I think you've already had 2 fights or 2 fight nights play out. I'm curious whether your contracts contemplated having Warner Bros. Can you use that content across HBO, TNT Sports? What type of flexibility do you have? And maybe this is just a good opportunity, should we assume that even if you combine the services, Paramount+ and HBO Max, will there still be a premium version of HBO that still keeps sort of a premium level status?

**David Ellison**
*Chairman & CEO*

Rich, it's a great question. And so for the first part, no, very simply, we have no divestitures planned at this time. So just take that one, that's our answer there.

In regards to the UFC, what I would say is we did future-proof the deal, so we do have the flexibility. We have the ability with the UFC to ensure that by bringing the streaming services together, it can be available across both platforms. We have basically flexibility to be able to put those on -- some of the fights on both our broadcast network as we're doing in one of the upcoming fights. We also have flexibility to have some of those events on TNT. So I think we do create the -- we have the flexibility in that deal to really maximize value and also really maximize reach for our incredible partners at TKO.

And look, while we won't get into any personnel conversations, I hope understandably, Casey and his team do an absolutely remarkable job at HBO. And as we said, we do plan for that to be able to operate with independence so that HBO can candidly do what it does incredibly well. And our viewpoint is HBO should stay HBO. And they built a phenomenal brand. They are a leader in the space, and we just want them to continue doing more of it. But by bringing the platforms together all of our content will be able to reach even a broader audience than we can do stand-alone.

**Richard Scott Greenfield**
*LightShed Partners, LLC*

David, what's your favorite HBO show of all time?

**David Ellison**
*Chairman & CEO*

I mean, I say, it's hard not to say Game of Thrones.

**Richard Scott Greenfield**
*LightShed Partners, LLC*

I'll throw in Sopranos.

**David Ellison**
*Chairman & CEO*

Yes, that's good too. There's a lot, Rich. It's a long list.

**Richard Scott Greenfield**
*LightShed Partners, LLC*

I just wanted to know your favorite. That's all.

**Kevin Creighton**
*EVP of Corporate Finance & Investor Relations*

Operator, next question, please?

Copyright © 2026 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Operator**

Our next question comes from Peter Supino from [ Paramount ].

**Peter Lawler Supino**
*Wolfe Research, LLC*

It would be exciting to be at Paramount right now. This is Peter Supino from Wolfe Research. There's a lot [ of hammering ] in the film and TV business about the share of broader consumer attention paid to film and television as a category. So my question is how important is engagement growth to your team as a metric of success. And if it's important, how do you plan to factor that into managing the company and communicating with financial markets about it?

**David Ellison**
*Chairman & CEO*

Yes. So I think you have to break that question up into a couple of pieces, right? I mean when you look at basically the theatrical space, which is something we deeply, deeply believe in, Large franchises and big pieces of intellectual property are launched in theaters period. I'll say I personally learned this lesson, both of these films I'm incredibly proud of -- in 2022, we basically -- we had the largest theatrical box office film. We were the first or second with Top Gun: Maverick, which became a cultural phenomenon, grossed $1.5 billion at the box office. And really, I think, is something that resonated culturally that year.

At the same time, we released The Adam Project that summer on Netflix, which at the time of its release was the most successful film in Netflix in the time, previewed incredibly well with audiences but really did have a different cultural resonance, basically, perspective in terms of how films obviously resonate on streaming versus what they do theatrically. It's why we said from day 1 when we acquired Paramount that we weren't going to be in the business of making movies directly for streaming. We really believe that movie should be seen in theaters. And we still believe that's one of the most significant places that you can really create long-term resident intellectual property.

Television is a completely different business in that regard. You can obviously pierce the zeitgeist and put huge hits up on the direct-to-consumer platform. But when it comes to the DTC business, engagement is absolutely key to obviously success there. So you have to look at what drives engagement. It's really more unbelievable content that the audience wants to engage in. By combining these incredible, obviously, studios and platforms, we're delivering the audience more of what they want from a content perspective. And then it's also significantly improving the basically tech product to obviously keep people engaged with that platform for longer.

So engagement is a key metric that we're going to look at, and we are going to continue to invest in both our -- the incredible content offering that this company will create and produce as well as in a tech product that can really compete with the best that's coming out of Silicon Valley and the industry leaders in the space.

**Andrew M. Gordon**
*Former Partner*

Yes. I would just add on sort of what we might -- may or may not disclose. I think it's too early to sort of have that conversation. I do think that you'll see the results over the course of the next several years, sort of embody what David just talked about relative to engagement and reduction in churn, which you'll see in the increase in revenues from DTC and the expansion margin over time.

**Kevin Creighton**
*EVP of Corporate Finance & Investor Relations*

All right. Thanks for the question, Peter. Operator, we'll go to the next question, please.

**Operator**

Our next question comes from Rick Prentiss from Raymond James.

Copyright © 2026 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Brent Matthew Penter**
*Raymond James & Associates, Inc., Research Division*

This is Brent Penter on for Rick Prentiss. I just want to hit on timing, what precedents are out there transactions maybe of this size and scope that gives you the confidence that this deal can close in Q3 '26? And then relatedly, we have negotiations coming up with writers, actors, directors, any impact on the timing of the deal related -- do those negotiations taking place at the same time or vice versa, could there be any effect on those discussions with the guilds that this deal might have?

**David Ellison**
*Chairman & CEO*

So look, in terms of basically our confidence in closing the timeline, we are absolutely confident that we can meet basically timing that we've outlined. To summarize, as we've said, the HSR waiting period has expired. Obviously, domestically, which means that there is no reason if we had cleared globally why we couldn't close in the U.S. today legally.

