Joseph M. Alioto, Esq. (SBN 42680)
Tatiana V. Wallace, Esq. (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 14th Floor
San Francisco, CA 94104
Tel:  (415) 434-8900
Fax:  (415) 434-9200
Email:  jmalioto@aliotolaw.com

Ronald D. Foreman, Esq. (SBN 61148)
Ian A. Hansen, Esq. (SBN 255449)
**FOREMAN & BRASSO**
850 Montgomery Street, Suite 300
San Francisco, CA 94133
Telephone:  (415) 433-3475
Facsimile:  (415) 781-8030
Email:  foremanandbrasso@foremanandbrasso.com

Attorneys for Plaintiffs in Related Action
*Faust v. Paramount Skydance Corp.*,
Case No. 4:26-cv-03790-AMO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE COMMONWEALTH OF MASSACHUSETTS, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF OREGON, AND THE STATE OF WASHINGTON,<br><br>*Plaintiffs,*<br><br>v.<br><br>PARAMOUNT SKYDANCE CORP., AND WARNER BROS. DISCOVERY, INC.<br><br>*Defendants.* | Case No. 4:26-cv-07116-AMO<br><br>**DECLARATION OF IAN HANSEN IN SUPPORT OF RELATED-CASE PLAINTIFFS' ADMINISTRATIVE MOTION FOR LIMITED PERMISSIVE INTERVENTION TO RESPOND TO DEFENDANTS' AND THIRD PARTIES' SEALING REQUESTS** |

**DECL HANSEN ISO RELATED-CASE PLS' ADMIN MO FOR
LIMITED PERMISSIVE INTERVENTION TO RESPOND TO
DEFS' AND THIRD-PARTIES SEALING REQUESTS**            **CASE NO. 4:26-cv-07116-AMO**

1

I, Ian A. Hansen, declare:

1.    I am an attorney with Foreman & Brasso and counsel for the plaintiffs in the related and lower-numbered action, *Faust v. Paramount Skydance Corp.*, Case No. 4:26-cv-03790-AMO ("Related-Case Plaintiffs"). I have personal knowledge of the matters stated in this declaration and could competently testify to them.

2.    Related-Case Plaintiffs seek limited permissive intervention solely to address the confidentiality designations underlying the sealing requests filed at Docket Nos. 6, 29, and 105.

3.    Related-Case Plaintiffs are not presently parties to this action. The sealing requests also implicate confidentiality designations asserted by Defendants and numerous third parties.

4.    Related-Case Plaintiffs did not obtain a stipulation before filing the accompanying administrative motion. Because Related-Case Plaintiffs are not parties to this action, the sealing requests involve multiple designating entities, and the applicable deadlines permit the Court to address the sealing requests on an expedited basis, there was insufficient time to seek and obtain the agreement of all affected parties before filing.

5.    Related-Case Plaintiffs filed the motion promptly to preserve their opportunity to be heard before the Court rules on the pending sealing requests.

6.    The requested intervention is limited to the sealing issues and is not intended to interfere with or delay the Plaintiff States' request for emergency relief or their prosecution of this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on July 17, 2026, in San Francisco, California.

/s/ Ian A. Hansen
Ian A. Hansen, Esq.

DECL HANSEN ISO RELATED-CASE PLS' ADMIN MO FOR        CASE NO. **4:26-cv-07116-AMO**
LIMITED PERMISSIVE INTERVENTION TO RESPOND TO
DEFS' AND THIRD-PARTIES SEALING REQUESTS