Joseph M. Alioto, Esq. (SBN 42680)
Tatiana V. Wallace, Esq. (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 14th Floor
San Francisco, CA 94104
Tel: (415) 434-8900
Fax: (415) 434-9200
Email: jmalioto@aliotolaw.com

Ronald D. Foreman, Esq. (SBN 61148)
Ian A. Hansen, Esq. (SBN 255449)
**FOREMAN & BRASSO**
850 Montgomery Street, Suite 300
San Francisco, CA 94133
Telephone: (415) 433-3475
Facsimile: (415) 781-8030
Email: foremanandbrasso@foremanandbrasso.com

Attorneys for Plaintiffs in Related Action
*Faust v. Paramount Skydance Corp.*,
Case No. 4:26-cv-03790-AMO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE STATE OF CALIFORNIA, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE COMMONWEALTH OF MASSACHUSETTS, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF OREGON, AND THE STATE OF WASHINGTON,<br><br>*Plaintiffs,*<br><br>v.<br><br>PARAMOUNT SKYDANCE CORP., AND WARNER BROS. DISCOVERY, INC.<br><br>*Defendants.* | Case No. 4:26-cv-07116-AMO<br><br>**[PROPOSED] ORDER GRANTING RELATED-CASE PLAINTIFFS' ADMINISTRATIVE MOTION FOR LIMITED PERMISSIVE INTERVENTION TO RESPOND TO DEFENDANTS' AND THIRD PARTIES' SEALING REQUESTS** |

**[PROPOSED] ORDER GRANTING RELATED-CASE PLS'**     **CASE NO. 4:26-cv-07116-AMO**
**ADMINISTRATIVE MOTION FOR LIMITED PERMISSIVE INTERVENTION TO RESPOND TO**
**DEFENDANTS' AND THIRD PARTIES' SEALING REQUESTS**

The Court has considered the Administrative Motion for Limited Permissive Intervention filed by the plaintiffs in *Faust v. Paramount Skydance Corp.*, Case No. 4:26-cv-03790-AMO.

Good cause appearing, the Court ORDERS:

1.      Related-Case Plaintiffs are permitted to intervene in this action solely for the limited purpose of addressing the requests to seal filed at Docket Nos. 6, 29, and 105 and the supporting submissions filed by Defendants and third-party designating entities.

2.      This limited intervention does not confer party status for any other purpose. Related-Case Plaintiffs may not, by virtue of this Order, participate in the merits of this action or in the proceedings concerning the Plaintiff States' request for temporary or preliminary injunctive relief.

3.      The Court will not rule on the sealing requests until the designating parties have had the opportunity to file the statements or declarations required by Civil Local Rule 79-5(f)(3) and the period for responses under Civil Local Rule 79-5(f)(4) has expired.

4.      Related-Case Plaintiffs may respond to the designating parties' submissions in accordance with Civil Local Rule 79-5(f)(4).

5.      Nothing in this Order affects the deadlines or proceedings concerning the Plaintiff States' request for emergency injunctive relief.

**IT IS SO ORDERED**.

DATED: _____

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge