LEIGH L. OLIVER (pending *pro hac vice*)
JORDAN PASSMORE (pending *pro hac vice*)
CLIFFORD CHANCE US LLP
2001 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 912-5933
Facsimile: (202) 912-6000
leigh.oliver@cliffordchance.com
jordan.passmore@cliffordchance.com

LUKAS SOSNICKI (SBN # 295895)
THOMPSON COBURN LLP
10100 Santa Monica Boulevard, Suite 500
Los Angeles, CA 90067
Telephone: (310) 282-2538
Facsimile: (310) 282-2501
Email: lsosnicki@thompsoncoburn.com

*Counsel for Non-Party Charter Communications, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>PARAMOUNT SKYDANCE CORP., and WARNER BROS. DISCOVERY, INC.,<br>*Defendants.* | Case No. 4:26-cv-07116<br><br>**[PROPOSED] ORDER SEALING NON-PARTY CHARTER COMMUNICATIONS, INC.'S CONFIDENTIAL INFORMATION** |

With respect to the information that third-parties designated as confidential, the State of California filed an Administrative Motion to Consider Whether Another Party's Material Should be Sealed ("Administrative Motion") on July 13, 2026. The Court, having fully considered the papers and arguments presented, hereby ORDERS that Charter Communications Inc.'s highly confidential information referenced in Figure 19 on page 59 of the Declaration of Robin S. Lee, PhD in support of Plaintiffs' Motion for Temporary Restraining Order and Order to Show Cause as to Why a Preliminary Injunction Should Not Issue (Dkt. 27-6) and the supporting document Charter produced as Charter-Paramount/WBD-00000001 be sealed.

**IT IS SO ORDERED.**

DATED: _____, 2026        _____
                                        HON. ARACELI MARTINEZ-OLGUIN
                                        United States District Judge

- 1 -

[PROPOSED] ORDER SEALING NON-PARTY CHARTER COMMUNICATIONS, INC.'S CONFIDENTIAL INFORMATION
CASE NO. 4:26-cv-07116