DANIEL B. ASIMOW (Bar No. 165661)
Daniel.Asimow@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111-4024
Telephone:    415.471.3100
Facsimile:    415.471.3400

MICHAEL B. BERNSTEIN (*pro hac vice*
application forthcoming)
Michael.B.Bernstein@arnoldporter.com
RYAN Z. WATTS (*pro hac vice* application
forthcoming)
Ryan.Watts@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone:    202.942.5000
Facsimile:    202.942.5555

*Attorneys for Non-Party AMC Entertainment
Holdings, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al. | Case No. 4:26-cv-7116-AMO |
| Plaintiffs, | **NON-PARTY AMC ENTERTAINMENT HOLDINGS, INC.'S ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| PARAMOUNT SKYDANCE CORP. and WARNER BROS. DISCOVERY, INC., | Hon. Araceli Martínez-Olguín |
| Defendants. | |

Pursuant to Civil Rules 7-11 and 79-5, and Your Honor's Standing Order for Civil Cases, AMC Entertainment Holdings, Inc. ("AMC") submits this motion for an order to seal narrowly tailored portions of the Declaration of Robin S. Lee, which is attached to Plaintiffs' Motion for a Temporary Restraining Order and Order to Show Cause as to Why a Preliminary Injunction Should Not Issue (the "Lee Declaration") filed on July 13, 2026 (Dkt. 27, Ex. 6).  The Lee

-1-

Declaration was identified in Plaintiff State of California's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed on July 13, 2026 (Dkt. 29).  AMC requests that the Court enter the enclosed Proposed Order to seal the following portions of the Lee Declaration.  AMC's counsel have conferred with the parties concerning this motion.  Plaintiffs take no position on the motion and Defendants do not object to the motion.

| Document | Page | Description |
| --- | --- | --- |
| Declaration of Robin S. Lee, Lee Declaration | Page 20, ¶ 54 & n.47 | Discussion of AMC's highly confidential licensing agreement with a specific film distributor. |
| Declaration of Robin S. Lee, PhD | Page 25, Figure 6 | Figure reflecting AMC's highly confidential rental rates for certain theatrical films from 2022 through 2025. |
| Declaration of Robin S. Lee, PhD | Page 25, Figure 7 | Figure reflecting AMC's highly confidential rental rates for certain theatrical films from 2022 through 2025. |
| Declaration of Robin S. Lee, PhD | Page 32, ¶ 81 | Discussion of AMC's highly confidential rental rates for certain theatrical films. |

Non-Party AMC seeks to narrowly redact any public versions of the Lee Declaration in order to protect its closely-held business secrets.  As explained in the enclosed Declaration of Ryan Watts, the identified information contained in the Lee Declaration was produced to the State of California in response to a subpoena and provided with the understanding that the information would be protected from disclosure by the California Attorney General in accordance with applicable law.  Disclosing the identified information would provide AMC's competitors and film distributors with whom AMC negotiates with highly sensitive information about AMC's contracts with film distributors and the negotiated rates AMC pays to display films in its theaters.  Disclosure of this information would injure AMC by giving its competitors and film distributors an unfair advantage over AMC in future (or ongoing) negotiations.  Thus, the

unsealing of this highly confidential and sensitive information would cause injury to AMC that cannot be avoided through less restrictive means.

Confidential business information consisting of negotiated contract terms and negotiated payment terms is squarely within the standards for sealing. *Lathrop v. Uber Techs., Inc.*, No. 14-CV-05678-JST, 2016 WL 9185002, at *2 (N.D. Cal. June 17, 2016) ("[U]nder Ninth Circuit law, detailed product-specific financial information, customer information, and internal reports are appropriately sealable under the compelling reasons standard where that information could be used to the company's competitive disadvantage."); *FTC v. Qualcomm Inc.*, No. 17-CV-220-LHK, 2019 WL 95922, at *3 (N.D. Cal. Jan. 3, 2019) (granting motion to seal to the extent it may harm the party or third parties' "competitive standing and divulges terms of confidential contracts, contract negotiations, or trade secrets."); *Synchronoss Techs., Inc. v. Dropbox Inc.*, No. 16-CV-00119-HSG, 2018 WL 6002319, at *3 (N.D. Cal. Nov. 15, 2018) (approving the sealing of information that "could result in an unfair economic and competitive advantage to [the party's] competitors.").

As a non-party, AMC benefits from a "more lenient standard," while recognizing that competition is centrally at issue in antitrust litigation and the court must undertake a balancing test. *Epic Games, Inc. v. Apple Inc.*, No. 4:20-CV-05640-YGR, 2021 WL 1925460, at *1 (N.D. Cal. Apr. 30, 2021). Accordingly, AMC has narrowly tailored its proposed redactions in a good faith effort to obscure only the information that would cause competitive harm. AMC is not seeking to protect every mention of its information in the Lee Declaration. AMC is, however, seeking to protect the details (and expert analyses thereof) of its confidential contracts and individually negotiated rates paid to film distributors.

For the foregoing reasons, Non-Party AMC respectfully requests that the Court grant AMC's Administrative Motion to Seal.

-3-

AMC'S ADMIN. MOTION TO SEAL                                    Case No. 4:26-cv-7116-AMO

Date:  July 20, 2026

ARNOLD & PORTER KAYE SCHOLER LLP


By: /s/ *Daniel B. Asimow*
     Daniel B. Asimow

DANIEL B. ASIMOW (Bar No. 165661)
Daniel.Asimow@arnoldporter.com
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

MICHAEL B. BERNSTEIN (*pro hac vice* application forthcoming)
Michael.B.Bernstein@arnoldporter.com
RYAN Z. WATTS (*pro hac vice* application forthcoming)
Ryan.Watts@arnoldporter.com
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: 202.942.5000
Facsimile: 202.942.5555

*Attorneys for Non-Party AMC Entertainment Holdings, Inc.*

-4-

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 20, 2026, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-1.  The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-1 to accept that Notice as service of this document.

Dated:  July 20, 2026

/s/ *Daniel B. Asimow*
Daniel B. Asimow