UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

The State of California,  et al.            ,

Plaintiff(s),

v.

Paramount Skydance Corp., et al.          ,

Defendant(s).

Case No. 4:26-cv-07116

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)

I, Michael B. Bernstein , an active member in good standing of the bar of the D.C. Court of Appeals , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: AMC Entertainment Holdings, Inc. in the above-entitled action. My local co-counsel in this case is Daniel B. Asimow , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 165661 .

ARNOLD & PORTER KAYE SCHOLER, LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3732

MY ADDRESS OF RECORD

202.942.5227

MY TELEPHONE # OF RECORD

Michael.B.Bernstein@arnoldporter.com

MY EMAIL ADDRESS OF RECORD

ARNOLD & PORTER KAYE SCHOLER LLP
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111-4164

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415.471.3142

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Daniel.Asimow@arnoldporter.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 492437 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 20, 2026

Michael B. Bernstein
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Michael B. Bernstein          is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Michael B Bernstein

*was duly qualified and admitted on May 6, 2005 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 16, 2026.**

**JULIO A. CASTILLO**
**Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*