Joshua Hill (SBN 250842)
jhill@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON &**
   **GARRISON LLP**
1285 Avenue of the Americas
Telephone: (628) 432-5123
Facsimile:  (628) 232-3090

*Attorney for Non-Party Regal Cineworld*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISON

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | Case No. 4:26-cv-07116-AMO |
| Plaintiffs, | *Assigned to: Hon. Araceli Martínez-Olguín* |
| | *Courtroom: 5* |
| v. | |
| | **[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| PARAMOUNT SKYDANCE CORP., and WARNER BROS. DISCOVERY, INC., | |
| Defendants. | |

Pending before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. No. 29) ("Administrative Motion").

Having considered the Administrative Motion and non-party Regal Cineworld's statement in response, and finding that there are compelling reasons to justify sealing the below referenced material, **IT IS HEREBY ORDERED THAT** Plaintiffs' Administrative Motion is **GRANTED.**

The following materials shall be sealed:

| Document | Portion Sought To Be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|
| Declaration of Robin S. Lee, PhD (Dkt. No. 27, Exhibit 6; Dkt. No. 29, Exhibit 4) | Quotation from REGAL_NYAG_0000096 at pg. 40, ¶103, n.88 | Wood Decl. ¶¶ 3–7 |

**IT IS SO ORDERED.**

Dated:

_____
The Honorable Araceli Martínez-Olguín
United States District Judge

- 2 -