Jeffrey L. Kessler (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
Matthew R. DalSanto (SBN 282458)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1469
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com
matthew.dalsanto@winstontaylor.com

*Attorneys for Defendant Paramount Skydance
Corporation*

Daniel M. Petrocelli (SBN 97802)
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
dpetrocelli@omm.com

Peter C. Herrick (*pro hac vice*)
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, NY  10019-6022
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
pherrick@omm.com

*Attorneys for Defendant Warner Bros. Discovery,
Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| THE STATE OF CALIFORNIA, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE COMMONWEALTH OF MASSACHUSETTS, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF OREGON, AND THE STATE OF WASHINGTON<br><br>       *Plaintiffs*,<br><br>   v.<br><br>PARAMOUNT SKYDANCE CORP., AND WARNER BROS. DISCOVERY, INC.<br><br>       *Defendants*. | Case No.  4:26-cv-07116-AMO<br><br>**DECLARATION OF JEFFREY L. KESSLER IN SUPPORT OF DEFENDANTS' OPPOSITION TO RELATED-CASE PLAINTIFFS' ADMINISTRATIVE MOTION FOR LIMITED PERMISSIVE INTERVENTION TO RESPOND TO DEFENDANTS AND THIRD PARTIES' SEALING REQUESTS** |

I, Jeffrey L. Kessler, declare as follows:

1.    I am a member of the Bar of New York and have been admitted to this Court *pro hac vice*.  I represent and am lead counsel for the Defendant Paramount Skydance Corporation in this matter. I submit this declaration in support of Defendants' Opposition to Related-Case Plaintiff's Administrative Motion for Limited Permissive Intervention to Respond to Defendants and Third Parties' Sealing Requests. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2.    Attached to this declaration as Exhibit 1 is a true and correct copy of excerpts of the transcript from the proceedings held before this Court on July 16, 2026, in the related action, *Faust v. Paramount Skydance Corp.*, No. 26-cv-3790-AMO (N.D. Cal.).

3.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 21st day of July 2026 at New York City, New York.

By: */s/ Jeffrey L. Kessler*
Jeffrey L. Kessler

1

KESSLER DECLARATION
CASE NO. 4:26-CV-07116-AMO