Jeffrey L. Kessler (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
Matthew R. DalSanto (SBN 282458)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com
matthew.dalsanto@winstontaylor.com

*Attorneys for Defendant Paramount Skydance
Corporation*

Daniel M. Petrocelli (SBN 97802)
**O'MELVENY & MYERS LLP**
999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
dpetrocelli@omm.com

Peter C. Herrick (*pro hac vice*)
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, NY  10019-6022
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
pherrick@omm.com

*Attorneys for Defendant Warner Bros. Discovery,
Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| THE STATE OF CALIFORNIA, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE COMMONWEALTH OF MASSACHUSETTS, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF OREGON, AND THE STATE OF WASHINGTON<br><br>Plaintiffs,<br><br>vs.<br><br>PARAMOUNT SKYDANCE CORPORATION (formerly Paramount Global), and WARNER BROS. DISCOVERY, INC.,<br><br>Defendants. | Case No. 4:26-cv-7116<br><br>**DECLARATION OF JEFFREY KESSLER IN SUPPORT OF DEFENDANTS' EMERGENCY ADMINISTRATIVE MOTION FOR AN EVIDENTIARY HEARING** |

I, Jeffrey Kessler, declare as follows:

1.      I am a member of the State Bar of New York and the United States Court for the Southern District of New York and have been admitted to this Court *pro hac vice*.  I represent and am lead counsel for Defendant Paramount Skydance Corporation ("Paramount") in this matter.  In accordance with Local Rule 7-11, I submit this Declaration in support of Defendants' Emergency Administrative Motion for an Evidentiary Hearing (the "Motion"), filed concurrently herewith.

2.      The Motion requests that the Court hold a three-day evidentiary hearing on Plaintiffs' forthcoming motion for a preliminary injunction and provide an extension of the preliminary injunction briefing schedule.  Defendants sought Plaintiffs' agreement to this request, and met and conferred with Plaintiffs regarding this issue via videoconference today.  The parties were unable to reach agreement on this issue.  Given the impending briefing deadlines for the preliminary injunction motion, it is not possible for the parties to confer further regarding this issue before seeking relief from the Court.  It therefore was necessary for Defendants to file this Motion at this time.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of July 2026 in San Francisco, California.

By: */s/ Jeffrey L. Kessler*
Jeffrey L. Kessler