**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| THE STATE OF CALIFORNIA, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE COMMONWEALTH OF MASSACHUSETTS, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF OREGON, AND THE STATE OF WASHINGTON, | Case No. 5:26-cv-07116-AMO |

Plaintiffs,

v.

PARAMOUNT SKYDANCE CORP., AND WARNER BROS. DISCOVERY, INC.

Defendants.

**[PROPOSED] ORDER GRANTING DEFENDANT PARAMOUNT SKYDANCE CORPORATION AND WARNER BROTHERS DISCOVERY'S EMERGENCY ADMINISTRATIVE MOTION FOR EVIDENTIARY HEARING**

Pending before the Court is Paramount Skydance Corp. and Warner Brothers Discovery, Inc.'s Emergency Administrative Motion for Evidentiary Hearing.  Having reviewed the Motion and finding good cause therefore:

IT IS HEREBY ORDERED that Defendants' motion is GRANTED and the Court enters the following briefing schedule in connection with the States' motion for a preliminary injunction:

| Event | Date |
| --- | --- |
| Plaintiffs file motion for preliminary injunction | July 28, 2026 |
| Defendants file opposition to Plaintiffs' motion | August 7, 2026 |
| Plaintiffs file reply in support of motion | August 12, 2026 |

The Court will hold a three-day evidentiary hearing date regarding the States' motion for a preliminary injunction in the week of August 17th or 24th on dates subsequently to be determined.

**IT IS SO ORDERED.**

Dated: _____

_____
Araceli Martinez-Olguin
United States District Judge

1