Jeffrey L. Kessler (pro hac vice)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
Matthew R. DalSanto (SBN 282458)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com
matthew.dalsanto@winstontaylor.com

*Attorneys for Defendant Paramount Skydance
Corporation*

Daniel M. Petrocelli (SBN 97802)
**O'MELVENY & MYERS LLP**
999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
dpetrocelli@omm.com

Peter C. Herrick (pro hac vice)
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, NY  10019-6022
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
pherrick@omm.com

*Attorneys for Defendant Warner Bros. Discovery,
Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| THE STATE OF CALIFORNIA, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE COMMONWEALTH OF MASSACHUSETTS, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF OREGON, AND THE STATE OF WASHINGTON<br><br>Plaintiffs,<br><br>vs.<br><br>PARAMOUNT SKYDANCE CORPORATION (formerly Paramount Global), and WARNER BROS. DISCOVERY, INC.,<br><br>Defendants. | Case No. 4:26-cv-7116<br><br>**PARAMOUNT SKYDANCE CORPORATION AND WARNER BROS. DISCOVERY'S MOTION TO SHORTEN TIME ON EMERGENCY ADMINISTRATIVE MOTION FOR EVIDENTIARY HEARING** |

Pursuant to Civil Local Rule 6-3, Defendants Paramount Skydance Corporation and Warner Bros. Discovery, Inc. (together, "Defendants") respectfully submit this Motion to Shorten Time on Emergency Administrative Motion for Evidentiary Hearing. That motion seeks to extend the briefing schedule for Plaintiffs' motion for a preliminary injunction and to schedule a three-day evidentiary hearing the week of August 17th or 24th.

Defendants' motion for an evidentiary hearing must be decided as soon as possible if it is to be effective, because Plaintiffs' preliminary injunction motion is due tomorrow under the current schedule, with Defendants' opposition due on Monday. Accordingly, Defendants respectfully request that the Court order Plaintiffs to file any response to this motion today, and decide that motion by noon tomorrow.

This request to expedite Defendants' motion for an evidentiary hearing meets the requirements of Civil Local Rule 6-3, as set forth below and in the accompanying Declaration of Jeanifer Parsigian.

## I.    Reasons for Shortened Time and Effects on the Schedule (L.R. 6-3(a)(1), (6)).

There are compelling reasons to expedite decision of Defendants' motion for an evidentiary hearing. Plaintiffs' opening preliminary injunction brief currently is due tomorrow, with Defendants' opposition due on Monday, July 27th and Plaintiffs' reply due on Thursday, July 30th. If Defendants' motion for an evidentiary hearing is not decided on shortened time, that motion's request for an extension of the preliminary injunction briefing schedule will be mooted. In order to allow that proposed briefing and hearing schedule to take effect, shortening the briefing time for Defendants' motion for an evidentiary hearing is necessary.

## II.    Substantial Prejudice Would Result Without the Change (L.R. 6-3(a)(3)).

As explained further in Defendants' motion, the current highly accelerated schedule without a full evidentiary hearing would prejudice Defendants by depriving them of a full and fair opportunity to mount a defense to the States' preliminary injunction motion. An extended briefing schedule and evidentiary hearing would allow Defendants to address critical factual issues involving market definition, real-world competitive dynamics, barriers to expansion, and incentives. Defendants would suffer severe prejudice if not allowed adequate time and opportunity to address these issues. Further, if a preliminary injunction is granted as a result, this would inflict tremendous harm on Defendants through commercial uncertainty regarding the transaction and potentially over $1 billion in ticking fees and additional costs.

**III.     Efforts to Obtain a Stipulation and the Parties' Positions (L.R. 6-3(a)(2) & (a)(4))**

Defendants have conferred with Plaintiffs regarding the schedule for briefing and hearing on their preliminary injunction motion.  Plaintiffs have refused to agree to any change of the briefing schedule or any evidentiary hearing.  Given the impending briefing deadlines for the preliminary injunction motion, it is not possible for the parties to confer further regarding this issue before seeking relief from the Court.  Defendants have advised Plaintiffs of our proposed schedule for the preliminary injunction briefing and hearing, as well as our intention to request a decision on this motion to short time by tomorrow at noon.

**IV.     Prior Time Modifications (L.R. 6-3(a)(5))**

The current preliminary injunction schedule was ordered into effect on July 20th.  *See* ECF No. 141.  There have been no modifications to that schedule.

**V.     Conclusion**

For the foregoing reasons, Defendants respectfully request that the Court order Plaintiffs to file any response to the motion for an evidentiary hearing today to facilitate a decision by the Court by noon tomorrow.

Dated:  July 22, 2026                    Respectfully submitted,

By: */s/Jeffrey L. Kessler*
Jeffrey L. Kessler (pro hac vice)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
Matthew R. DalSanto (SBN 282458)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1469
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com
matthew.dalsanto@winstontaylor.com

Conor A. Reidy (pro hac vice)
Kevin B. Goldstein (pro hac vice)
**WINSTON TAYLOR LLP**
300 N. LaSalle Drive
Chicago, IL 60654-3406
Telephone: (312) 558-7542
Facsimile: (312) 558-5700
conor.reidy@winstontaylor.com
kevin.goldstein@winstontaylor.com

Matthew R. Huppert (pro hac vice)
**WINSTON TAYLOR LLP**
1901 L Street NW
Washington, DC 20036-3506
Telephone: (202) 282-5004
Facsimile: (202) 282-5100
matt.huppert@winstontaylor.com

Marguerite Sullivan (pro hac vice pending)
Christopher J. Brown (pro hac vice pending)
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
marguerite.sullivan@lw.com
christopher.brown@lw.com

Hanna Nunez Tse (SBN 346510)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-8153
hanna.nuneztse@lw.com

*Attorneys for Defendant Paramount Skydance
Corporation*

By: */s/ Daniel M. Petrocelli*
Daniel M. Petrocelli (SBN 97802)
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
dpetrocelli@omm.com

Peter C. Herrick (pro hac vice)

**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, NY  10019-6022
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061
pherrick@omm.com

Julia A. Schiller (pro hac vice)
**O'MELVENY & MYERS LLP**
1625 Eye Street NW
Washington, DC  20006-4061
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414
jschiller@omm.com

Derek Ludwin (pro hac vice)
Henry Liu (pro hac vice)
Ross A. Demain (pro hac vice)
**COVINGTON & BURLING LLP**
One CityCenter
850 10th Street NW
Washington, DC 20001
Telephone: (202) 662-6000
dludwin@cov.com
hliu@cov.com
rdemain@cov.com

Bernard A. Nigro Jr. (pro hac vice)
Kathleen S. O'Neill (pro hac vice)
**FRIED FRANK HARRIS SHRIVER &
JACOBSON LLP**
801 17th Street NW
Washington, DC 20006
Telephone: (202) 639-7000
Facsimile: (202) 639-7003
Barry.Nigro@friedfrank.com
Kathy.Oneill@friedfrank.com

*Attorneys for Defendant Warner Bros. Discovery, Inc.*