Jeffrey L. Kessler (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
Matthew R. DalSanto (SBN 282458)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com
matthew.dalsanto@winstontaylor.com

*Attorneys for Defendant Paramount Skydance Corporation*

Daniel M. Petrocelli (SBN 97802)
**O'MELVENY & MYERS LLP**
999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
dpetrocelli@omm.com

Peter C. Herrick (*pro hac vice*)
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, NY  10019-6022
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
pherrick@omm.com

*Attorneys for Defendant Warner Bros. Discovery, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| THE STATE OF CALIFORNIA, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE COMMONWEALTH OF MASSACHUSETTS, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF OREGON, AND THE STATE OF WASHINGTON<br><br>Plaintiffs,<br><br>vs.<br><br>PARAMOUNT SKYDANCE CORPORATION (formerly Paramount Global), and WARNER BROS. DISCOVERY, INC.,<br><br>Defendants. | Case No. 4:26-cv-7116<br><br>**DECLARATION OF JEANIFER PARSIGIAN IN SUPPORT OF DEFENDANTS' MOTION TO SHORTEN TIME** |

I, Jeanifer Parsigian, declare as follows:

1.    I am an attorney duly licensed to practice law before this Court.  I am a member of the State Bar of California and the United States District Court for the Northern District of California.  I represent the Defendant Paramount Skydance Corporation ("Paramount") in this matter.  In accordance with Northern District of California Local Rule 6-3(a), I submit this declaration in support of Defendants Paramount Skydance Corporation and Warner Bros. Discovery, Inc.'s Motion to Shorten Time on Emergency Administrative Motion for Evidentiary Hearing.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify to them.

2.    Defendants' motion for an evidentiary hearing must be decided as soon as possible if it is to be effective, because Plaintiffs' opening preliminary injunction brief currently is due tomorrow, with Defendants' opposition due on Monday, July 27th and Plaintiffs' reply due on Thursday, July 30th.

3.    The current highly accelerated schedule without a full evidentiary hearing would prejudice Defendants by depriving them of a full and fair opportunity to mount a defense to the States' preliminary injunction motion.  An extended briefing schedule and evidentiary hearing would allow Defendants to address critical factual issues involving market definition, real-world competitive dynamics, barriers to expansion, and incentives.  Defendants would suffer severe prejudice if not allowed adequate time and opportunity to address these issues.

4.    Further, if a preliminary injunction is granted as a result, this would inflict tremendous harm on Defendants through commercial uncertainty regarding the transaction and potentially over $1 billion in ticking fees and additional costs.

5.    Defendants have conferred in good faith with Plaintiffs regarding the schedule for briefing and hearing on their preliminary injunction motion.  Plaintiffs have refused to agree to any change of the briefing schedule or any evidentiary hearing.

6.    Defendants informed Plaintiffs of our intent to file today the motion seeking an extended briefing schedule, including the requested dates, and an evidentiary hearing, as well as our request that the Court decide the motion tomorrow, July 23, 2026.

7.    Given the impending briefing deadlines for the preliminary injunction motion, it is not possible for the parties to confer further regarding this issue before seeking relief from the Court

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of July 2026 in San Francisco, California.

By:  /s/ Jeanifer E. Parsigian
Jeanifer E. Parsigian