**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| THE STATE OF CALIFORNIA, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE COMMONWEALTH OF MASSACHUSETTS, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF OREGON, AND THE STATE OF WASHINGTON, <br><br> Plaintiffs, <br> v. <br><br> PARAMOUNT SKYDANCE CORP., AND WARNER BROS. DISCOVERY, INC. <br><br> Defendants. | Case No. 4:26-cv-07116-AMO <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT PARAMOUNT SKYDANCE CORPORATION AND WARNER BROS. DISCOVERY'S MOTION TO SHORTEN TIME ON EMERGENCY ADMINISTRATIVE MOTION FOR EVIDENTIARY HEARING** |

Pending before the Court is Paramount Skydance Corp. and Warner Brothers Discovery, Inc.'s Motion to Shorten Time on Emergency Administrative Motion for Evidentiary Hearing.  Having reviewed the Motion and finding good cause therefore:

IT IS HEREBY ORDERED that Defendants' motion is GRANTED.  Plaintiffs shall file any response to Defendants' motion for an evidentiary hearing no later than July 22, 2026, in order to facilitate a decision on that motion by this Court on July 23rd.

**IT IS SO ORDERED.**

Dated: _____

_____
Araceli Martinez-Olguin
United States District Judge

1