ROB BONTA
Attorney General of California
PAULA L. BLIZZARD (SBN 207920)
Senior Assistant Attorney General
NATALIE S. MANZO (SBN 155655)
BRENT K. NAKAMURA (SBN 283572)
Supervising Deputy Attorneys General
DANIEL D. AMBAR (SBN 278853)
WINSTON H. CHEN (SBN 166959)
MATTHEW E. DELGADO (SBN 306999)
NICOLE S. GORDON (SBN 224138)
JENNIFER K. HANE (SBN 275729)
ASHLEY KAPLAN (SBN 293443)
CASEY KOVARIK (SBN 348032)
DIVYA B. RAO (SBN 292853)
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1230
 Telephone: (213) 269-6153
 Fax: (916) 731-3637
 Email: Daniel.Ambar@doj.ca.gov

*Attorneys for Plaintiff State of California*
Additional counsel identified on signature page

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE STATE OF CALIFORNIA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>PARAMOUNT SKYDANCE CORP., AND WARNER BROS. DISCOVERY, INC.,<br><br>*Defendants.* | Case No.: 4:26-cv-07116-AMO<br><br>**PLAINTIFF STATE OF CALIFORNIA'S OPPOSITION TO DEFENDANTS' MOTION TO SHORTEN TIME ON EMERGENCY ADMINISTRATIVE MOTION FOR EVIDENTIARY HEARING** |

Plaintiff State of California opposes Defendants' Motion to Shorten Time on Emergency Administrative Motion for an Evidentiary Hearing (Dkt. No. 162) ("Motion").

1. Defendants have not identified a genuine emergency. The briefing schedule for the preliminary injunction has been in place since July 20, 2026. *See* Order Granting Mot. For TRO at 9 (Dkt. No. 141). Yet Defendants waited until the eve of Plaintiff States' opening brief deadline to file a motion to upend that schedule. Defs.' Emergency Admin. Mot. For Evidentiary Hr'g (Dkt. No. 161).

2. Plaintiff States have drafted their motion for a preliminary injunction, including accompanying declarations, in compliance with the schedule already litigated and decided by this Court. Plaintiff States intend to file their brief tomorrow in accordance with that schedule.

3. The Court set the schedule following briefing and argument by the parties. *See* Joint Mot. for Status Conference re Pls.' Mot. for TRO & Prelim. Inj. (Dkt. No. 64); Order (Dkt. No. 69); Minute Entry (Dkt. No. 129). Defendants now seek to upend that schedule at the eleventh hour. Civil Local Rule 7-9(a) provides that "[n]o party may notice a motion for reconsideration without first obtaining leave of Court to file the motion." Defendants have failed to seek leave to file a motion for reconsideration. Nor has the Court granted such leave.

For the foregoing reasons, Plaintiff State of California respectfully requests that the Court deny Defendants' Motion. If the Court does not deny the Motion, Plaintiff State of California respectfully requests permission to respond more fully by tomorrow, July 23, 2026, at 5:00 p.m. PT.

PLAINTIFF STATE OF CALIFORNIA'S
OPPOSITION TO MOTION TO SHORTEN         1                Case No. 4:26-cv-07116-AMO
TIME

Dated:  July 22, 2026

Respectfully submitted,

FOR PLAINTIFF STATE OF CALIFORNIA:

ROB BONTA
Attorney General of California

*/s/ Daniel D. Ambar*

PAULA L. BLIZZARD (SBN 207920)
Senior Assistant Attorney General
NATALIE S. MANZO (SBN 155655)
BRENT K. NAKAMURA (SBN 283572)
Supervising Deputy Attorneys General
DANIEL D. AMBAR (SBN 278853)
WINSTON H. CHEN (SBN 166959)
MATTHEW E. DELGADO (SBN 306999)
NICOLE S. GORDON (SBN 224138)
JENNIFER K. HANE (SBN 275729)
ASHLEY KAPLAN (SBN 293443)
CASEY KOVARIK (SBN 348032)
DIVYA B. RAO (SBN 292853)
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013-1230
  Telephone: (213) 269-6153
  Fax: (916) 731-3637
  Email: Daniel.Ambar@doj.ca.gov

RICHARD PARKER (SBN 62356)
JAMES WEINGARTEN (*pro hac vice*)
ADAM DI VINCENZO (*pro hac vice*)
GRANT BERMANN (*pro hac vice*)
ANASTASIA PASTAN (*pro hac vice*)
JULIA MAY (*pro hac vice*)
NATALIE NOGUEIRA (*pro hac vice*)
ALLISON CHESKY (*pro hac vice*)
MILBANK LLP
  1101 New York Ave. NW
  Washington, DC 20005
  Telephone: (202) 835-7525
  Email: jweingarten@milbank.com

KELLY D. GARCIA (*pro hac vice*)
MILBANK LLP
  55 Hudson Yards
  New York, NY 10001
  Telephone: (212) 530-5871
  Email: kgarcia@milbank.com

*Attorneys for Plaintiff State of California*

PLAINTIFF STATE OF CALIFORNIA'S
OPPOSITION TO MOTION TO SHORTEN
TIME

2                    Case No. 4:26-cv-07116-AMO