RICHARD PARKER (SBN 62356)
JAMES WEINGARTEN (*pro hac vice*)
ADAM DI VINCENZO (*pro hac vice*)
GRANT BERMANN (*pro hac vice*)
ANASTASIA PASTAN (*pro hac vice*)
JULIA MAY (*pro hac vice*)
NATALIE NOGUEIRA (*pro hac vice*)
ALLISON CHESKY (*pro hac vice*)
MILBANK LLP
  1101 New York Ave. NW
  Washington, DC 20005
  Telephone: (202) 835-7525
  Fax: (202) 263-7586
  Email: jweingarten@milbank.com

KELLY D. GARCIA (*pro hac vice*)
MILBANK LLP
  55 Hudson Yards
  New York, NY 10001
  Telephone: (212) 530-5781
  Email: kgarcia@milbank.com

*Attorneys for Plaintiff State of California*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE STATE OF CALIFORNIA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> PARAMOUNT SKYDANCE CORP., and WARNER BROS. DISCOVERY, INC., <br><br> *Defendants.* | Case No.: 4:26-cv-07116-AMO <br><br> **DECLARATION OF JULIA M. MAY IN SUPPORT OF PLAINTIFF STATE OF CALIFORNIA'S OPPOSITION TO DEFENDANTS' MOTION TO SHORTEN TIME ON EMERGENCY ADMINISTRATIVE MOTION FOR EVIDENTIARY HEARING** |

I, Julia M. May, declare and state as follows:

I am a lawyer at the law firm of Milbank LLP, counsel for Plaintiff State of California in the above-captioned action. I submit this Declaration in support of Plaintiff State of California's Opposition to Defendants' Motion to Shorten Time on Emergency Administrative Motion for an Evidentiary Hearing ("Opposition"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify to them.

1.   I have reviewed Plaintiff State of California's Opposition and can attest that the matters stated therein are true and correct to the best of my knowledge.

2.   I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 22, 2026
Washington, DC

_____

Julia M. May

*Counsel for Plaintiff State of California*

DECLARATION OF JULIA M. MAY IN
SUPPORT OF PLAINTIFF STATE OF
CALIFORNIA'S OPPOSITION TO MOTION TO
SHORTEN TIME

2

Case No.: 4:26-cv-07116-AMO