UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA, et al.,<br>Plaintiff(s),<br>v.<br>PARAMOUNT SKYDANCE CORP. and WARNER BROS. DISCOVERY, INC.,<br>Defendant(s). | Case No. 4:26-cv-07116 AMO<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**: ORDER<br>(CIVIL LOCAL RULE 11-3) |

I, Kalista Wilson, an active member in good standing of the bar of New Mexico, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: The State of New Mexico in the above-entitled action. My local co-counsel in this case is Nicole S. Gordon, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 224138.

| | |
|---|---|
| 201 3rd Street NW, #300 Albuquerque, NM 87102<br>MY ADDRESS OF RECORD | California Attorney General's Office, 455 Golden Gate Ave, Ste 11000, San Francisco, CA 94102<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (505) 795-1121<br>MY TELEPHONE # OF RECORD | (415) 510-3458<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| Kwilson@nmdoj.gov<br>MY EMAIL ADDRESS OF RECORD | nicole.gordon@doj.ca.gov<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 153946.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 23, 2026

/s/ Kalista Wilson
APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kalista Wilson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 27, 2026



UNITED STATES DISTRICT/MAGISTRATE JUDGE