RICHARD PARKER (SBN 62356)
JAMES WEINGARTEN (*pro hac vice*)
ADAM DI VINCENZO (*pro hac vice*)
GRANT BERMANN (*pro hac vice*)
ANASTASIA PASTAN (*pro hac vice*)
JULIA MAY (*pro hac vice*)
NATALIE NOGUEIRA (*pro hac vice*)
ALLISON CHESKY (*pro hac vice*)
MILBANK LLP
1101 New York Ave. NW
Washington, DC 20005
Telephone: (202) 835-7525
Fax: (202) 263-7586
Email: jweingarten@milbank.com

KELLY D. GARCIA (*pro hac vice*)
EMME TYLER (SBN TK)
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5781
Email: kgarcia@milbank.com

*Attorneys for Plaintiff State of California*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE STATE OF CALIFORNIA, *et al.*,<br>*Plaintiffs,*<br>v.<br>PARAMOUNT SKYDANCE CORP., and WARNER BROS. DISCOVERY, INC.,<br>*Defendants.* | Case No.: 4:26-cv-07116-AMO<br>**DECLARATION OF JULIA M. MAY IN SUPPORT OF JOINT OMNIBUS MOTION TO FILE UNDER SEAL** |

I, Julia M. May, declare and state as follows:

I am a lawyer at the law firm of Milbank LLP, counsel for Plaintiff State of California in the above-captioned action. I submit this Declaration in support of the parties' Joint Omnibus Motion to File Under Seal ("Motion"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify to them.

1. Attached and filed under seal as May Declaration Exhibit 1 is an expert witness declaration from Robin S. Lee. The exhibit contains proposed redactions in yellow highlighting from third parties, Defendant Paramount Skydance Corp., and Defendant Warner Bros. Discovery, Inc. The proposed redactions are true and correct to the best of my knowledge.

2. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 31, 2026
Washington, DC

Julia M. May

*Counsel for Plaintiff State of California*