Jeffrey L. Kessler (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
Matthew R. DalSanto (SBN 282458)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1469
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com
matthew.dalsanto@winstontaylor.com

*Attorneys for Defendant Paramount Skydance Corporation*

Daniel M. Petrocelli (SBN 97802)
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
dpetrocelli@omm.com

Peter C. Herrick (*pro hac vice*)
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, NY 10019-6022
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
pherrick@omm.com

*Attorneys for Defendant Warner Bros. Discovery, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

THE STATE OF CALIFORNIA, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE COMMONWEALTH OF MASSACHUSETTS, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF OREGON, AND THE STATE OF WASHINGTON,

Plaintiffs,

vs.

PARAMOUNT SKYDANCE CORPORATION (formerly Paramount Global), and WARNER BROS. DISCOVERY, INC.,

Defendants.

Case No. 4:26-cv-07116-AMO

**DECLARATION OF JEANIFER PARSIGIAN IN SUPPORT OF THE PARTIES' JOINT OMNIBUS MOTION TO FILE UNDER SEAL**

I, Jeanifer Parsigian, declare as follows:

1. I am an attorney duly licensed to practice law before this Court. I am a member of the State Bar of California and the United States Court for the Northern District of California. I represent the Defendant Paramount Skydance Corporation ("Paramount") in this matter. I submit this declaration in support of the Parties' Joint Omnibus Motion to File Under Seal. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify to them.

2. Attached to this Declaration is a copy of Plaintiffs' Complaint, with updated proposed redactions highlighted.

3. Attached to this Declaration is a copy of Exhibit F to the Declaration of James H. Weingarten in Support of Plaintiffs' Motion for a Temporary Restraining Order, with proposed redactions highlighted.

4. Attached to this Declaration is a copy of Exhibit H to the Declaration of James H. Weingarten in Support of Plaintiffs' Motion for a Temporary Restraining Order, with proposed redactions highlighted.

5. Attached to this Declaration is a copy of Exhibit U to the Declaration of James H. Weingarten in Support of Plaintiffs' Motion for a Temporary Restraining Order, with proposed redactions highlighted.

6. Attached to this Declaration is a copy of Plaintiffs' Motion for a Temporary Restraining Order, with updated proposed redactions highlighted.

7. Attached to this Declaration is a copy of Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order, with updated proposed redactions highlighted.

8. Attached to this Declaration is a copy of the Declaration of Scott Miller in Support of Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order, with proposed redactions highlighted.

9. Attached to this Declaration is a copy of the Declaration of Jeffrey Goldstein in Support of Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order, with proposed redactions highlighted.

10. Attached to this Declaration is a copy of the Declaration of Shivani Patel in Support of Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order, with proposed redactions highlighted.

11. Attached to this Declaration is a copy of the Declaration of Melanie Valera in Support of Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order, with proposed redactions highlighted.

12. Attached to this Declaration is a copy of the Declaration of Andy Brandon-Gordon in Support of Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order, with proposed redactions highlighted.

13. Attached to this Declaration is a copy of the Declaration of Raymond Hopkins in Support of Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order, with proposed redactions highlighted.

14. Attached to this Declaration is a copy of the Declaration of Dr. Kevin Murphy in Support of Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order, with proposed redactions highlighted.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of July 2026 at San Francisco, California.

By: */s/ Jeanifer E. Parsigian*
Jeanifer E. Parsigian