ROB BONTA
Attorney General of California
PAULA L. BLIZZARD (SBN 207920)
Senior Assistant Attorney General
NATALIE S. MANZO (SBN 155655)
BRENT K. NAKAMURA (SBN 283572)
Supervising Deputy Attorneys General
DANIEL D. AMBAR (SBN 278853)
WINSTON H. CHEN (SBN 166959)
MATTHEW E. DELGADO (SBN 306999)
NICOLE S. GORDON (SBN 224138)
JENNIFER K. HANE (SBN 275729)
ASHLEY KAPLAN (SBN 293443)
CASEY KOVARIK (SBN 348032)
DIVYA B. RAO (SBN 292853)
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1230
 Telephone: (213) 269-6153
 Fax: (916) 731-3637
 Email: Daniel.Ambar@doj.ca.gov

*Attorneys for Plaintiff State of California*
Additional counsel identified on signature page

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

THE STATE OF CALIFORNIA, *et al.*,

*Plaintiffs*,

v.

PARAMOUNT SKYDANCE CORP., *et al.*,

*Defendants*.

WRITERS GUILD OF AMERICA, WEST, INC., *et al.*,

*Plaintiffs*,

v.

PARAMOUNT SKYDANCE CORP., *et al.*,

*Defendants*.

Case No.: 4:26-cv-07116-AMO
Case No.: 4:26-cv-07212-AMO

**NOTICE OF CORRECTION TO JOINT STATEMENT REGARDING TRIAL SCHEDULING**

Plaintiff State of California respectfully submits this notice to correct a misstatement in Defendants' statement in the Joint Statement Regarding Trial Scheduling (Dkt. No. 193) the parties filed this past Friday, July 31, 2026.

Defendants wrote in their statement that Plaintiff States' proposed "schedule also cannot be squared with public statements by California's Attorney General that 'he favors a January start date' for the trial." Dkt. No. 193 at 10. Defendants quoted a July 27, 2026, Wall Street Journal article in support. *Id*. at n.3. However, on July 31, 2026, the Wall Street Journal appended a correction to its article stating that "California Attorney General Rob Bonta said he favored a 2027 start date for an antitrust trial. A previous version of this article incorrectly said he favored a January 2027 start date." J. Flint, "Paramount Wanted to Close Its Warner Deal Quickly. Now It's in Limbo," Wall St. J., *available at* https://www.wsj.com/business/media/paramount-wanted-to-close-its-warner-deal-quickly-now-its-in-limbo-d57725e1.

Plaintiff State of California brought this error to Defendants' attention after the joint statement was filed and asked if they would correct the record. Defendants declined.

Dated:  August 3, 2026

Respectfully submitted,

FOR PLAINTIFF STATE OF CALIFORNIA:

ROB BONTA
Attorney General of California

*/s/ Daniel D. Ambar*

PAULA L. BLIZZARD (SBN 207920)
Senior Assistant Attorney General
NATALIE S. MANZO (SBN 155655)
BRENT K. NAKAMURA (SBN 283572)
Supervising Deputy Attorneys General
DANIEL D. AMBAR (SBN 278853)
WINSTON H. CHEN (SBN 166959)
MATTHEW E. DELGADO (SBN 306999)
NICOLE S. GORDON (SBN 224138)
JENNIFER K. HANE (SBN 275729)
ASHLEY KAPLAN (SBN 293443)
CASEY KOVARIK (SBN 348032)
DIVYA B. RAO (SBN 292853)
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013-1230
  Telephone: (213) 269-6153
  Fax: (916) 731-3637
  Email: Daniel.Ambar@doj.ca.gov


RICHARD PARKER (SBN 62356)
JAMES WEINGARTEN (*pro hac vice*)
ADAM DI VINCENZO (*pro hac vice*)
GRANT BERMANN (*pro hac vice*)
ANASTASIA PASTAN (*pro hac vice*)
JULIA M. MAY (*pro hac vice*)
NATALIE NOGUEIRA (*pro hac vice*)
ALLISON CHESKY (*pro hac vice*)
MILBANK LLP
  1101 New York Ave. NW
  Washington, DC 20005
  Telephone: (202) 835-7525
  Email: jweingarten@milbank.com

KELLY D. GARCIA (*pro hac vice*)
EMME TYLER (SBN 341797)
MILBANK LLP
  55 Hudson Yards
  New York, NY 10001
  Telephone: (212) 530-5871
  Email: kgarcia@milbank.com

*Attorneys for Plaintiff State of California*

NOTICE OF CORRECTION                                        3

Case No.: 4:26-cv-07116-AMO
Case No.: 4:26-cv-07212-AMO

**FILER'S ATTESTATION**

I, Daniel D. Ambar, am the ECF User whose ID and password are being used to file this Notice of Correction to Joint Statement Regarding Trial Scheduling.  In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By:  */s/ Daniel D. Ambar*
Daniel D. Ambar