# EXHIBIT A

# Must Read Stories

D **deadline.com**/2026/07/david-ellison-confident-wbd-deal-close-thanks-staff-patience-1237004438

Jill Goldsmith                                                                    July 27, 2026



[Story Arc](#)

Paramount Skydance CEO David Ellison Patrick T. Fallon/ Getty Images

[Paramount](#) Skydance CEO [David Ellison](#) said he's confident the combination with Warner Bros Discovery "does not pose any legal issues, and we will complete it and bring these two companies together."

"I know this additional uncertainty has been challenging, and I want to thank you for your continued patience, commitment and collective contributions," he said in a memo to staff Monday obtained by Deadline (read it in full below). "For now, it remains business as usual. Paramount and [WBD](#) are separate companies operating independently, and our focus remains on serving our audiences, supporting one another and executing our strategy."

The Ellisons had hoped to close the deal in the third quarter, but [it's now on pause](#). A dozen state attorneys general led by California's Rob Bonta [sued to block the merger on antitrust grounds](#) and were [successful in obtaining a temporary restraining order](#). With a hearing

looming next week on a preliminary injunction, Paramount agreed Friday [to go directly to trial](#) instead.

The company is looking for a November date to start proceedings, while the AGs want January.

**RELATED: [Benedict Cumberbatch Says Paramount-Warner Deal Is A "Calamity" That Must Be Blocked](#)**

The parties will discuss potential trial dates this week and provide an update to the court on July 31, he said. The timing of the trial will be determined after the court reviews those discussions and issues a schedule. Meanwhile, Paramount committed not to take any steps, directly or indirectly, to integrate or consolidate their operations pursuant until the earlier of either five days after outcome or June 1, 2027.

**RELATED: [Paramount's Takeover Of Warner Bros. Discovery Gets EU Greenlight](#)**

The [WGA has filed its own lawsuit to block the merger.](#) Both cases reside with same judge in District Court for the Northern District of California in Oakland County.

The merger received approval from the Trump administration's Department of Justice rather quickly, followed by approvals from other countries including [a green light from the European Union](#) with concessions around film distribution. A decision by the key UK market, however, is is still pending.

**RELATED: [Writers Guild Seeks Preliminary Injunction To Halt Paramount-Warner Bros Discovery Merger; Wants Case Timing Aligned With State AG Suit](#)**

Read Ellison's full memo below:

> Team,
>
> I know there's been a lot of news coverage about our company in recent weeks, and I recognize that references to court proceedings, delays and deal timing can create questions and uncertainty. And so, I want to take a moment to share an update on the litigation related to our proposed transaction with Warner Bros. Discovery.
>
> While many of you have likely been following the deal's developments, here's a brief recap. Over the past several months, our leadership team and legal partners have worked closely with antitrust and competition authorities around the world. As a result,

regulatory bodies and governments representing 65 jurisdictions – including the European Commission, Australia, China, the U.S., Germany, France, Spain, Canada and South Korea – have either cleared the transaction or elected not to challenge it on competition and/or foreign direct investment grounds.

These clearances reflect both the facts and the law: this combination is fully consistent with the anti-trust laws, and will create a stronger, more competitive media company with the scale to invest more deeply in storytelling, expand consumer choice and compete more effectively in a rapidly changing entertainment landscape. Just as important, it will create more opportunities for creators by enabling the combined company to invest more in content, take creative risks and accelerate the technologies that will deliver greater choice and a better experience for audiences everywhere.

Absent the lawsuit filed by the California Attorney General along with 11 other attorneys general, and a separate lawsuit from the Writers Guild of America (WGA), both seeking to block the merger, we would have been able to close the transaction in the coming weeks.

Let me be clear: we remain highly confident that this transaction does not pose any legal issues, and we will complete it and bring these two companies together. To that end, Paramount, WBD, the state attorneys general and the WGA have agreed not to proceed with the court-ordered preliminary injunction hearing scheduled for August 3. The parties will instead move directly to a trial on the merits. We believe this is the right path because the facts and the law are on our side, and a full hearing will demonstrate why the plaintiffs' arguments should not prevail.

This week, the parties will discuss potential trial dates and provide an update to the court next Friday. The timing of the trial will be determined after the court reviews those discussions and issues a schedule.

In the meantime, absent further developments, the completion of the transaction will remain paused. Our teams will continue planning under the direction of the Integration Management Office (IMO) and in consultation with our legal advisors. Given the revised timeline, the IMO may adjust the pace and sequencing of its work in the weeks ahead to reflect the revised timeline. Those involved in the integration planning effort will hear directly from Tony Driscoll, who leads the IMO for Paramount. I also encourage you to visit the Integration Hub for the latest updates, FAQs and other resources.

I know this additional uncertainty has been challenging, and I want to thank you for your continued patience, commitment and collective contributions. For now, it remains business as usual. Paramount and WBD are separate companies operating independently, and our focus remains on serving our audiences, supporting one another and executing our strategy. We've had a strong first year as the new Paramount, and that's because of you. I'm incredibly proud of everything this team has accomplished.

As always, we are committed to being as direct and transparent as possible. When there is meaningful, confirmed information to share, you will hear it from us. Until then, please know that we remain confident in our position and firmly believe this transaction is pro-competitive and will deliver meaningful benefits for consumers, creators and the broader entertainment industry.

Thank you again for all you do for our company, our audiences and one another. I hope you have a wonderful summer and look forward to what we will accomplish together in the months and years ahead.

Let's go!David

- **[Plans Revealed For New TV Festival In Edinburgh](#)**



- **['Odyssey's $90M 2nd Weekend & 'Hadestown's $10M+ Set Records](#)**



- **ABC & CBS Set 2026-27 Schedules For Fall & Midseason**



- **'Power' Deal: Netflix Licenses First 4 Series Of Starz Franchise From Lionsgate**



More from this Story Arc

## Paramount WB

- July 27, 2026
  **SAG-AFTRA Board Adopts Resolution Opposing Paramount-WBD Deal But Stops Short Of Joining WGA Lawsuit**

- July 27, 2026
  **Benedict Cumberbatch Says Paramount-Warner Deal Is A "Calamity" That Must Be Blocked**

View All Story Arc

## Read More About:

## Subscribe to Deadline

Get our Breaking News Alerts and Keep your inbox happy.

Sign Up