**FILED**

**AUG 13 2026**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA, et al., | Case No. 26-cv-07116-AMO |
| Plaintiffs, | THIRD-PARTY MOTION FOR A SPEEDY TRIAL |
| v. | Re: Dkt. No. 193 |
| PARAMOUNT SKYDANCE CORPORATION, et al., | |
| Defendants. | |
| WRITERS GUILD OF AMERICA, WEST, INC., et al., | Case No. 26-cv-07212-AMO |
| Plaintiffs, | Re: Dkt. No. 81 |
| v. | |
| PARAMOUNT SKYDANCE CORPORATION, et al., | |
| Defendants. | |

**Filed by Presspage Entertainment Inc. ("PPE")**

# I. INTRODUCTION

PressPage Entertainment Inc. ("PPE") respectfully submits this stakeholder motion to assist the Court in evaluating the public-interest implications of the trial-scheduling framework set forth in the Court's **Preliminary Scheduling Order** dated August 4, 2026 (Doc. 197) .

PPE is not a party to this action. PPE files this motion solely to provide neutral, factual, and public-interest context relevant to the Court's scheduling discretion under **Federal Rules of Civil Procedure 1 and 16**.

# II. STATEMENT OF INTEREST

PPE is a small U.S. media-technology company whose operations, workforce planning, and contractual obligations are materially affected by prolonged uncertainty surrounding the Paramount Skydance / Warner Bros. Discovery transaction.

PPE has no financial relationship with any party to this litigation. PPE does not seek to intervene, participate in merits briefing, or influence the outcome of the antitrust claims. PPE seeks only to provide information relevant to **trial timing**, which directly affects downstream market stability and workforce conditions.

# III. PROCEDURAL BACKGROUND

On August 4, 2026, the Court issued a **Preliminary Scheduling Order** setting a **12-day trial beginning March 2, 2027**, with a final pretrial conference on February 24, 2027, and a joint case management statement due August 13, 2026 (Doc. 197) .

The parties' joint statement presented **competing visions** for trial timing:

- Plaintiffs (State AGs) proposed **March 2027**.
- Defendants (Paramount Skydance and Warner Bros. Discovery) proposed **November 2026**.

The Court noted these competing submissions and set preliminary dates "to accommodate the Court's availability."

No third-party or stakeholder filings have been submitted to date.

# IV. PUBLIC-INTEREST CONSIDERATIONS RELEVANT TO TRIAL TIMING

## A. Market Uncertainty and Workforce Harm

Extended uncertainty surrounding the Transaction affects:

- small media-technology firms,
- independent production entities,

- downstream contractors,
- workforce stability and hiring elasticity.

A trial date four months earlier (November 2026) would materially reduce uncertainty for non-party market participants.

## B. Neutral Stakeholder Perspective

Neither Plaintiffs nor Defendants can fully articulate the **public-interest harms of delay**:

- Plaintiffs focus on antitrust merits.
- Defendants focus on transaction timing.

A neutral stakeholder can provide context regarding:

- operational impacts,
- workforce planning,
- downstream market stability,
- timing-sensitive contractual obligations.

# V. RULE 1 AND RULE 16 CONSIDERATIONS

## Rule 1

The Federal Rules "should be construed, administered, and employed… to secure the just, speedy, and inexpensive determination of every action."

A trial date of **March 2027** prolongs uncertainty for non-party market participants and may not represent the "speedy" resolution contemplated by Rule 1.

## Rule 16

Rule 16 empowers the Court to set a schedule that is:

- "practicable,"
- "efficient,"
- and "protective of the interests of the parties and the public."

The Preliminary Scheduling Order expressly invites further input through the August 13 joint case management statement (Doc. 197) .

# VI. REGULATORY CLARITY FOLLOWING CMA DECISION

On August 5, 2026, the UK Competition and Markets Authority issued a **decision of no intervention** regarding the Transaction, eliminating a major source of regulatory uncertainty for global market participants.

This development reduces the need for prolonged delay and supports consideration of an earlier trial date.

# VII. REQUEST

PPE respectfully requests that the Court:

1. **Consider the public-interest impacts of trial timing** as part of its Rule 1 and Rule 16 analysis;

2. **Permit stakeholders to submit factual statements** relevant to scheduling;

3. **Consider whether a November 2026 trial date**—as proposed by Defendants—may better satisfy Rule 1's "speedy" resolution requirement and Rule 16's "practicable schedule" standard;

4. **Allow PPE to submit supplemental factual information** if requested by the Court.

# VIII. CONCLUSION

PPE thanks the Court for its consideration and respectfully submits this stakeholder motion to assist in evaluating the public-interest implications of trial scheduling.

# Respectfully submitted,

PressPage Entertainment Inc.

By: _____

PATRICK O. INGLE

Founder

4055 SW 15 PL, #G, Gainesville, FL 32607

presspage.entertainment@gmail.com

# CERTIFICATE OF SERVICE

**Case No. 4:26-cv-07116-AMO**

**The State of California, et al. v. Paramount Skydance Corporation, et al.**

United States District Court Northern District of California

I, **Patrick O. Ingle**, certify that on **August 11, 2026**, I served a true and correct copy of:

**THIRD PARTY MOTION FOR SPEEDY TRIAL**

by depositing the documents in the United States Mail, postage prepaid, via **USPS Priority Mail Express**, addressed to the following parties and their counsel of record:

# 1. PLAINTIFF

## The State of California

## Counsel for Plaintiff – State of California

(You will copy these directly from the Party List tab you have open.)

- **Attorney Name**

  Daniel David Ambar
  Office of The Attorney General
  Antitrust Section
  300 S. Spring St., Suite 1702
  Los Angeles, CA 90013
  Tracking No.: 9589071052704403776989

# 2. DEFENDANT

## Paramount Skydance Corporation

- **Attorney Name**

  Christopher John Brown
  Latham & Watkins
  555 Eleventh Street NW, Suite 1000
  Washington, DC 20004
  Tracking No.: 9589071052704403776972

## 3. DEFENDANT

**Warner Bros. Discovery, Inc.**

- **Attorney Name**

  Ross Alan Demain

  Covington & Burling

  One City Center

  850 Tenth Street, NW

  Washington, DC 20001

  Tracking No.: _958907/0 &270 4403 776965_

# Certification

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **August 11, 2026**, in **Gainesville, Florida**.

Patrick O. Ingle

4055 SW 15 St, #G, Gainesville, FL 32607

presspage.entertainment@gmail.com

**Patrick O. Ingle** *For PRESSPAGE ENTERTAINMENT INC*

4055 SW 15 St., #G Gainesville, FL 32607

presspage.entertainment@gmail.com

August 11, 2026

**Clerk of Court**

United States District Court Northern District of California

450 Golden Gate Avenue San Francisco, CA 94102

**Re: Filing of Third-Party Motion for Speedy Trial**

**Case No. 4:26-cv-07116-AMO**

**The State of California, et al. v. Paramount Skydance Corporation, et al.**

Dear Clerk of Court,

Please find enclosed for filing in the above-referenced matter the following documents:

1. **Third-Party Motion for Speedy Trial**

2. **Certificate of Service**

These documents are submitted by mail pursuant to Federal Rule of Civil Procedure 5 and the Court's local rules governing filings by non-parties. I respectfully request that the enclosed materials be docketed in this case.

Thank you for your assistance.

Sincerely,

**Patrick O. Ingle**