UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA, et al., | Case No. 26-cv-07116-AMO |
| Plaintiffs, | |
| v. | **ORDER DENYING THIRD-PARTY MOTION** |
| PARAMOUNT SKYDANCE CORPORATION, et al., | Re: Dkt. No. 199 |
| Defendants. | |
| | |
| WRITERS GUILD OF AMERICA, WEST, INC., et al., | Case No. 26-cv-07212-AMO |
| Plaintiffs, | Re: Dkt. No. 84 |
| v. | |
| PARAMOUNT SKYDANCE CORPORATION, et al., | |
| Defendants. | |

Before the Court is a third-party motion for speedy trial submitted by Presspage Entertainment, Inc. ("Presspage"). Presspage is admittedly not a party to this case, and its motion states an intent to "provide information relevant to trial timing, which directly affects downstream market stability and workforce conditions." Mot. at 2 (emphasis omitted). The motion does not identify any Federal Rule of Civil Procedure or Civil Local Rule of the Northern District of California that would permit such a request. Based on these procedural defects, the Court **DENIES** Presspage's motion.

Presspage's motion is signed by Patrick O. Ingle, the company's founder. Mot. at 4. Ingle is not a member of the Bar of this District, and he does not identify himself as a member of the

Bar of any jurisdiction. It is a well-established rule that "[c]orporations and other unincorporated associations must appear in court through an attorney." *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993); *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994). Ingle accordingly may not purport to represent Presspage in court filings. The Court therefore disregards Ingle's motion as improper for this reason as well. *See Brite Smart Corp. v. Google, Inc.*, No.: 5:15-cv-03962-BLF, 2016 WL 1070667, at *2 (N.D. Cal. Mar. 18, 2016).

Because Ingle is not an attorney and does not clearly have access to the Electronic Filing System, the Court instructs the Clerk of Court to email and mail a copy of this order to him at the addresses contained in his signature block.

**IT IS SO ORDERED.**

Dated: August 14, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California

2