**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| THE STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PARAMOUNT SKYDANCE CORPORATION, et al.,<br><br>Defendants. | Case No. 4:26-cv-07116-AMO<br>Case No. 4:26-cv-07212-AMO<br><br>**[PROPOSED] ORDER GRANTING PARAMOUNT'S MOTION TO MODIFY THE STIPULATION AND ORDER NOT TO CLOSE TO REQUIRE BOND** |
| WRITERS GUILD OF AMERICA, WEST, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PARAMOUNT SKYDANCE CORPORATION, et al.,<br><br>Defendants. | |

Pending before the Court is Paramount Skydance Corp.'s Motion to Modify the Stipulation and Order Not to Close to Require Bond. Having considered the Motion, any opposition thereto, all pleadings on file and arguments presented by the parties, and pursuant to Rule 65(c) of the Federal Rules of Civil Procedure and Section 16 of the Clayton Act, 15 U.S.C. § 26, the Court hereby **GRANTS** the Motion and **ORDERS** that Plaintiffs provide bond in the amount of $1,884,726,092.73 with the Clerk for the United States District Court for the Northern District of California to secure payment of any damages sustained by Paramount if it is later found to have been wrongfully enjoined. If Plaintiffs do not provide bond in that amount by September 30, 2026, the Stipulation and Order not to Close shall be dissolved and the challenged transaction will be permitted to close.

**IT IS SO ORDERED.**

Dated: ______________ ______________________________

Araceli Martínez-Olguín
United States District Judge