Marguerite Sullivan (*pro hac vice*)
Anna Rathbun (SBN 273787)
Christopher J. Brown (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
marguerite.sullivan@lw.com
anna.rathbun@lw.com
christopher.brown@lw.com

Danielle R. Sassoon (*pro hac vice* pending)
Philip Hammersley (*pro hac vice*)
**CLEMENT & MURPHY, PLLC**
706 Duke Street
Alexandria, VA 22314
Telephone: (202) 742-8900
danielle.sassoon@clementmurphy.com
philip.hammersley@clementmurphy.com

[additional counsel on signature page]
*Attorneys for Defendant Paramount Skydance Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| THE STATE OF CALIFORNIA, *et al.*,<br>*Plaintiffs*,<br>v.<br>PARAMOUNT SKYDANCE CORP., *et al.*,<br>*Defendants*. | Case No. 4:26-cv-07116-AMO<br>Case No. 4:26-cv-07212-AMO<br><br>**DECLARATION OF ANDREW BRANDON-GORDON IN SUPPORT OF PARAMOUNT'S MOTION TO MODIFY THE STIPULATION AND ORDER NOT TO CLOSE TO REQUIRE BOND** |
| WRITERS GUILD OF AMERICA, WEST, INC., *et al.*,<br>*Plaintiffs*,<br>v.<br>PARAMOUNT SKYDANCE CORPORATION, *et al.*,<br>*Defendants*. | |

I, Andrew Brandon-Gordon, declare and state as follows:

1. I am the Chief Strategy Officer and Chief Operating Officer at Paramount Skydance Corporation ("Paramount"). I make this declaration based on my own personal knowledge and experience, including based on information provided to me, to describe costs and losses associated with potential delays in closing of Paramount's merger with Warner Bros. Discovery, Inc. ("Warner Bros").

## I. Merger Agreement Ticking Fees

2. If the transaction has not closed by October 1, 2026, Paramount will be responsible for paying Warner Bros. shareholders a $0.25 per share "ticking fee" for each quarter (measured daily) until closing. Ex. 1, Merger Agreement, Annex A.

3. The ticking fee is calculated under the Merger Agreement as $.00277778 per share per day after September 30, not to exceed $0.25 per 90 calendar day period. Ex. 1, Merger Agreement, Annex A.

4. Based on the number of Warner Bros. shares outstanding as of July 23, 2026, the ticking fee will be approximately $6.97 million per day, approximately $625 million per quarter, or $1.69 billion for the time period beginning October 1, 2026 and ending June 1, 2027.

## II. Incremental Financing Costs

5. As part of the transaction, Paramount has secured commitments for debt financing totaling $54 billion. This includes (1) a $49 billion 364-day senior secured bridge loan facility, which Paramount plans to reduce or replace with permanent financing on or prior to the closing of the transaction, subject to market conditions and other timing considerations, and (2) $2.50 billion three-year senior secured term A loans and $2.50 billion five-year senior secured term A loans, in connection with a credit agreement entered into in April 2026 (the "Pro Rata Credit Agreement").[1]

6. If the closing date for the transaction is delayed, Paramount will incur certain fees to ensure the continued availability and initial funding of the facilities under the bridge loan facility and the Pro Rata Credit Agreement. For instance, as to the bridge loan facility alone, a delay in

[1] The Pro Rata Credit Agreement also provides for a $5 billion five-year senior secured revolving credit facility, which will be used for general corporate purposes, and will replace Paramount's existing revolving credit facility.

the closing date until June 1, 2027 will amount to (i) $8 million to $9 million per month of fees, with (ii) an additional commitment fee due in June 2027. Altogether, the cost of a June 1, 2027 closing would lead to approximately $190 million in incremental financing fees.

## III. Synergies

7. Paramount anticipates realizing significant cost savings from consolidating the technology infrastructure needed to deliver Paramount and Warner Bros. streaming services to consumers and harmonizing the companies' marketing campaigns.

8. As the closing date is pushed out, the realization of those synergies will be delayed and result in reductions in previously projected profit and loss for that year.

## IV. Regulatory Process

9. Following clearance in Mexico on August 14, 2026, Paramount has now satisfied all regulatory clearances required under the merger agreement to close its proposed acquisition of Warner Bros. The eight-month review process has spanned 68 countries worldwide, including the European Union, UK, Australia, Canada, Brazil, China, COMESA, and the U.S. Department of Justice. But for the actions of just 12 state attorneys general, Paramount and WBD could and would close the merger imminently.

10. If a closing date is delayed into 2027, then Paramount and Warner Bros. will have to renew filings with regulatory bodies around the world that have previously cleared the transaction. For instance, if the closing does not occur by February 19, 2027, the parties will need to make new submissions with the federal government under the Hart-Scott-Rodino Act, incurring filing fees of approximately $5 million. Further, if closing is delayed further into 2027 then the parties will need to make new submissions in jurisdictions such as Saudi Arabia, Ukraine, and New Zealand.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of August 2026 in Los Angeles, California.

Andrew Brandon-Gordon

Marguerite Sullivan (*pro hac vice*)
Anna Rathbun (SBN 273787)
Christopher J. Brown (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
marguerite.sullivan@lw.com
anna.rathbun@lw.com
christopher.brown@lw.com

Danielle R. Sassoon (*pro hac vice* pending)
Philip Hammersley (*pro hac vice*)
**CLEMENT & MURPHY, PLLC**
706 Duke Street
Alexandria, VA 22314
Telephone: (202) 742-8900
danielle.sassoon@clementmurphy.com
philip.hammersley@clementmurphy.com

Jeffrey L. Kessler (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
Matthew R. DalSanto (SBN 282458)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1469
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com
matthew.dalsanto@winstontaylor.com

Conor A. Reidy (*pro hac vice*)
Kevin B. Goldstein (*pro hac vice*)
**WINSTON TAYLOR LLP**
300 N. LaSalle Drive
Chicago, IL 60654-3406
Telephone: (312) 558-7542
Facsimile: (312) 558-5700
conor.reidy@winstontaylor.com
kevin.goldstein@winstontaylor.com

Matthew R. Huppert (*pro hac vice*)
**WINSTON TAYLOR LLP**
1901 L Street NW
Washington, DC 20036-3506
Telephone: (202) 282-5004
Facsimile: (202) 282-5100
matt.huppert@winstontaylor.com

*Attorneys for Defendant Paramount Skydance Corporation*