RICHARD PARKER (SBN 62356)
JAMES WEINGARTEN (*pro hac vice*)
ADAM DI VINCENZO (*pro hac vice*)
GRANT BERMANN (*pro hac vice*)
ANASTASIA PASTAN (*pro hac vice*)
ALEXIS BROWN-REILLY (*pro hac vice*)
JULIA M. MAY (*pro hac vice*)
NATALIE NOGUEIRA (*pro hac vice*)
ALLISON CHESKY (*pro hac vice*)
MILBANK LLP
1101 New York Ave. NW
Washington, DC 20005
Telephone: (202) 835-7525
Fax: (202) 263-7586
Email: jweingarten@milbank.com

KELLY D. GARCIA (*pro hac vice*)
EMME TYLER (SBN 341797)
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5781
Email: kgarcia@milbank.com

*Attorneys for Plaintiff State of California*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>PARAMOUNT SKYDANCE CORP., and WARNER BROS. DISCOVERY, INC.,<br><br>*Defendants.* | Case No.: 4:26-cv-07116-AMO<br>Case No.: 4:26-cv-07212-AMO<br><br>**DECLARATION OF RICHARD PARKER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO PARAMOUNT'S MOTION TO MODIFY THE STIPULATION AND ORDER NOT TO CLOSE TO REQUIRE BOND** |
| WRITERS GUILD OF AMERICA, WEST, INC., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>PARAMOUNT SKYDANCE CORP., and WARNER BROS. DISCOVERY, INC.,<br><br>*Defendants.* | |

I, Richard Parker, declare and state as follows:

I am a partner at the law firm of Milbank LLP and am one of the lawyers representing Plaintiff State of California in the above-captioned action. I submit this Declaration in support of Plaintiffs' Opposition to Paramount's Motion to Modify the Stipulation and Order Not to Close to Require Bond. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify to them.

1. On the night of Thursday, July 23, 2026, I joined a phone call with Jeffrey Kessler, counsel for Defendant Paramount Skydance Corp. ("Paramount").

2. On that call, Mr. Kessler proposed that Defendants Paramount and Warner Bros. Discovery, Inc., would agree not to close their merger until the earlier of a decision on the merits of Plaintiff States' case or June 1, 2027.

3. During the call, Mr. Kessler did not mention the topic of a bond, Defendants' desire for a bond, or Defendants' entitlement to a bond arising from any agreement that might be reached.

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 31, 2026
Washington, DC

Richard Parker
*Counsel for Plaintiff State of California*