RICHARD PARKER (SBN 62356)
JAMES WEINGARTEN (*pro hac vice*)
ADAM DI VINCENZO (*pro hac vice*)
GRANT BERMANN (*pro hac vice*)
ANASTASIA PASTAN (*pro hac vice*)
ALEXIS BROWN-REILLY (*pro hac vice*)
JULIA M. MAY (*pro hac vice*)
NATALIE NOGUEIRA (*pro hac vice*)
ALLISON CHESKY (*pro hac vice*)
MILBANK LLP
1101 New York Ave. NW
Washington, DC 20005
Telephone: (202) 835-7525
Fax: (202) 263-7586
Email: jweingarten@milbank.com

KELLY D. GARCIA (*pro hac vice*)
EMME TYLER (SBN 341797)
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5781
Email: kgarcia@milbank.com

*Attorneys for Plaintiff State of California*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>PARAMOUNT SKYDANCE CORP., and WARNER BROS. DISCOVERY, INC.,<br><br>*Defendants.* | Case No.: 4:26-cv-07116-AMO<br>Case No.: 4:26-cv-07212-AMO<br><br>**DECLARATION OF JULIA M. MAY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO PARAMOUNT'S MOTION TO MODIFY THE STIPULATION AND ORDER NOT TO CLOSE TO REQUIRE BOND** |
| WRITERS GUILD OF AMERICA, WEST, INC., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>PARAMOUNT SKYDANCE CORP., and WARNER BROS. DISCOVERY, INC.,<br><br>*Defendants.* | |

I, Julia M. May, declare and state as follows:

I am a lawyer at the law firm of Milbank LLP and am one of the lawyers representing Plaintiff State of California in the above-captioned action. I submit this Declaration to provide this Court with documents supporting Plaintiffs' Opposition to Paramount's Motion to Modify the Stipulation and Order Not to Close to Require Bond. To the best of my knowledge, information, and belief, the exhibits to this Declaration are true and correct copies of the documents described below.

1. Exhibit 1 is an electronic mail message sent by Jeffrey L. Kessler, counsel for Paramount Skydance Corp., received on Friday, July 24, 2026, at 11:57 a.m. Eastern Time.

2. Exhibit 2 is an electronic mail message sent by Jeffrey L. Kessler, received on Friday, July 24, 2026, at 12:48 p.m. Eastern Time.

3. Exhibit 3 is an electronic mail message sent by Jeanifer Parsigian, counsel for Paramount Skydance Corp., received on Friday, July 24, 2026, at 2:18 p.m. Eastern Time.

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 31, 2026
Washington, DC

Julia M. May

Julia M. May
*Counsel for Plaintiff State of California*