# EXHIBIT 1

**From:** Kessler, Jeffrey L.
**To:** May, Julia; Parsigian, Jeanifer; Marguerite Sullivan (DC; Herrick, Pete; dpetrocelli; kellie@scl-llp.com
**Cc:** Parker, Richard; Weingarten, James; Di Vincenzo, Adam; Bermann, Grant; Garcia, Kelly; Pastan, Anastasia
**Subject:** [EXT] Re: California v. Paramount (No. 4:26-cv-7116), WGA v. Paramount (No. 4:26-cv-7212) - draft joint stipulation
**Date:** Friday, July 24, 2026 11:57:36 AM
**Attachments:** Image.png
2026.07.24 - Stipulation and Proposed Order re Preliminary Injunction_rev.docx

---

We do not believe a preliminary injunction should be entered as opposed to a stipulation not to close until the agreed upon dates. We will revise accordingly and send this back to you.

WINSTON TAYLOR.

**Jeffrey L. Kessler**
Partner
Co-Executive Chairman

- T +1 (212) 294-4698
- jeffrey.kessler@winstontaylor.com

*Admitted to practice in New York*

---

**From:** May, Julia <jmay@milbank.com>
**Sent:** Friday, 24 July 2026 11:48:44
**To:** Parsigian, Jeanifer <JParsigian@winston.com>; Marguerite Sullivan (DC <marguerite.sullivan@lw.com>; Kessler, Jeffrey L. <JKessler@winston.com>; Herrick, Pete <pherrick@omm.com>; dpetrocelli <dpetrocelli@omm.com>; kellie@scl-llp.com <kellie@scl-llp.com>
**Cc:** Parker, Richard <rparker@milbank.com>; Weingarten, James <jweingarten@milbank.com>; Di Vincenzo, Adam <ADiVincenzo@milbank.com>; Bermann, Grant <gbermann@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Pastan, Anastasia <apastan@milbank.com>
**Subject:** California v. Paramount (No. 4:26-cv-7116), WGA v. Paramount (No. 4:26-cv-7212) - draft joint stipulation

Counsel,

Thank you for the call. As previewed, attached is a draft joint stipulation for consideration.

Best regards,
Julia

Julia May | Milbank | Associate
Pronouns: she/her/hers
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7568
jmay@milbank.com | milbank.com

========================================= IRS Circular 230 Disclosure: U.S.

federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
======================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.