# EXHIBIT 3

**From:** Parsigian, Jeanifer
**To:** Parker, Richard; Kellie Lerner; Kessler, Jeffrey L.; May, Julia; Marguerite Sullivan (DC; Herrick, Pete; dpetrocelli; Slade Bond; Matthew Platkin; Wyatt Fore
**Cc:** Weingarten, James; Di Vincenzo, Adam; Bermann, Grant; Garcia, Kelly; Pastan, Anastasia
**Subject:** [EXT] RE: California v. Paramount (No. 4:26-cv-7116), WGA v. Paramount (No. 4:26-cv-7212) - draft joint stipulation
**Date:** Friday, July 24, 2026 2:18:56 PM
**Attachments:** image001.png
image002.png
2026.07.24 - Stipulation and Proposed Order re Case Schedule(23014642.6).docx

---

This revises to address Kellie's comment – we are saying Defendants agree not to take any steps, rather than "prohibited" because this is a stipulation.

This also clarifies the August 3 hearing is cancelled.

**Jeanifer Parsigian**
Partner

- T +1 (415) 591-1469
- jeanifer.parsigian@winstontaylor.com

*Admitted to practice in California*

---

**From:** Parker, Richard <rparker@milbank.com>
**Sent:** Friday, July 24, 2026 11:14 AM
**To:** Kellie Lerner <Kellie@scl-llp.com>; Parsigian, Jeanifer <JParsigian@winston.com>; Kessler, Jeffrey L. <JKessler@winston.com>; May, Julia <jmay@milbank.com>; Marguerite Sullivan (DC <Marguerite.Sullivan@lw.com>; Herrick, Pete <pherrick@omm.com>; dpetrocelli <dpetrocelli@omm.com>; Slade Bond <sbond@cuneolaw.com>; Matthew Platkin <mplatkin@platkinllp.com>; Wyatt Fore <Wyatt@scl-llp.com>
**Cc:** Weingarten, James <jweingarten@milbank.com>; Di Vincenzo, Adam <ADiVincenzo@milbank.com>; Bermann, Grant <gbermann@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Pastan, Anastasia <apastan@milbank.com>
**Subject:** RE: California v. Paramount (No. 4:26-cv-7116), WGA v. Paramount (No. 4:26-cv-7212) - draft joint stipulation

States will circulate a couple of comments shortly. Agree with Kellie edit on the integration provision. We will suggest language on the "so ordered" provision.

Richard Parker | Milbank | Partner
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7530
rparker@milbank.com | milbank.com

---

**From:** Kellie Lerner <Kellie@scl-llp.com>
**Sent:** Friday, July 24, 2026 2:12 PM
**To:** Parsigian, Jeanifer <jeanifer.parsigian@winstontaylor.com>; Kessler, Jeffrey L. <jeffrey.kessler@winstontaylor.com>; May, Julia <jmay@milbank.com>; Marguerite Sullivan (DC <Marguerite.Sullivan@lw.com>; Herrick, Pete <pherrick@omm.com>; dpetrocelli <dpetrocelli@omm.com>; Slade Bond <sbond@cuneolaw.com>; Matthew Platkin <mplatkin@platkinllp.com>; Wyatt Fore <Wyatt@scl-llp.com>
**Cc:** Parker, Richard <rparker@milbank.com>; Weingarten, James <jweingarten@milbank.com>; Di Vincenzo, Adam <ADiVincenzo@milbank.com>; Bermann, Grant <gbermann@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Pastan, Anastasia <apastan@milbank.com>
**Subject:** [EXT] Re: California v. Paramount (No. 4:26-cv-7116), WGA v. Paramount (No. 4:26-cv-7212) - draft joint stipulation

Thanks, Jennifer. It reads a little awkward where you put the language back in so my one little nit to say:
*_and Defendants' are further prohibited from taking any . . ."

We also need to put back the so ordered for Judge Martinez-Olguin. Subject to further comments from the States, WGA is signed off.

Thanks, everyone.

