Marguerite Sullivan (*pro hac vice*)
Anna Rathbun (SBN 273787)
Christopher J. Brown (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
marguerite.sullivan@lw.com
anna.rathbun@lw.com
christopher.brown@lw.com

Danielle R. Sassoon (*pro hac vice*)
Philip Hammersley (*pro hac vice*)
**CLEMENT & MURPHY, PLLC**
706 Duke Street
Alexandria, VA 22314
Telephone: (202) 742-8900
danielle.sassoon@clementmurphy.com
philip.hammersley@clementmurphy.com

[additional counsel on signature page]
*Attorneys for Defendant Paramount Skydance Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| THE STATE OF CALIFORNIA, *et al.*,<br>*Plaintiffs*,<br>v.<br>PARAMOUNT SKYDANCE CORP., *et al.*,<br>*Defendants*. | Case No. 4:26-cv-07116-AMO<br>Case No. 4:26-cv-07212-AMO |
| WRITERS GUILD OF AMERICA, WEST, INC., *et al.*,<br>*Plaintiffs*,<br>v.<br>PARAMOUNT SKYDANCE CORPORATION, *et al.*,<br>*Defendants*. | **DECLARATION OF IAN NUSSBAUM IN SUPPORT OF PARAMOUNT'S REPLY** |

I, Ian Nussbaum, declare and state as follows:

1. I am a Partner of Latham & Watkins LLP. I submit this Declaration to support the Reply in support of Paramount's Motion to Modify the Stipulation and Order Not to Close to Require Bond. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify to them.

2. Paramount retained Latham & Watkins LLP to advise Paramount on its proposed acquisition of Warner Bros. Discovery. As one of the lead corporate lawyers on the transaction, I was involved in the negotiation of the merger agreement between Paramount and Warner Bros. Discovery.

3. As Andrew Brandon-Gordon explained in his declaration in support of Paramount's Motion to Modify the Stipulation and Order Not to Close to Require Bond, the merger agreement includes a contractual provision requiring Paramount to pay Warner Brothers shareholders a daily "ticking fee" that begins accruing on October 1, 2026. Dkt.89-2 at 2.

4. On February 21, 2026, Paramount submitted an enhanced proposal to the board of Warner Brothers to acquire Warner Brothers. In the written proposal, Paramount expressed "high confidence in closing by September 2026." To close by September 2026, Paramount would have needed to secure all regulatory approvals by that time. By expressing "high confidence in closing by September 2026," Paramount communicated its expectation that the transaction would close prior to the accrual of any ticking fees beginning after September 30, 2026, and that ticking fees would accrue only if Paramount failed to obtain statutory approvals on the anticipated timeline.

5. As Andrew Brandon-Gordon explained in his declaration, as of August 14, 2026, Paramount in fact satisfied all regulatory clearances required under the merger agreement to close its proposed acquisition of Warner Brothers and but for the actions of just 12 state attorneys general, Paramount and Warner Brothers could and would close the merger imminently.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of September 2026, in New York, NY.

/s/ [signature]
IAN NUSSBAUM

Dated: September 8, 2026

Respectfully submitted,

/s/ Danielle R. Sassoon

Marguerite Sullivan (*pro hac vice*)
Anna Rathbun (SBN 273787)
Christopher J. Brown (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
marguerite.sullivan@lw.com
anna.rathbun@lw.com
christopher.brown@lw.com

Jeffrey L. Kessler (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
Matthew R. DalSanto (SBN 282458)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1469
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com
matthew.dalsanto@winstontaylor.com

Danielle R. Sassoon (*pro hac vice*)
Philip Hammersley (*pro hac vice*)
**CLEMENT & MURPHY, PLLC**
706 Duke Street
Alexandria, VA 22314
Telephone: (202) 742-8900
danielle.sassoon@clementmurphy.com
philip.hammersley@clementmurphy.com

Conor A. Reidy (*pro hac vice*)
Kevin B. Goldstein (*pro hac vice*)
**WINSTON TAYLOR LLP**
300 N. LaSalle Drive
Chicago, IL 60654-3406
Telephone: (312) 558-7542
Facsimile: (312) 558-5700
conor.reidy@winstontaylor.com
kevin.goldstein@winstontaylor.com

Matthew R. Huppert (*pro hac vice*)
**WINSTON TAYLOR LLP**
1901 L Street NW
Washington, DC 20036-3506
Telephone: (202) 282-5004
Facsimile: (202) 282-5100
matt.huppert@winstontaylor.com

*Attorneys for Defendant Paramount Skydance Corporation*