UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| THE STATE OF CALIFORNIA, et al.,<br>Plaintiffs,<br>v.<br>PARAMOUNT SKYDANCE CORPORATION, et al.,<br>Defendants. | Case No. 26-cv-07116-AMO (TSH) |
| WRITERS GUILD OF AMERICA, WEST, INC., et al.,<br>Plaintiffs,<br>v.<br>PARAMOUNT SKYDANCE CORPORATION, et al.,<br>Defendants. | Case No. 26-cv-07212-AMO (TSH)<br><br>**ORDER SCHEDULING SETTLEMENT CONFERENCE** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

This case has been referred for a Settlement Conference before Magistrate Judge Thomas S. Hixson.

The settlement conference is scheduled to begin on **October 14th and October 15th, 2026, at 10:00 AM in Courtroom E, San Francisco at 450 Golden Gate Ave., 15th Floor, San Francisco, CA 94102.** This is not a public proceeding.

Any questions or problems shall be directed to the Courtroom Deputy by email: TSHCRD@cand.uscourts.gov.

**A. Settlement Conference Statements**

No later than October 7, 2026 each counsel shall email pdf versions of their settlement

United States District Court
Northern District of California

conference statements to: TSHSettlement@cand.uscourts.gov. The parties shall exchange their settlement conference statements. The settlement conference statement shall include the following:

1. A list of counsel, clients or representatives who will attend the conference.

2. A brief statement of the facts of the case.

3. A brief statement of the claims and defenses including, but not limited to, statutory or other grounds upon which the claims are founded, a candid evaluation of the parties' likelihood of prevailing on the claims and defenses, and a description of the major issues in dispute.

4. A summary of the proceedings to date and any pending motions.

5. The relief sought.

6. Any discrete issue that, if resolved, would facilitate the resolution of the case.

7. The party's position on settlement, including present demands and offers and a history of past settlement discussions.

Any party may submit an additional **confidential letter** to the Court at the TSHSettlement@cand.uscourts.gov. The contents of this letter will not be disclosed to the other parties.

**B. Participants**

Lead trial counsel must attend the settlement conference with the parties. The States must bring their lead negotiators. It is understood that not all State Plaintiffs will attend the settlement conference. It is also understood that the State Plaintiffs will not have full authority to settle at the settlement conference, as that authority is generally vested in their Attorneys General, who will not be in attendance. The Writers Guild Plaintiffs must bring the persons having full authority to negotiate and settle the case. Defendants must bring the persons having full authority to negotiate and settle the case, except that if that authority is vested in a Board of Directors, they need not bring the Board. But Defendants must bring everyone other than Board whose approval is needed.

No later than October 12, 2026, each party shall email the final list of their attendees to TSHCRD@cand.uscourts.gov. Because a settlement conference is a confidential, non-public proceeding, court staff will use these lists to determine who will be admitted to the courtroom.

**C. Settlement Conference**

The parties should be prepared to discuss such issues as: (1) their settlement objectives; (2) any impediments to settlement they perceive; (3) whether they have enough information to discuss settlement and, if not, what additional information is needed; and (4) the possibility of a creative resolution of the dispute. Statements made during the conference are confidential and will not be admissible at trial if the case does not settle.

**D. Rescheduling**

To reschedule a settlement conference, counsel shall contact the undersigned's Courtroom Deputy, Aris Garcia, at tshcrd@cand.uscourts.gov or (415) 522-4067, preferably at least seven days before the conference but as far in advance as possible to obtain a new date. Counsel shall confirm the new date and time with opposing counsel and thereafter file a stipulation and proposed order that sets forth the new date and time of the settlement conference. The parties are advised that the original settlement conference date will remain on calendar unless they receive an order from the Court.

**E. Additional Requirements**

If the case settles prior to the date of the settlement conference, the parties shall notify the undersigned's Courtroom Deputy at tshcrd@cand.uscourts.gov or (415) 522-4067.

Counsel must provide a copy of this order to all participating parties. Counsel must review Northern District of California ADR Local Rule 7, available at https://cand.uscourts.gov/rules-forms-fees/local-rules/adr-local-rules.

**IT IS SO ORDERED.**

Dated: September 15, 2026

THOMAS S. HIXSON
United States Magistrate Judge