ROB BONTA
Attorney General of California
PAULA L. BLIZZARD (SBN 207920)
Senior Assistant Attorney General
NATALIE S. MANZO (SBN 155655)
BRENT K. NAKAMURA (SBN 283572)
Supervising Deputy Attorneys General
WINSTON H. CHEN (SBN 166959)
MATTHEW E. DELGADO (SBN 306999)
NICOLE S. GORDON (SBN 224138)
JENNIFER K. HANE (SBN 275729)
ASHLEY KAPLAN (SBN 293443)
CASEY KOVARIK (SBN 348032)
ANDREW MCCREARY (SBN 338704)
DIVYA B. RAO (SBN 292853)
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6000
Fax: (916) 731-3637
E-mail: Ashley.Kaplan@doj.ca.gov

*Attorneys for Plaintiff State of California*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE STATE OF CALIFORNIA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>PARAMOUNT SKYDANCE CORP., and WARNER BROS. DISCOVERY, INC.,<br><br>*Defendants.* | Case No.: 4:26-cv-07116-AMO<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO ENTER CONSENT DECREE AND DISSOLVE STIPULATION AND ORDER NOT TO CLOSE** |

Upon consideration of the Joint Motion to Enter Consent Decree and Dissolve Stipulation and Order Not to Close ("Joint Motion") filed by Plaintiffs the State of California, the State of Arizona, the State of Colorado, the State of Connecticut, the Commonwealth of Massachusetts, the State of Minnesota, the State of Nevada, the State of New Jersey, the State of New Mexico, the State of New York, the State of Oregon, and the State of Washington, and by Defendants Paramount Skydance Corp. and Warner Bros. Discovery, Inc. (collectively, the "Parties"); the Proposed Consent Decree; and the terms thereof, the Court hereby finds that the consent decree is fair and

reasonable, both procedurally and substantively, and is consistent with the Clayton Act and other applicable law. Accordingly, the Joint Motion to Enter Consent Decree and Dissolve Stipulation and Order Not to Close is GRANTED.

Having considered the Joint Motion with respect to the Parties' request to dissolve the Stipulation and Order Not to Close (ECF No. 170) ("No-Close Order"), the No-Close Order is hereby DISSOLVED and the hearing on Paramount's Motion to Modify the Stipulation and Order to Not Close to Require Bond currently set for September 24, 2026 is VACATED.

**IT IS SO ORDERED.**

Dated:

________________________________________

The Honorable Araceli Martínez-Olguín
United States District Judge