United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE STATE OF CALIFORNIA, et al.,

Plaintiffs,

v.

PARAMOUNT SKYDANCE CORPORATION, et al.,

Defendants.

Case No. 26-cv-07116-AMO

**ORDER**

Re: Dkt. Nos. 204, 243

Before the Court is a motion to enter consent decree and dissolve stipulation not to close. Dkt. No. 243. Therein, the parties additionally request the Court vacate the hearing on Paramount's motion to modify the stipulation and order to not close to require bond, presently set for September 24, 2026. The Court GRANTS the joint request to vacate the hearing on Paramount's motion but does not yet rule on the remainder of the motion to enter consent decree and dissolve the stipulation not to close.

To address certain outstanding questions regarding the factual and legal underpinnings of the parties' proposed consent decree, as well as the implementation of the proposed consent decree, the Court SETS a hearing for 11:00 a.m. PST on September 24, 2026. The hearing will take place via Zoom.

**IT IS SO ORDERED.**

Dated: September 22, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**