MATTHEW A. SELIGMAN (SBN 288980)
GRAYHAWK LAW, P.C.
3015 Main Street, Suite 330
Santa Monica, CA 90405
Telephone: (310) 571-5993
matthew@grayhawklaw.com
*Counsel for Proposed Amici Curiae*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

STATE OF CALIFORNIA, *et al.*,
*Plaintiffs*,

v.

PARAMOUNT SKYDANCE CORP., and WARNER BROS. DISCOVERY, INC.,
*Defendants*.

Case No. 4:26-cv-07116-AMO

DECLARATION OF MATTHEW A. SELIGMAN IN SUPPORT OF MOTION FOR LEAVE TO FILE AMICUS BRIEF AND TO SET BRIEFING SCHEDULE

Judge: Hon. Araceli Martínez-Olguín

I, Matthew A. Seligman, declare as follows:

1. I represent proposed amici curiae the League of United Latin American Citizens ("LULAC"), Rev. Dr. Boise Kimber, and Rev. Dr. Xavier L. Thompson. Rev. Dr. Kimber and Rev. Dr. Thompson join in their individual capacities. This declaration is based on my personal knowledge and review of the cited court records.

2. The parties filed their joint motion and proposed decree on September 21, 2026; the Court set a September 24 hearing. ECF Nos. 243–245. That interval is insufficient to analyze the decree, consult with amici, and prepare a focused brief on the adequacy of its remedies. Without expedited consideration, amici risk losing the opportunity to present their views before approval of the decree and potential consummation of the transaction.

3. On September 23, 2026, I requested by email the parties' consent to leave to file an amicus brief and the requested briefing schedule. Counsel for Paramount declined to consent. Counsel for the Plaintiff States did not take a position. As of execution of this declaration, Warner Bros. Discovery had not responded. I therefore have not obtained a stipulation.

4. Amici request expedited consideration, an October 8, 2026 deadline for their brief, and October 15, 2026 for party responses, or an alternative schedule ordered by the Court. They seek to defer entry of the decree and preserve the no-close order, ECF No. 170, until the Court

considers those submissions and resolves the joint motion, ECF No. 243. This would postpone any approval permitting closing; it would not change the September 24 hearing or the discovery and trial schedule.

5. The prior time modifications identified in the court record are: the July 15 reassignment order vacating hearing and trial dates (ECF No. 66); the July 23 extension of the temporary restraining order through August 17 (ECF No. 166); the July 24 no-close stipulation and order cancelling preliminary-injunction briefing and the August 3 hearing (ECF Nos. 169–170); the August 19 continuance of the bond-motion hearing from September 21 to September 24 (ECF Nos. 204, 206); the August 31 entry of the revised case-management order (ECF Nos. 210, 212); and the September 22 order vacating the bond-motion hearing and setting the consent-decree hearing for September 24 at 11:00 a.m. (ECF No. 245).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 23, 2026.

/s/ Matthew A. Seligman

Matthew A. Seligman

Grayhawk Law, P.C.
3015 Main Street, Suite 330
Santa Monica, CA 90405
(310) 571-5993
matthew@grayhawklaw.com

*Counsel for Proposed Amici Curiae*