Jonathan Weissglass (CSB 185008)
Law Office of Jonathan Weissglass
1939 Harrison Street, Suite 150-B
Oakland, CA 94612
Telephone: 510-836-4200
E-mail: jonathan@weissglass.com

*Counsel for Proposed Amici Curiae*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>PARAMOUNT SKYDANCE CORP., and WARNER BROS. DISCOVERY, INC.,<br>*Defendants*. | Case No. 4:26-cv-07116-AMO<br><br>DECLARATION REGARDING CONCURRENCE IN FILING<br><br>Judge: Hon. Araceli Martínez-Olguín |

I, Jonathan Weissglass, declare as follows:

1. I am a member in good standing of the State Bar of California.

2. I am the ECF user submitting the accompanying motion and Declaration of Matthew A. Seligman in support of that motion. Pursuant to Civil Local Rule 5-1(i)(3), I attest that Matthew A. Seligman has concurred in the filing of both documents bearing his electronic signature.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 23, 2026.

/s/ Jonathan Weissglass
Jonathan Weissglass

*Counsel for Proposed Amici Curiae*