MATTHEW A. SELIGMAN (SBN 288980)
GRAYHAWK LAW, P.C.
3015 Main Street, Suite 330
Santa Monica, CA 90405
Telephone: (310) 571-5993
matthew@grayhawklaw.com
*Counsel for Proposed Amici Curiae*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>PARAMOUNT SKYDANCE CORP., and WARNER BROS. DISCOVERY, INC.,<br>*Defendants*. | Case No. 4:26-cv-07116-AMO<br><br>[PROPOSED] ORDER GRANTING LEAVE TO FILE AMICUS BRIEF AND SETTING BRIEFING SCHEDULE<br><br>Judge: Hon. Araceli Martínez-Olguín |

The motion of the League of United Latin American Citizens ("LULAC"), Rev. Dr. Boise Kimber, and Rev. Dr. Xavier L. Thompson is GRANTED.

1. LULAC, Kimber, and Thompson may file a joint amicus brief concerning the proposed consent decree by October 8, 2026.

2. The parties may file responses to the amicus brief by October 15, 2026.

3. The Court will defer entry of the proposed consent decree and maintain the no-close order, ECF No. 170, until it has considered those submissions and resolved the joint motion, ECF No. 243.

**IT IS SO ORDERED.**

Dated: ___________________

ARACELI MARTÍNEZ-OLGUÍN
United States District Judge