Jessica J. González (SBN 251376)
FREE PRESS
1401 21st Street #11439
Sacramento, CA 95811
(310) 809-2577
jgonzalez@freepress.net

Brendan Benedict (*pro hac vice* pending)
BENEDICT LAW GROUP PLLC
515 Madison Avenue, 31st Floor
New York, NY 10022
(212) 287-9501
brendan@benedictlawgroup.com

*Counsel for Proposed* Amici Curiae *Committee for the First Amendment, Free Press, Freedom of the Press Foundation, Future Film Coalition, and International Documentary Association*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

STATE OF CALIFORNIA, *et al.*,

*Plaintiffs*,

v.

PARAMOUNT SKYDANCE CORP. and WARNER BROS. DISCOVERY, INC.,

*Defendants*.

Case No. 4:26-cv-07116-AMO

**DECLARATION OF BRENDAN BENEDICT IN SUPPORT OF LR 7-11 ADMINISTRATIVE MOTION TO SET SCHEDULE FOR *AMICUS* BRIEFING ON PROPOSED CONSENT DECREE**

Hon. Araceli Martínez-Olguín

I, Brendan Benedict, declare as follows:

1. I am a member of the Bars of New York and the District of Columbia and am filing an application for admission to this Court *pro hac vice*. I represent the Committee for the First Amendment, Free Press, Freedom of the Press Foundation, Future Film Coalition, and International Documentary Association ("Proposed *Amici*") in association with my local co-counsel, Jessica J. González of Free Press. In accordance with Civil Local Rule 7-11, I submit this Declaration in support of Proposed *Amici*'s Administrative Motion to Set Schedule for *Amicus* Briefing on Proposed Consent Decree.
2. I was retained by the Proposed *Amici* between 12:10 pm PT and 4:10 pm PT on September 24, 2026, in order to jointly file the Administrative Motion.
3. At 4:32 PM PT, I emailed counsel of record for all parties seeking to stipulate to a briefing schedule in order to obviate the Administrative Motion, and inviting counsel to meet and confer.
4. At 5:30 PM PT, Plaintiff States responded that they take no position on the request.
5. As of the time of filing, counsel for the Defendants has not responded.
6. Given Proposed *Amici*'s desire to file the Administrative Motion before the Court's hearing on the proposed consent decree set for 11am PT tomorrow, September 24, so that the Court could consider this application before ruling on the Joint Motion to enter the consent decree, it was not practicable to confer further with counsel for Defendants. It was therefore necessary to seek leave to file the Administrative Motion at this time.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed September 23, 11:57pm PT
in Washington, DC

Respectfully submitted,

*/s/ Brendan Benedict*

Brendan Benedict (*pro hac vice* pending)
BENEDICT LAW GROUP PLLC
515 Madison Avenue, 31st Floor
New York, NY 10022
(212) 287-9501
brendan@benedictlawgroup.com

*Counsel for Proposed* Amici Curiae *Committee for the First Amendment, Free Press, Freedom of the Press Foundation, Future Film Coalition, and International Documentary Association*