**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

STATE OF CALIFORNIA, *et al.*,

*Plaintiffs*,

v.

PARAMOUNT SKYDANCE CORP. and WARNER BROS. DISCOVERY, INC.,

*Defendants*.

Case No. 4:26-cv-07116-AMO

**[PROPOSED] ORDER GRANTING LR 7-11 ADMINISTRATIVE MOTION TO SET SCHEDULE FOR *AMICUS* BRIEFING ON PROPOSED CONSENT DECREE**

Upon consideration of the Administrative Motion to Set Schedule for *Amicus* Briefing on Proposed Consent Decree filed by the Committee for the First Amendment, Free Press, Freedom of the Press Foundation, the Future Film Coalition, and the International Documentary Association ("Proposed *Amici*") pursuant to Civil Local Rule 7-11, together with the supporting declaration and the responses thereto, and finding good cause shown, IT IS HEREBY ORDERED that:

1. Proposed *Amici* are GRANTED leave to file the Administrative Motion;

2. The Administrative Motion is GRANTED;

3. The Court enters the following briefing schedule and page limitations for all potential *amici* opposing the Proposed Consent Decree (ECF No. 244):

| Event | Deadline | Page Limit |
| --- | --- | --- |
| Prospective *amici* move for leave to file *amicus* briefs | October 13 | 10 pages |
| Prospective *amici* file proposed *amicus* briefs | October 13 | 12 pages |
| Parties file oppositions to motions for leave and/or replies to *amici* briefs | October 20 | Defendants collectively and Plaintiff States collectively may file 25 pages of omnibus replies each |

IT IS SO ORDERED.

Dated: ___________, 2026

BY: _________________________

Hon. Araceli Martínez-Olguín
United States District Judge