Jessica J. González (SBN 251376)
FREE PRESS
1401 21st Street #11439
Sacramento, CA 95811
(310) 809-2577
jgonzalez@freepress.net

Brendan Benedict (*pro hac vice* pending)
BENEDICT LAW GROUP PLLC
515 Madison Avenue, 31st Floor
New York, NY 10022
(212) 287-9501
brendan@benedictlawgroup.com

*Counsel for Proposed* Amici Curiae *Committee for the First Amendment, Free Press, Freedom of the Press Foundation, Future Film Coalition, and International Documentary Association*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

STATE OF CALIFORNIA, *et al.*,

*Plaintiffs*,

v.

PARAMOUNT SKYDANCE CORP. and WARNER BROS. DISCOVERY, INC.,

*Defendants*.

Case No. 4:26-cv-07116-AMO

**DECLARATION REGARDING CONCURRENCE IN FILING**

Hon. Araceli Martínez-Olguín

I, Jessica J. González, declare as follows:

1. I am a member of the Bar of the State of California and am admitted to practice before to this Court.
2. I am the ECF user submitting the Declaration of Brendan Benedict in Support of LR 7-11 Administrative Motion to Set Schedule for *Amicus* Briefing on Proposed Consent Decree.
3. Pursuant to Civil Local Rule 5-1(i)(3), I attest that Brendan Benedict has concurred in the filing of the Declaration bearing his electronic signature.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed September 24 in Los Angeles, California

Respectfully submitted,

*/s/ Jessica J. González*

Jessica J. González (SBN 251376)
FREE PRESS
1401 21st Street #11439
Sacramento, CA 95811
(310) 809-2577
jgonzalez@freepress.net

*Counsel for Proposed* Amici Curiae *Committee for the First Amendment, Free Press, Freedom of the Press Foundation, Future Film Coalition, and International Documentary Association*