Jessica J. González (SBN 251376)
FREE PRESS
1401 21st Street #11439
Sacramento, CA 95811
(310) 809-2577
jgonzalez@freepress.net

Brendan Benedict (*pro hac vice*)
BENEDICT LAW GROUP PLLC
515 Madison Avenue, 31st Floor
New York, NY 10022
(212) 287-9501
brendan@benedictlawgroup.com

*Counsel for* Amici Curiae *Committee for the First Amendment, Free Press, Freedom of the Press Foundation, Future Film Coalition, and International Documentary Association*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

STATE OF CALIFORNIA, *et al.*,

*Plaintiffs*,

v.

PARAMOUNT SKYDANCE CORP. and WARNER BROS. DISCOVERY, INC.,

*Defendants*.

Case No. 4:26-cv-07116-AMO

**DECLARATION OF SETH STERN**

Hon. Araceli Martínez-Olguín

I, Seth A. Stern, declare as follows:

1. I am a member of the Bar of the State of Illinois and work at the Freedom of the Press Foundation. I am not counsel of record in this action or admitted to practice before this court. I am the client representative for the Freedom of the Press Foundation in this matter that engaged Brendan Benedict as counsel.
2. I initially drafted the portion of this sentence incorrectly enclosed in quotation marks from the as-filed *amicus* brief at ECF No. 260:

    > "the decision to exclude certain content or to prioritize specific messages constitutes an exercise of protected editorial control." *Moody v. NetChoice, LLC*, 603 U.S. 707, 727 (2024).

3. While I understand that counsel of record has responsibility for filing accurate materials with the Court, I wish to clarify for the avoidance of doubt that I did not use artificial intelligence to draft that statement. Instead, the erroneous quotation marks resulted inadvertently from my re-arranging of material, including accurate case quotations from *Miami Herald Pub. Co., Div. of Knight Newspapers, Inc. v. Tornillo*, 418 U.S. 241 (1974), with words that I drafted describing *NetChoice* in a passage I proposed for inclusion in the brief.
4. I did not use artificial intelligence to draft any language that I proposed for inclusion in the brief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 26, 2026 in Evanston, Illinois.

Signed,

**E-FILING ATTESTATION**

I, Brendan Benedict, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Brendan Benedict*