**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br>*Plaintiffs*,<br>v.<br>PARAMOUNT SKYDANCE CORP. and WARNER BROS. DISCOVERY, INC.,<br>*Defendants*. | Case No. 4:26-cv-07116-AMO<br><br>**[PROPOSED] ORDER GRANTING LR 7-11 ADMINISTRATIVE MOTION TO SUBSTITUTE CORRECTED *AMICUS* BRIEF** |

Upon consideration of the Administrative Motion to Substitute Corrected *Amicus* brief filed by the Committee for the First Amendment, Free Press, Freedom of the Press Foundation, the Future Film Coalition, and the International Documentary Association pursuant to Civil Local Rule 7-11, together with the supporting declarations, and finding good cause shown, IT IS HEREBY ORDERED that the corrected *amicus* brief is accepted and substituted for the brief filed at ECF No. 260.

IT IS SO ORDERED.

Dated: ___________, 2026

BY: ________________________

Hon. Araceli Martínez-Olguín
United States District Judge