Joseph M. Alioto, Esq. (SBN 42680)
Tatiana V. Wallace, Esq. (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 14th Floor
San Francisco, CA 94104
Tel: (415) 434-8900
Fax: (415) 434-9200
Email: jmalioto@aliotolaw.com

Ronald D. Foreman, Esq. (SBN 61148)
Ian. A. Hansen, Esq. (SBN 255449)
**FOREMAN & BRASSO**
850 Montgomery Street, Suite 300
San Francisco, CA 94133
Telephone: (415) 433-3475
Facsimile: (415) 781-8030
Email: foremanandbrasso@foremanandbrasso.com

Attorneys for Plaintiffs in Related Action
*Faust v. Paramount Skydance Corp.*,
Case No. 4:26-cv-03790-AMO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

THE STATE OF CALIFORNIA, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE COMMONWEALTH OF MASSACHUSETTS, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF OREGON, AND THE STATE OF WASHINGTON,

*Plaintiffs,*

v.

PARAMOUNT SKYDANCE CORP., AND WARNER BROS. DISCOVERY, INC.

*Defendants.*

Case No. 4:26-cv-07116-AMO

**STATEMENT OF PLAINTIFFS IN THE RELATED *FAUST* ACTION REGARDING THE COURT'S ORDER REQUIRING RESPONSES TO THE AMICUS SUBMISSIONS AND SENATOR BOOKER'S LETTER**

Plaintiffs in the related *Faust* action respectfully submit this limited response solely to preserve the separate status of their claims. The Court related the actions for case-management purposes but expressly stated that it "does not consolidate the cases." *Faust*, Dkt. 63 at 2. Antitrust law independently establishes that public and private enforcement actions "were designed to be cumulative, not mutually exclusive." *United States v. Borden Co.*, 347 U.S. 514, 518–19 (1954); *see also Sam Fox Publishing Co. v. United States*, 366 U.S. 683, 689–90 (1961) ("[J]ust as the Government is not bound by private antitrust litigation to which it is a stranger, so private parties, similarly situated, are not bound by government litigation.").

The States' invocation of *parens patriae* does not convert the *Faust* plaintiffs into parties to the States' action or adjudicate their individual claims. The States assert quasi-sovereign interests in their pleaded theatrical-distribution and basic-cable-licensing markets. The *Faust* plaintiffs are nonparties asserting their own threatened injuries under Section 16 in distinct consumer markets, including direct-to-consumer streaming and paid national television news. Accordingly, whatever disposition the Court reaches concerning the States' settlement, the *Faust* Plaintiffs submit that their action remains pending and is unaffected.

DATED: September 28, 2026

ALIOTO LAW FIRM

/s/ Joseph M. Alioto
Joseph M. Alioto, Esq.
Tatiana V. Wallace, Esq.
Attorneys for Plaintiffs

FOREMAN & BRASSO

/s/ Ronald D. Foreman
Ronald D. Foreman, Esq.
Ian A. Hansen, Esq.
Attorneys for Plaintiffs