We've been engaging with regulators around the world. And the combination does not come close to hitting any of the metrics that would be problematic from that standpoint. We will work incredibly collaboratively with regulators to ensure that we get a quick path to closing and are confident in our ability to achieve that goal. And in regards to the union negotiations with our ongoing, we do view those as obviously separate from the speed of the transaction closing. But with that said, we're not going to comment on ongoing negotiations.

**Operator**

Our next question comes from David Joyce from Seaport Research Partners.

**David Carl Joyce**
*Seaport Research Partners*

I was wondering about the array of sports rights in the portfolio on a pro forma basis. Have any of the regulatory bodies around the world expressed any concern about that sort of concentration?

**David Ellison**
*Chairman & CEO*

What I would say is there has been none of that expressed to us at this time. And I think if you look at peers like ESPN and others, you won't see anything that's obviously further consolidated or out of line with other industry leaders in the space.

**Andrew M. Gordon**
*Former Partner*

I would just add on that. There are a number of sports rights that are actually not exclusive to our combined networks that also are distributed across other platforms globally.

**Kevin Creighton**
*EVP of Corporate Finance & Investor Relations*

Thank you, David. Appreciate the question this morning. Operator, next question, please.

**Operator**

Our next question comes from Craig Huber from Huber Research Partners.

**Craig Anthony Huber**
*Huber Research Partners, LLC*

I thought it was interesting. You said you have no intention here of cutting your production content spend. Maybe you could touch on that a little bit. And also talk about AI, if you would, a little bit, how that comes

Copyright © 2026 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

into being here with the 2 combined companies here from a cost efficiency standpoint, but also maybe how to help the top line as well.

### David Ellison
*Chairman & CEO*

Yes. No, absolutely. As we said, we have no intention to pull back on production. We obviously intend to make 30 movies a year, basically 15 films from Paramount, 15 films from Warner Bros. Additionally, when you look at the overall landscape, when you put these 2 services together, we'll be at 200 million subscribers, the market leader at Netflix is 325 million subscribers based on their last earnings call. So we obviously -- we have all of the economic incentives to make sure that we grow this business and are going to invest in content to basically achieve those goals.

So from that standpoint, that's really how we're going to operate. In regards to artificial intelligence, I talked about this a little bit on the last earnings call, I do believe that it's going to be a transformative technology in the space. But first and foremost, we are a content company. We are a storytelling company, and we really do look at AI as a tool for artists and really want to develop it basically through that lens.

Do I -- I also am somebody who has tremendous optimism about the creative unlock in terms of what it can do in the hands of some of the greatest and emerging filmmakers in the world. But from that standpoint, everything we look at will really be as a tool for the artist never as a replacement for storytellers, never as a replacement for filmmakers really in support of their visions and what they look to achieve.

Dennis, anything you want to add on that?

### Dennis K. Cinelli
*Chief Financial Officer*

Yes. I would just say, I mean, we talked about our medium-term goals. And so when you think about our overall investment that David has outlined, I think that's contemplated, right? We expect to see content grow, help our grow our DTC business, help us grow the Studios business. And then when you put that growth plus realizing the synergies we talked about together, that's where we get to the $10 [ billion ] plus annually in free cash flow by 2030. And so we really think about growing this business and invest in this business, as David and Andy outlined.

### David Ellison
*Chairman & CEO*

And last thing I'll add to that, just one of the areas you will see us invest in this space is really in the engineering talent. As we talked about on our last earnings call, we do plan to 10x the head count in terms of how much we invest into that space. which we do think will position us well for really being able to be a driver in this category. But again, really in support of the creative community that we're very fortunate to work with every day.

### Bryan D. Kraft
*Deutsche Bank AG, Research Division*

Right. Thank you, Craig, for the question. Thank you all for joining us this morning. We'll go ahead and wrap it here. But if you have any additional questions, please feel free to reach out to me or Logan, and we'll try and get back to you.

### Operator
Thank you. This now concludes today's call. Thank you all for joining. You may now disconnect your lines.

Copyright © 2026 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**PARAMOUNT SKYDANCE CORPORATION M&A CALL - PRELIMINARY COPY** MAR 02, 2026

Copyright © 2026 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2026 S&P Global Market Intelligence.

**Additional Information and Where to Find It**

This communication may be deemed to be solicitation material in respect of the proposed acquisition of Warner Bros. Discovery, Inc. ("WBD") by Paramount Skydance Corporation ("Paramount"). In connection with the proposed transaction, WBD intends to file relevant materials with the Securities and Exchange Commission (the "SEC"), including WBD's proxy statement in preliminary and definitive form. INVESTORS AND STOCKHOLDERS OF WBD ARE URGED TO READ ALL RELEVANT DOCUMENTS FILED WITH THE SEC, INCLUDING WBD'S PROXY STATEMENT (WHEN IT IS AVAILABLE), BECAUSE THEY CONTAIN OR WILL CONTAIN IMPORTANT INFORMATION ABOUT THE PROPOSED TRANSACTION AND THE PARTIES TO THE PROPOSED TRANSACTION. Investors and stockholders of WBD are or will be able to obtain these documents (when they are available) free of charge from the SEC's website at www.sec.gov, or free of charge from WBD under the "SEC Filings" section of WBD's website at https://ir.wbd.com