---

**From:** Parsigian, Jeanifer <jeanifer.parsigian@winstontaylor.com>
**Sent:** Friday, July 24, 2026 2:01 PM
**To:** Kessler, Jeffrey L. <jeffrey.kessler@winstontaylor.com>; Kellie Lerner <Kellie@scl-llp.com>; May, Julia <jmay@milbank.com>; Marguerite Sullivan (DC <Marguerite.Sullivan@lw.com>; Herrick, Pete <pherrick@omm.com>; dpetrocelli <dpetrocelli@omm.com>; Slade Bond <sbond@cuneolaw.com>; Matthew Platkin <mplatkin@platkinllp.com>; Wyatt Fore <Wyatt@scl-llp.com>
**Cc:** Parker, Richard <rparker@milbank.com>; Weingarten, James <jweingarten@milbank.com>; Di Vincenzo, Adam <ADiVincenzo@milbank.com>; Bermann, Grant <gbermann@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Pastan, Anastasia <apastan@milbank.com>
**Subject:** RE: California v. Paramount (No. 4:26-cv-7116), WGA v. Paramount (No. 4:26-cv-7212) - draft joint stipulation

[EXTERNAL]
This adds language about integration from the TRO. We've also added the signature blocks.

**Jeanifer Parsigian**

Partner

- T +1 (415) 591-1469
- jeanifer.parsigian@winstontaylor.com

*Admitted to practice in California*

---

**From:** Kessler, Jeffrey L. <JKessler@winston.com>
**Sent:** Friday, July 24, 2026 10:52 AM
**To:** Parsigian, Jeanifer <JParsigian@winston.com>; Kellie Lerner <Kellie@scl-llp.com>; May, Julia <jmay@milbank.com>; Marguerite Sullivan (DC <Marguerite.Sullivan@lw.com>; Herrick, Pete <pherrick@omm.com>; dpetrocelli <dpetrocelli@omm.com>; Slade Bond <sbond@cuneolaw.com>; Matthew Platkin <mplatkin@platkinllp.com>; Wyatt Fore <Wyatt@scl-llp.com>
**Cc:** Parker, Richard <rparker@milbank.com>; Weingarten, James <jweingarten@milbank.com>; Di Vincenzo, Adam <ADiVincenzo@milbank.com>; Bermann, Grant <gbermann@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Pastan, Anastasia <apastan@milbank.com>
**Subject:** Re: California v. Paramount (No. 4:26-cv-7116), WGA v. Paramount (No. 4:26-cv-7212) - draft joint stipulation

Yes, we agree that not closing means no integration.

**Jeffrey L. Kessler**
Partner
Co-Executive Chairman

- T +1 (212) 294-4698
- jeffrey.kessler@winstontaylor.com

*Admitted to practice in New York*

---

**From:** Parsigian, Jeanifer <JParsigian@winston.com>
**Sent:** Friday, 24 July 2026 13:50:58
**To:** Kellie Lerner <Kellie@scl-llp.com>; Kessler, Jeffrey L. <JKessler@winston.com>; May, Julia <jmay@milbank.com>; Marguerite Sullivan (DC <Marguerite.Sullivan@lw.com>; Herrick, Pete <pherrick@omm.com>; dpetrocelli <dpetrocelli@omm.com>; Slade Bond <sbond@cuneolaw.com>; Matthew Platkin <mplatkin@platkinllp.com>; Wyatt Fore <Wyatt@scl-llp.com>
**Cc:** Parker, Richard <rparker@milbank.com>; Weingarten, James <jweingarten@milbank.com>; Di Vincenzo, Adam <ADiVincenzo@milbank.com>; Bermann, Grant <gbermann@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Pastan, Anastasia <apastan@milbank.com>
**Subject:** RE: California v. Paramount (No. 4:26-cv-7116), WGA v. Paramount (No. 4:26-cv-7212) - draft joint stipulation

That is not our intent – we can pull language from the TRO to that effect to resolve that concern. Let's discuss shortly.

**Jeanifer Parsigian**
Partner

- T +1 (415) 591-1469
- jeanifer.parsigian@winstontaylor.com

*Admitted to practice in California*

---

**From:** Kellie Lerner <Kellie@scl-llp.com>
**Sent:** Friday, July 24, 2026 10:49 AM
**To:** Parsigian, Jeanifer <JParsigian@winston.com>; Kessler, Jeffrey L. <JKessler@winston.com>; May, Julia <jmay@milbank.com>; Marguerite Sullivan (DC <Marguerite.Sullivan@lw.com>; Herrick, Pete <pherrick@omm.com>; dpetrocelli <dpetrocelli@omm.com>; Slade Bond <sbond@cuneolaw.com>; Matthew Platkin <mplatkin@platkinllp.com>; Wyatt Fore <Wyatt@scl-llp.com>
**Cc:** Parker, Richard <rparker@milbank.com>; Weingarten, James <jweingarten@milbank.com>; Di Vincenzo, Adam <ADiVincenzo@milbank.com>; Bermann, Grant <gbermann@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Pastan, Anastasia <apastan@milbank.com>
**Subject:** Re: California v. Paramount (No. 4:26-cv-7116), WGA v. Paramount (No. 4:26-cv-7212) - draft joint stipulation