**Participants in the Solicitation**

Paramount and WBD and certain of their respective directors and executive officers, under SEC rules, may be deemed to be "participants" in the solicitation of proxies from security holders of WBD in connection with the proposed transaction. Information about the directors and executive officers of Paramount is set forth in its Current Reports on Form 8-K filed with the SEC on August 7, 2025, September 16, 2025 and January 14, 2026 and in its Annual Report on Form 10-K for the year ended December 31, 2025, filed with the SEC on February 25, 2026. Information about WBD's directors and executive officers is available in its definitive proxy statement filed with the SEC on April 23, 2025, under the heading "Proposal 1: Election of Directors," and in its Annual Report on Form 10-K for the year ended December 31, 2025, filed with the SEC on February 27, 2026, under the heading "Executive Officers of Warner Bros. Discovery, Inc." To the extent holdings of WBD's securities by its directors or executive officers has changed since the amounts set forth in such 2025 proxy statement, such changes have been or will be reflected on Initial Statements of Beneficial Ownership of Securities on Form 3 or Statements of Changes of Beneficial Ownership of Securities on Form 4 filed with the SEC. Investors and stockholders of Paramount or WBD are or will be able to obtain these documents free of charge from the SEC's website at www.sec.gov, from Paramount on Paramount's website at https://ir.paramount.com/sec-filings/paramount, from WBD on WBD's website at https://ir.wbd.com or on request from Paramount or WBD, as applicable. Additional information concerning the interests of WBD's participants in the solicitation, which may, in some cases, be different than those of WBD's stockholders generally, will be set forth in WBD's proxy statement relating to the proposed transaction when it becomes available.

**Cautionary Note Concerning Forward-Looking Statements**

This communication contains "forward-looking statements" regarding the potential acquisition of WBD. The reader is cautioned not to rely on these forward-looking statements. These statements are based on current expectations of future events. If underlying assumptions prove inaccurate or known or unknown risks or uncertainties materialize, actual results could vary materially from the expectations and projections of Paramount or WBD. Risks and uncertainties include, but are not limited to: the risk that the closing conditions for the acquisition will not be satisfied, including the risk that clearances under applicable antitrust or regulatory laws will not be obtained; uncertainty as to the percentage of WBD stockholders that will vote to approve the proposed transaction at the applicable WBD stockholder meeting; the possibility that the transaction will not be completed in the expected timeframe or at all; potential adverse effects to the businesses of Paramount or WBD during the pendency of the transaction, such as employee departures or distraction of management from business operations; the risk of stockholder litigation relating to the transaction, including resulting expense or delay; the potential that the expected benefits and opportunities of the acquisition, if completed, may not be realized or may take longer to realize than expected; risks related to Paramount's streaming business; the adverse impact on Paramount's advertising revenues as a result of changes in consumer behavior, advertising market conditions and deficiencies in audience measurement; risks related to operating in highly competitive and dynamic industries; the unpredictable nature of consumer behavior, as well as evolving technologies and distribution models; risks related to Paramount's decisions to invest in new businesses, products, services and technologies, and the evolution of Paramount's business strategy; the potential for loss of carriage or other reduction in, or the impact of negotiations for, the distribution of Paramount's content; damage to Paramount's reputation or brands; losses due to asset impairment charges for goodwill, content and long-lived assets, including finite-lived intangible assets; liabilities related to discontinued operations and former businesses; increasing scrutiny of, and evolving expectations for, sustainability initiatives; evolving business continuity, cybersecurity, privacy and data protection and similar risks; challenges in protecting and maintaining Paramount's intellectual property rights; domestic and global political, economic and regulatory factors affecting Paramount's businesses generally; the inability to hire or retain key employees or secure creative talent; disruptions to Paramount's operations as a result of labor disputes; risks and costs associated with the integration of, and Paramount's ability to integrate, the businesses of Paramount Global and Skydance Media, LLC successfully and to achieve anticipated synergies; litigation relating to the transactions contemplated by the transaction agreement entered into on July 7, 2024, between Paramount Global and Skydance Media, LLC, potentially resulting in substantial costs; volatility in the price of Paramount's Class B common stock; the effect Paramount's dual-class capital structure and the concentrated ownership may have on the price of its Class B common stock or business; risks related to a private sale of a controlling interest in Paramount, including that Paramount's stockholders may not realize any change of control premium on shares of Paramount's Class B common stock and that Paramount may become subject to the control of a presently unknown third party; risks associated with Paramount's status as a "controlled company" under Nasdaq rules, including its exemption from certain corporate governance requirements; risks associated with the lack of voting rights of Paramount's Class B common stock; risks that anti-takeover provisions in Paramount's amended and restated certificate of incorporation ("Charter") and amended and restated bylaws, and under Delaware law, could deter, delay, or prevent a change of control; risks that exclusive forum provisions in Paramount's Charter could limit a stockholder's choice of forum for certain claims and discourage lawsuits against Paramount's directors and officers; risks that corporate opportunity provisions in Paramount's Charter could permit certain persons to pursue competitive opportunities that might otherwise be available to Paramount; and risks associated with Paramount's holding company structure, including its dependence on distributions from its subsidiaries to meet tax obligations and other cash requirements; A further list and description of these risks, uncertainties and other factors and the general risks associated with the respective businesses of Paramount and WBD can be found in Paramount's Annual Report on Form 10-K for the fiscal year ended December 31, 2025, filed with the SEC on February 25, 2026, including in the sections captioned "Cautionary Note Concerning Forward-Looking Statements" and "Item 1A. Risk Factors," and Paramount's subsequent filings with the SEC, and WBD's Annual Report on Form 10-K for the fiscal year ended December 31, 2025, filed with the SEC on February 27, 2026, including in the section captioned "Item 1A. Risk Factors," and WBD's subsequent filings with the SEC. Copies of these filings, as well as subsequent filings, are available online at www.sec.gov, ir.wbd.com or on request from Paramount or WBD. Neither Paramount nor WBD undertakes to update any forward-looking statement as a result of new information or future events or developments, except as required by law.