I will not agree to forego PI motion practice if we file a stipulation that enables you to take steps to integrate before a trial on the merits. That language needs to go back into the draft for us to be able to reach agreement today. Thank you.

---

**From:** Parsigian, Jeanifer <jeanifer.parsigian@winstontaylor.com>
**Sent:** Friday, 24 July 2026 13:40:54
**To:** Kessler, Jeffrey L. <jeffrey.kessler@winstontaylor.com>; Kellie Lerner <Kellie@scl-llp.com>; May, Julia <jmay@milbank.com>; Marguerite Sullivan (DC <Marguerite.Sullivan@lw.com>; Herrick, Pete <pherrick@omm.com>; dpetrocelli <dpetrocelli@omm.com>; Slade Bond <sbond@cuneolaw.com>; Matthew Platkin <mplatkin@platkinllp.com>; Wyatt Fore <Wyatt@scl-llp.com>
**Cc:** Parker, Richard <rparker@milbank.com>; Weingarten, James <jweingarten@milbank.com>; Di Vincenzo, Adam <ADiVincenzo@milbank.com>; Bermann, Grant <gbermann@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Pastan, Anastasia <apastan@milbank.com>
**Subject:** RE: California v. Paramount (No. 4:26-cv-7116), WGA v. Paramount (No. 4:26-cv-7212) - draft joint stipulation

[EXTERNAL]
Kellie – in advance of the call, can you let us know your concerns at a high level?

**Jeanifer Parsigian**
Partner

- T +1 (415) 591-1469
- jeanifer.parsigian@winstontaylor.com

*Admitted to practice in California*

---

**From:** Kessler, Jeffrey L. <JKessler@winston.com>
**Sent:** Friday, July 24, 2026 10:40 AM
**To:** Kellie Lerner <Kellie@scl-llp.com>; Parsigian, Jeanifer <JParsigian@winston.com>; May, Julia <jmay@milbank.com>; Marguerite Sullivan (DC <Marguerite.Sullivan@lw.com>; Herrick, Pete <pherrick@omm.com>; dpetrocelli <dpetrocelli@omm.com>; Slade Bond <sbond@cuneolaw.com>; Matthew Platkin <mplatkin@platkinllp.com>; Wyatt Fore <Wyatt@scl-llp.com>
**Cc:** Parker, Richard <rparker@milbank.com>; Weingarten, James <jweingarten@milbank.com>; Di Vincenzo, Adam <ADiVincenzo@milbank.com>; Bermann, Grant <gbermann@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Pastan, Anastasia <apastan@milbank.com>
**Subject:** Re: California v. Paramount (No. 4:26-cv-7116), WGA v. Paramount (No. 4:26-cv-7212) - draft joint stipulation

We can get on a call then.

**Jeffrey L. Kessler**
Partner
Co-Executive Chairman

- T +1 (212) 294-4698
- jeffrey.kessler@winstontaylor.com

*Admitted to practice in New York*

---

**From:** Kellie Lerner <Kellie@scl-llp.com>
**Sent:** Friday, 24 July 2026 13:38:36
**To:** Parsigian, Jeanifer <JParsigian@winston.com>; Kessler, Jeffrey L. <JKessler@winston.com>; May, Julia <jmay@milbank.com>; Marguerite Sullivan (DC <marguerite.sullivan@lw.com>; Herrick, Pete <pherrick@omm.com>; dpetrocelli <dpetrocelli@omm.com>; Slade Bond <sbond@cuneolaw.com>; Matthew Platkin <mplatkin@platkinllp.com>; Wyatt Fore <Wyatt@scl-llp.com>
**Cc:** Parker, Richard <rparker@milbank.com>; Weingarten, James <jweingarten@milbank.com>; Di Vincenzo, Adam <ADiVincenzo@milbank.com>; Bermann, Grant <gbermann@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Pastan, Anastasia <apastan@milbank.com>
**Subject:** Re: California v. Paramount (No. 4:26-cv-7116), WGA v. Paramount (No. 4:26-cv-7212) - draft joint stipulation

We cannot agree to this as drafted. Please let me know if you are available to discuss at 2pm ET.