# EXHIBIT 4

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

## CURRENT REPORT

**Pursuant to Section 13 or 15(d) of
the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): **May 4, 2026**

# Paramount Skydance Corporation
(Exact name of registrant as specified in its charter)

| | | |
|---|---|---|
| **Delaware** | **001-42791** | **99-3917985** |
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification Number) |

| | |
|---|---|
| **1515 Broadway** | |
| **New York, New York** | **10036** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **(212) 258-6000**

**Not Applicable**
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class B Common Stock, $0.001 par value | PSKY | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company  ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

**Item 2.02**          **Results of Operations and Financial Condition.**

On May 4, 2026, Paramount Skydance Corporation issued a Shareholder Letter announcing its financial results for the first quarter ended March 31, 2026. A copy of the Shareholder Letter is furnished herewith as Exhibit 99 and is incorporated by reference herein in its entirety.

The information furnished pursuant to this Item 2.02, including Exhibit 99, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities under that Section and shall not be deemed to be incorporated by reference into any filings under the Securities Act of 1933, as amended, or the Exchange Act.

**Item 9.01**          **Financial Statements and Exhibits.**

(d)   Exhibits.

| **Exhibit Number** | **Description of Exhibit** |
| --- | --- |
| 99 | Shareholder Letter, dated May 4, 2026. |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document). |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

<div align="right">

PARAMOUNT SKYDANCE CORPORATION

By:   /s/ Makan Delrahim
      Name:     Makan Delrahim
      Title:      Chief Legal Officer

</div>

Date: May 4, 2026

Exhibit 99



May 4, 2026

**Summary Points**:

- Q1 revenue of $7.3 billion grew 2% year-over-year, with profitability exceeding our estimates for the quarter; we are reaffirming our full-year outlook of $30 billion in revenue and $3.8 billion in adj. EBITDA[1].
- DTC revenue[1] grew 11% year-over-year to $2.4 billion, led by 17% growth at Paramount+, which added 0.7 million subscribers (+1.9 million, excluding the exit of international hard bundle subscribers); DTC adj. EBITDA improved to $251 million (10% margin); we continue to expect accelerating DTC revenue and profit in 2026.
- Our content slate is delivering: *Landman* is now Paramount+'s most-watched series ever; *The Madison* is Taylor Sheridan's strongest and most female-skewing series debut to date with 12.5 million global viewers in its first month; *Marshals* has reached over 18.5 million global viewers; and *Scream 7* is the highest-grossing installment in the franchise's 30-year history.
- CBS holds 13 of the top 20 primetime series, including all four of the top new series, *Marshals*, *Sheriff Country*, *CIA* and *Boston Blue*—an achievement no broadcast network has delivered since the early 1990s.
- We are converging our streaming tech stack—on track for a mid-year launch—to deliver a more personalized, unified experience and enable continuous improvement across discovery and monetization.
- We remain on track to deliver $3 billion-plus in efficiencies through 2027, with more than $2.5 billion in run-rate efficiencies expected by the end of 2026; TV Media adj. EBITDA[1] grew 11% to $1.1 billion (29% margin) in Q1 as cost discipline more than offset revenue headwinds.
- We have made significant progress toward closing our acquisition of Warner Bros. Discovery by end of Q3'26, including the syndication of a portion of the new equity to strategic investors, securing $10 billion in debt financing, syndicating the remaining $49 billion in bridge financing to 18 global financial institutions, advancing regulatory approvals, and the April 23 approval by WBD shareholders.

---

[1] Non-GAAP measures are detailed in the Supplemental Disclosures at the end of this letter.

1

Fellow shareholders,

It's been a busy and productive start to the year with momentum across our Direct-to-Consumer, Studios, and TV Media segments driving strong Q1 results. We are pleased with the trajectory of our business as we continue to invest in key areas of growth, drive greater efficiency across the enterprise and position the company for long-term success. From day one, we set a clear objective: to transform Paramount by investing in high-quality storytelling and technology, while pursuing opportunities that will define the next era of entertainment. And we are making meaningful progress—driving strong financial results while simultaneously managing an industry-shifting transaction.

Across our three segments, Direct-to-Consumer, Studios, and TV Media, the picture is one of deliberate execution—investing in growth where the opportunity is largest and managing for margin where structural headwinds persist.

### *Direct-to-Consumer*

On the direct-to-consumer side, we've had a strong start to the year, led by the second season finale of *Landman* and the debut of *The Madison* and *Marshals*. *Landman* is now the most-watched series in Paramount+ history, while *The Madison* delivered Taylor Sheridan's strongest and most female-skewing series debut to date on streaming, with 12.5 million viewers globally in its first month on the service. Both hit series have been renewed for subsequent seasons. *Marshals* has also been a standout —premiering on CBS and launching on Paramount+ the next day, it has now reached over 18.5 million viewers globally to date, including nearly 5 million internationally. Our local originals are also gaining meaningful traction: *Italia Shore* Season 3 (Italy) and *Canada Shore* (Canada), both of which are now the platform's top-performing reality series of all time in their respective countries.