---

**From:** Parsigian, Jeanifer <jeanifer.parsigian@winstontaylor.com>
**Sent:** Friday, 24 July 2026 12:58:07
**To:** Kellie Lerner <Kellie@scl-llp.com>; Kessler, Jeffrey L. <jeffrey.kessler@winstontaylor.com>; May, Julia <jmay@milbank.com>; Marguerite Sullivan (DC <marguerite.sullivan@lw.com>; Herrick, Pete <pherrick@omm.com>; dpetrocelli <dpetrocelli@omm.com>; Slade Bond <sbond@cuneolaw.com>;

Matthew Platkin <mplatkin@platkinllp.com>; Wyatt Fore <Wyatt@scl-llp.com>
**Cc:** Parker, Richard <rparker@milbank.com>; Weingarten, James <jweingarten@milbank.com>; Di Vincenzo, Adam <ADiVincenzo@milbank.com>; Bermann, Grant <gbermann@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Pastan, Anastasia <apastan@milbank.com>
**Subject:** RE: California v. Paramount (No. 4:26-cv-7116), WGA v. Paramount (No. 4:26-cv-7212) - draft joint stipulation

[EXTERNAL]

Kellie – attaching our revised version here.

**Jeanifer Parsigian**
Partner

- T +1 (415) 591-1469
- jeanifer.parsigian@winstontaylor.com

*Admitted to practice in California*

---

**From:** Kellie Lerner <Kellie@scl-llp.com>
**Sent:** Friday, July 24, 2026 9:53 AM
**To:** Kessler, Jeffrey L. <JKessler@winston.com>; May, Julia <jmay@milbank.com>; Parsigian, Jeanifer <JParsigian@winston.com>; Marguerite Sullivan (DC <marguerite.sullivan@lw.com>; Herrick, Pete <pherrick@omm.com>; dpetrocelli <dpetrocelli@omm.com>; Slade Bond <sbond@cuneolaw.com>; Matthew Platkin <mplatkin@platkinllp.com>; Wyatt Fore <Wyatt@scl-llp.com>
**Cc:** Parker, Richard <rparker@milbank.com>; Weingarten, James <jweingarten@milbank.com>; Di Vincenzo, Adam <ADiVincenzo@milbank.com>; Bermann, Grant <gbermann@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Pastan, Anastasia <apastan@milbank.com>
**Subject:** Re: California v. Paramount (No. 4:26-cv-7116), WGA v. Paramount (No. 4:26-cv-7212) - draft joint stipulation

I think you can stipulate and note you do not concede the elements have been met, but I will take a look at what you send and we can regroup by phone if we think necessary.

---

**From:** Kessler, Jeffrey L. <jeffrey.kessler@winstontaylor.com>
**Sent:** Friday, 24 July 2026 12:46:49
**To:** Kellie Lerner <Kellie@scl-llp.com>; May, Julia <jmay@milbank.com>; Parsigian, Jeanifer <jeanifer.parsigian@winstontaylor.com>; Marguerite Sullivan (DC <marguerite.sullivan@lw.com>; Herrick, Pete <pherrick@omm.com>; dpetrocelli <dpetrocelli@omm.com>; Slade Bond <sbond@cuneolaw.com>; Matthew Platkin <mplatkin@platkinllp.com>; Wyatt Fore <Wyatt@scl-llp.com>
**Cc:** Parker, Richard <rparker@milbank.com>; Weingarten, James <jweingarten@milbank.com>; Di Vincenzo, Adam <ADiVincenzo@milbank.com>; Bermann, Grant <gbermann@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Pastan, Anastasia <apastan@milbank.com>
**Subject:** Re: California v. Paramount (No. 4:26-cv-7116), WGA v. Paramount (No. 4:26-cv-7212) -

draft joint stipulation

[EXTERNAL]

The reason for the distinction is Defendants do not agree that the requirements for a PI have been met but as we are stipulating to not close until after a trial there is no longer any need to have a PI motion heard. We will get you the revised draft shortly. If you still think we need to have a call, let us know then, but the revised stip will provide all the same protections.