Since August, our Direct-to-Consumer team has greenlit more than 20 new and returning series across scripted, unscripted and animation—broadening both the depth of our slate and the audiences we reach. We've also made meaningful progress on platform consolidation, including the successful transition of BET+ content onto Paramount+ ahead of the full service integration expected in early summer. This next step expands the reach of the stories we champion, the creators we support and the culture we represent, bringing more than 1,000 hours of iconic series, films and originals to audiences in one unified experience.

In sports, Q1 included joint CBS simulcasts of three NFL playoff games, UFC, UEFA Champions League, Europa League, and Conference League matches, and college basketball. In total, Paramount+ subscribers have access to ~14,000 hours of sports content this year.

We are especially encouraged by the strong momentum with our exclusive offering of UFC. We continue to refine how we deliver a premium experience to consumers, including airing portions of two UFC events on CBS. To date, over 10 million households have watched more than 100 million hours of UFC programming on our service—delivering viewership more than 15x the average pay-per-view event over the past two years. Notably, new UFC subscribers are 15 years younger than the average Paramount+ viewer—and they're engaging with the service beyond just UFC, taking full advantage of our broader offering of films and series like *South Park*.

In January, we implemented price increases across our Essential and Premium tiers in the U.S., Canada, Australia and Latin America—the first such adjustment since August 2024. The results so far are in-line

*Paramount*
A SKYDANCE CORPORATION    2

with our expectations, allowing us to continue reinvesting in the business. Through the quarter, subscribers increased by 0.7 million, with strong underlying growth partially offset by exiting over 1 million hard bundle subscribers.

To further accelerate our DTC business, we are modernizing our consumer-facing technology to create more dynamic, personalized, and connected experiences. The convergence of our streaming tech stack —on track for launch mid-year—will enable continuous optimization across discovery, personalization, and monetization. Across our streaming products, we are already seeing early momentum through new features like enhanced mobile experiences and short-form video clips, designed to deepen engagement and increase frequency.

As part of this evolution, this summer, Pluto TV will experience its most significant update in a decade, built on the Paramount+ platform, marking a major step forward in personalization and user experience and reinforcing our position as a player across both free and premium streaming. We're also expanding registration and first-party identity on Pluto to provide a better user experience and ad signal. In the U.S., 65% of Pluto viewing minutes now come from registered users—up nearly 60% year-over-year—and we expect that share to continue rising as we evolve the product experience. We will also continue to drive VOD viewership on the platform—which we believe presents a better overall consumer experience and is more valuable for advertisers given the intent associated with VOD—with VOD TV hours per user up 60% following recent updates.

To further support Pluto TV, we are sharpening our content strategy, building a virtuous cycle in which great programming attracts more viewers, and a better product experience keeps them engaged longer. This approach is already showing results, with strong performance from recently added fan-favorite titles. We see particular strength in nostalgia-driven programming, which is resonating with existing fans while introducing these franchises to a new generation.

### Studios

On the theatrical side, we continue to expand our roster of talent, both in front of and behind the camera, to bring more compelling stories to audiences worldwide. In less than nine months, we have nearly doubled our slate, growing from eight films in 2025 to 15 in 2026 and are busy ramping our slate for profitable growth in 2027, 2028 and beyond. One early highlight is *Scream 7*, co-produced with Spyglass Media Group, which was the highest-grossing installment in the iconic franchise's 30-year history, surpassing $200 million globally.

Our upcoming film slate includes a broad mix of franchise offerings, originals, animated titles, horror, dramas, R-rated comedies and more. On May 8, *Billie Eilish—Hit Me Hard and Soft: The Tour (Live in 3D)*, directed by James Cameron and Billie Eilish, debuts in theaters, followed over Memorial Day weekend by the supernatural thriller *Passenger*, and two weeks later, *Scary Movie*, part of our first-look deal with Miramax. Then on June 26, *jackass: best and last*, the fifth and final installment in the franchise, arrives in theaters, with additional film releases to follow throughout the year. At the same time, our creative team is hard at work reinvigorating key franchises while investing in original storytelling.

We are equally focused on ensuring these stories reach a broad, global audience. Last month at CinemaCon, the annual gathering for theatrical exhibition, we gave theater owners our commitment to



3

release a minimum of 30 films annually across Paramount and Warner Bros., with every film receiving a full theatrical release and a minimum 45-day window, effective immediately.

This commitment not only supports a healthy entertainment industry and protects the theatrical experience for consumers, but will support our long-term growth, an important pipeline for engagement and monetization across our platform including licensing and streaming.

At the same time, Paramount Television Studios (PTVS) and CBS Studios continue to be sought-after partners across the industry. In addition to the slate produced for Paramount+, we continue to deliver for third parties.

PTVS had several notable milestones this period, including a limited series order for *The Corrections* at Netflix and a third-season renewal of *Cross* for Prime Video. Meanwhile, we are also producing a 2026 slate of new series that includes *Ride or Die,* the *Reacher* spinoff *Neagley* for Prime Video; *12 12 12, Brothers* and *Neuromancer* for Apple TV; and *Hollywood Arts* for Netflix. In addition, we have new seasons of established series such as *Reacher*, *XO, Kitty, Foundation*, and *Emily in Paris*.

CBS Studios—including BET Studios and Nickelodeon Animation Studios—complements this with a portfolio of more than 60 active series across broadcast and streaming, spanning major franchises, new entries, and a broad mix of premium, daytime and family programming.

Alongside selling our content, we will continue to invest in acquiring films and series from third-party producers around the world, supporting top creative talent and distinctive storytelling, including local market productions that resonate with audiences and drive global subscriber engagement.