**Jeffrey L. Kessler**
Partner
Co-Executive Chairman

- T +1 (212) 294-4698
- jeffrey.kessler@winstontaylor.com

*Admitted to practice in New York*

---

**From:** Kellie Lerner <Kellie@scl-llp.com>
**Sent:** Friday, 24 July 2026 12:33:38
**To:** Kessler, Jeffrey L. <JKessler@winston.com>; May, Julia <jmay@milbank.com>; Parsigian, Jeanifer <JParsigian@winston.com>; Marguerite Sullivan (DC <marguerite.sullivan@lw.com>; Herrick, Pete <pherrick@omm.com>; dpetrocelli <dpetrocelli@omm.com>; Slade Bond <sbond@cuneolaw.com>; Matthew Platkin <mplatkin@platkinllp.com>; Wyatt Fore <Wyatt@scl-llp.com>
**Cc:** Parker, Richard <rparker@milbank.com>; Weingarten, James <jweingarten@milbank.com>; Di Vincenzo, Adam <ADiVincenzo@milbank.com>; Bermann, Grant <gbermann@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Pastan, Anastasia <apastan@milbank.com>
**Subject:** Re: California v. Paramount (No. 4:26-cv-7116), WGA v. Paramount (No. 4:26-cv-7212) - draft joint stipulation

Hi Jeff,
I would like to understand why you are making that distinction. I prefer the language in the draft and if you are going to change it, we should all hop on a call.
Thanks,
Kellie

---

**From:** Kessler, Jeffrey L. <jeffrey.kessler@winstontaylor.com>
**Sent:** Friday, 24 July 2026 11:53:47
**To:** May, Julia <jmay@milbank.com>; Parsigian, Jeanifer <jeanifer.parsigian@winstontaylor.com>; Marguerite Sullivan (DC <marguerite.sullivan@lw.com>; Herrick, Pete <pherrick@omm.com>; dpetrocelli <dpetrocelli@omm.com>; Kellie Lerner <Kellie@scl-llp.com>
**Cc:** Parker, Richard <rparker@milbank.com>; Weingarten, James <jweingarten@milbank.com>; Di Vincenzo, Adam <ADiVincenzo@milbank.com>; Bermann, Grant <gbermann@milbank.com>; Garcia,

Kelly <KGarcia@milbank.com>; Pastan, Anastasia <apastan@milbank.com>
**Subject:** Re: California v. Paramount (No. 4:26-cv-7116), WGA v. Paramount (No. 4:26-cv-7212) - draft joint stipulation

[EXTERNAL]

We do not believe a preliminary injunction should be entered as opposed to a stipulation not to close until the agreed upon dates. We will revise accordingly and send this back to you.

**Jeffrey L. Kessler**
Partner
Co-Executive Chairman

- T +1 (212) 294-4698
- jeffrey.kessler@winstontaylor.com

*Admitted to practice in New York*

---

**From:** May, Julia <jmay@milbank.com>
**Sent:** Friday, 24 July 2026 11:48:44
**To:** Parsigian, Jeanifer <JParsigian@winston.com>; Marguerite Sullivan (DC <marguerite.sullivan@lw.com>; Kessler, Jeffrey L. <JKessler@winston.com>; Herrick, Pete <pherrick@omm.com>; dpetrocelli <dpetrocelli@omm.com>; kellie@scl-llp.com <kellie@scl-llp.com>
**Cc:** Parker, Richard <rparker@milbank.com>; Weingarten, James <jweingarten@milbank.com>; Di Vincenzo, Adam <ADiVincenzo@milbank.com>; Bermann, Grant <gbermann@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Pastan, Anastasia <apastan@milbank.com>
**Subject:** California v. Paramount (No. 4:26-cv-7116), WGA v. Paramount (No. 4:26-cv-7212) - draft joint stipulation

Counsel,

Thank you for the call. As previewed, attached is a draft joint stipulation for consideration.

Best regards,
Julia

Julia May | Milbank | Associate
Pronouns: she/her/hers
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7568
jmay@milbank.com | milbank.com

======================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been

written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor. ======================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

======================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor. ======================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.