### *TV Media*

Our broadcast and linear television business remains a powerful engine of reach, relevance and cash flow. CBS currently has 13 of the top 20 primetime series, including the #1 news program *60 Minutes,* as well as all four of the top new series, *Marshals*, *Sheriff Country*, *CIA* and *Boston Blue*—an achievement no broadcast network has delivered since the early 1990s. We also expect CBS to continue its streak as the #1 in daytime for its 40th consecutive season.

Beyond its broadcast leadership, CBS continues to be a major driver for Paramount+, with CBS titles accounting for 10 of the top 20 series in time spent on the service during the broadcast season. New CBS series are breaking through immediately on streaming, with first-year shows *Marshals*, *Sheriff Country* and *CIA* generating roughly 40% of their audience from Paramount+.

Looking ahead, CBS enters the 2026-27 season with a schedule that is creatively strong and financially disciplined and built for long-term value—anchored by a strong slate of 19 returning series, continued franchise expansion that includes *NCIS: New York*, and new original concepts like *Einstein*, *Cupertino* and *Eternally Yours*.

Our Sports business also continues to perform strongly, delivering robust viewership across the PGA TOUR—highlighted by CBS' most-watched final round of the Masters in over a decade—and the NCAA Division I Men's Basketball Tournament, where CBS Sports, along with TNT Sports, generated the second-most watched March Madness since 1994.



4

Building on this momentum, we recently announced a new long-term partnership with the WNBA and CBS Sports that will significantly expand our women's sports offering. Under this agreement, CBS Sports will broadcast up to 20 regular-season games annually across the CBS Television Network and Paramount+, starting this season—the most WNBA games carried on broadcast television by any network. We're committed to investing in premium live sports, and this positions us to capture the growing audience and cultural momentum surrounding women's basketball.

### *Driving Efficiency and Optimizing Investment Enterprise-wide*

Our transformation program is ahead of schedule. Against our third North Star priority—driving enterprise-wide efficiency with a focus on long-term free cash flow—we have more than $2.5 billion in run-rate efficiencies on track for realization by year-end and expect to deliver at least $3 billion in efficiencies through 2027.

As we've previously shared, one of our four major transformation workstreams is to make technology a core competency of the company. We are transforming Paramount into a tech-enabled media company by unifying our platforms, data, and workflows across the business. This shift is already breaking down silos, increasing discipline, and enabling us to move faster with greater precision. From the rollout of our agentic data warehouse, which is simplifying how teams access and act on data, to the rapid scaling of AI-powered development tools, we are building durable internal capabilities that enhance both speed and quality. Today, nearly 80% of our engineering organization has adopted code-assist technologies, driving meaningful gains in productivity and product quality within the same development cycles, significantly reducing failure rates, and cutting approval times by more than half.

The examples above are just a snapshot of the progress underway, alongside newer initiatives designed to drive engagement and unlock future monetization opportunities. These include expanding into new content formats and interactive features on Paramount+, such as the launch of clips on the Paramount+ mobile app with plans to add gaming, live stats and polling. We'll also enhance content discovery on Pluto TV through automated carousels, Content Spotlight units, curated collections, and Top 10 experiences. Together, these efforts demonstrate steady, disciplined progress toward a more innovative, efficient and technology-driven Paramount.

One of our core areas of focus has been strengthening our advertising business. We have moved quickly to restructure our go-to-market approach, rebuild our team, and invest in the capabilities required to compete in an increasingly digital, performance-driven environment. We consolidated our national sales organization into a single, client-centric structure under unified leadership, formally launched Paramount Media Labs—connecting our IP with brand marketers through more integrated and immersive experiences, and added new talent from leading digital platforms including Amazon, The Trade Desk, Google, Hulu, and Roku, reflecting a deliberate effort to deepen and broaden our expertise.

At the same time, we are accelerating investment in ad technology, including Precision+, our AI-powered targeting and optimization product, and we are making continued progress in ad serving, CRM unification, and yield management. These efforts are beginning to translate into results: Paramount+ advertising revenue remains strong, digital monetization is improving sequentially across the portfolio, and our programmatic demand pipeline heading into Q2 is encouraging.



5

Additionally, at the beginning of Q2 we brought our first divisions in the company live onto Oracle Fusion, and we plan to have the entire organization on one, unified ERP system by early next year.

## *Q1 Results and Q2 and 2026 Outlook*

A summary and discussion of Q1 results and our Q2 and 2026 outlook are below. As we have previously noted, we are reporting our Q1'26 results under a new segment structure—including our reorganization across DTC, Studios, and TV Media and segment expense allocations. Recast financials for prior periods are reflected in the table below and also available on our IR website and were previously disclosed via an 8-K filing. Additionally, we present periods before ("predecessor") and after ("successor") the close of the Skydance Transactions in accordance with the financial reporting requirements for our transaction, further described in the Financial Statement Presentation section in the back of the letter. Additional supplemental information is also available on our IR website.

 6

| In millions, except per share amounts | Predecessor [1] | | | Successor | | | Outlook | |
|---|---|---|---|---|---|---|---|---|
| | Q1'25 | Q2'25 | 7/1/25 - 8/6/25 | 8/7/25 - 9/30/25 | Q4'25 | Q1'26 | Q2'26 | 2026 |
| Direct-to-Consumer | $ 2,151 | $ 2,264 | $ 923 | $ 1,344 | $ 2,309 | $ 2,398 | | |
| Y/Y Growth (%) | | | | | | 11 % | | |
| Studios | 1,159 | 1,135 | 462 | 738 | 2,060 | 1,283 | | |
| Y/Y Growth (%) | | | | | | 11 % | | |
| TV Media | 3,884 | 3,454 | 1,198 | 2,042 | 3,799 | 3,666 | | |
| Y/Y Growth (%) | | | | | | (6)% | | |
| Eliminations | (2) | (4) | (2) | (3) | (20) | — | | |
| Total Revenue | $ 7,192 | $ 6,849 | $ 2,581 | $ 4,121 | $ 8,148 | $ 7,347 | $6,750 - $6,950 | $ 30,000 |
| Y/Y Growth (%) | (6)% | 1 % | | | 2 % | 2 % | (1%) - 1% | 4% |
| Operating Income (Loss) | $ 550 | $ 399 | $ 80 | $ 244 | $ (339) | $ 616 | | |
| Operating Margin (%) | 7.6 % | 5.8 % | 3.1 % | 5.9 % | (4.2)% | 8.4 % | | |
| Net Earnings (Loss) | $ 152 | $ 57 | $ (244) | $ (13) | $ (573) | $ 168 | | |
| Diluted EPS [2] | $ .22 | $ .08 | $ (.36) | $ (.01) | $ (.52) | $ .15 | | |
| Adjusted EBITDA [3] | $ 732 | $ 863 | $ 313 | $ 684 | $ 674 | $ 1,161 | $900 - $1,000 | $ 3,800 |
| Y/Y Growth (%) | (29)% (6)% | (6)% | | | 42 % | 59 % | 4% - 16% | 16% |
| Adj. EBITDA Margin (%) | 10.2 % | 12.6 % | 12.1 % | 16.6 % | 8.3 % | 15.8 % | 13.9% | 12.7% |
| Net Cash Provided by (Used For) Operating Activities | $ 180 | $ 159 | $ (175) | $ 268 | $ 217 | $ 185 | | |
| Free Cash Flow [3] | $ 123 | $ 114 | $ (207) | $ 222 | $ 101 | $ 96 | | |
| Shares Outstanding [4] | 678 | 680 | 675 | 1,098 | 1,104 | 1,118 | | |
| Paramount+ Revenue | $ 1,686 | $ 1,771 | $ 709 | $ 1,060 | $ 1,837 | $ 1,974 | | |
| Y/Y Growth (%) | 16 % 23 % | 23 % | | | 17 % | 17 % | | |
| Paramount+ Subscribers | 77.8 | 76.8 | | 77.9 | 78.9 | 79.6 | | |
| Y/Y Growth (%) | 11 % | 14 % | | | 4 % | 2 % | | |

Note: (1) As a result of the new accounting basis established upon the closing of the Skydance Transactions, the GAAP basis for our segment information for the predecessor period is based on our previous segments. To provide information consistent with how management reviews results, the 2025 revenues by segment in each of the predecessor periods presented above reflect amounts recast under the new segment presentation and therefore constitute a non-GAAP presentation. Reconciliations from the historical segment presentation to the new segment presentation are provided in Supplemental Disclosures Regarding Non-GAAP Financial Measures. (2) Diluted EPS from continuing operations attributable to Paramount or Paramount Skydance; (3) See Supplemental Disclosures Regarding Non-GAAP Financial Measures (4) Weighted average number of diluted shares outstanding



7

*Q1'26*

In Q1, total revenue of $7.3 billion increased 2% versus revenue of $7.2 billion in Q1'25 for the predecessor company, led by growth in DTC and Studios revenues, partially offset by a continued decline in TV Media. Operating income was $616 million (8% margin) including $103 million of transaction-related costs. Adj. EBITDA was $1.2 billion, a 16% margin, and increased 59% year-over-year with outperformance driven by disciplined expense management while we continue to invest for growth across the business. The below discussion by segment includes comparisons to 2025 recast under the new segment presentation[2].

Direct-to-Consumer
- DTC revenue increased 11% year-over-year to $2.4 billion, led by Paramount+ revenue growth of 17% year-over-year. Paramount+ revenue growth reflected 14% ARPU [3] growth and 2% subscriber growth. Our underlying subscriber base grew by nearly 2 million, partially offset by the exit of over 1 million international hard bundle subscribers in Q1, in-line with our plan. This impacted reported net adds but improved the quality and economics of our subscriber base.
- DTC adj. EBITDA was $251 million (10% margin) and improved compared to -$4 million in Q1'25, reflecting continued subscription and advertising growth, and including a content expense benefit from reductions in content assets resulting from the change in accounting basis resulting from the Skydance transaction, partially offset by continued content investment.

Studios
- Studios revenue increased 11% year-over-year to $1.3 billion, including strong theatrical performance from *Scream 7* and the consolidation of Skydance licensing revenues into Paramount Television Studios.
- Studios adj. EBITDA was $164 million (13% margin), up significantly year-over-year from $82 million in Q1'25, driven by licensing deals in the quarter.

TV Media
- TV Media revenue declined 6% year-over-year to $3.7 billion. Both advertising and affiliate revenue declined 6% year-over-year. Advertising revenue trends included a two percentage point impact from international exits, partially offset by a one percentage point benefit from political advertising in the quarter. Affiliate trends were consistent with continued pay TV subscriber erosion.
- TV Media adj. EBITDA was $1.1 billion, a 29% margin vs a 24% margin for Q1 2025, demonstrating disciplined expense management to more than offset revenue declines.

---

[2] See Supplemental Disclosures Regarding Non-GAAP Financial Measures.
[3] We calculate average revenue per subscriber ("ARPU") as total Paramount+ revenues during the applicable period divided by the average of Paramount+ subscribers at the beginning and end of the period, further divided by the number of months in the period.


8

### Q2'26

As previously noted in our Q4 letter, we expected total company revenue to be relatively more weighted to the second half of the year, though we now expect profitability will skew slightly towards the first half of the year. In Q2'26, we expect total revenue of $6.75 billion to $6.95 billion or -1% to 1% growth year-over-year versus Q2'25 for the predecessor company, led by DTC revenue growth and, to a lesser degree, an increase in Studios revenue, offset by declines in TV Media. The Q2 revenue growth outlook reflects a difficult comparison to theatrical revenue in Q2'25 with the release of *Mission: Impossible—The Final Reckoning* as well as decelerating ad revenue including lapping the NCAA Final Four and Championship games in Q2'25. We continue to expect healthy underlying subscriber growth for Paramount+, but similar to Q1, we expect Paramount+ quarter-over-quarter subscribers will be flattish due to the strategic exit of approximately 2 million international hard bundle subscribers.

We expect adj. EBITDA of $0.9 billion to $1.0 billion, or a 13.9% margin at the midpoint, with approximately $75 million of stock-based compensation in the quarter. We expect continued year-over-year improvement in total DTC margin and total profitability in Q2. We anticipate transformation costs of several hundred million in Q2, which will impact our reported free cash flow.

### 2026

For 2026, we continue to expect total revenue of $30 billion, or 4% growth year-over-year, inclusive of predecessor and successor periods. Our expectations by segment are largely consistent with those we outlined in our Q4'25 letter. We forecast adj. EBITDA of $3.8 billion, or a 12.7% margin. We will balance near-term profitability with reinvestment as we make progress against our $3 billion-plus efficiencies. We continue to expect free cash flow conversion of approximately 5% before roughly $800 million of transformation costs, as previously noted. 2026 is an important year of investment—in business transformation, and in content and technology, which we expect will contribute to our growth in 2027 and beyond. Across segments:

- For DTC, we continue to expect accelerating revenue growth[4] across subscription and advertising revenue excluding the impact of Showtime declines. Underlying subscriber growth will be healthy and accelerating year-over-year, though total paid subscribers will only be modestly higher compared to 2025 due to strategic hard bundle exits. We continue to expect to grow our DTC profit in 2026 relative to 2025.
- We expect growth in our new Studios segment driven by accelerating licensing and other revenues, including a full-year impact of legacy Skydance revenue, as well as higher licensing across Paramount Television Studios and CBS Studios. While we saw better-than-expected theatrical performance from *Scream 7*, we continue to expect significantly lower theatrical revenue year-over-year due to lower average box office revenue per film across more releases in 2026 as we build into our 2027+ slates. We expect Studio segment profitability will increase in 2026 versus 2025.
- In TV Media, we expect continued headwinds to affiliate revenue due to pay TV subscriber declines with some moderation in linear advertising declines versus 2025, including expected political spending in 2026. We expect to have stable-to-improving margins in TV Media.

---

[4] Excluding Paramount+ with Showtime, our premium cable channel, which was previously reported under the TV Media segment.



9

### Capital Structure & Capital Allocation

We ended the quarter with $1.9 billion in cash and cash equivalents and $15.5 billion in gross debt. Our debt went up in the quarter as we drew $2.15 billion on our revolving credit facility to pay the $2.8 billion termination fee WBD owed to Netflix upon entering into our merger agreement. This amount will be repaid by us from proceeds we will receive from the private placement we entered into in connection with the WBD transaction. This increase in our debt was offset partially as we repaid $347 million of debt maturing early in Q1 with cash on hand. We have $86 million in debt maturing for the remainder of 2026.

### Acquiring Warner Bros. Discovery

On February 27, we announced our definitive merger agreement under which Paramount will acquire WBD, which will accelerate our ambition of building a next-generation media and entertainment company.

We're making great progress on our plan to close the transaction by the end of Q3'26 with a number of important milestones. In April, we announced that a group of select strategic investors were assigned a portion of the $47 billion equity investment. This syndication does not relieve the original equity investors of their contractual commitments made to the company. As detailed in the 8-K, the PIPE subscription price was updated from a fixed $16.02 per share to a market-referenced price at close—floored at $12.00 and capped at $16.02. Additionally, we replaced the previously planned rights offering with a dividend of one 10-year warrant per Class B share, exercisable at the syndication price and expected to trade separately on Nasdaq, which we believe is a greater value to our shareholders than the prior rights offering structure.

Subsequently, we also announced that we successfully secured long-term financing commitments consisting of $5 billion in term loans and a $5 billion revolving credit facility, secured against the assets of the combined company at close. We successfully syndicated the remaining $49 billion of bridge financing to 18 global financial institutions to fund the transaction, which we intend to replace with additional secured debt across the investment grade and high yield markets prior to closing the transaction. Existing Paramount notes will remain in place as unsecured obligations following close.

Most recently, on April 23, WBD shareholders voted to approve the merger agreement, another critical step in our path towards closing. We look forward to closing the transaction in the coming months and sharing future updates as we work to create a company that serves the creative community and consumers.

### Closing

The first quarter demonstrated what this company is capable of when strategy, content, and execution align. The WBD transaction, on track for a Q3 close, will amplify that potential significantly and unite two world-class teams. We are building something lasting—and we are just getting started.

Sincerely,

David Ellison
Chairman & CEO
Paramount, a Skydance Corporation

 10