**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

THE STATE OF CALIFORNIA, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE COMMONWEALTH OF MASSACHUSETTS, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF OREGON, AND THE STATE OF WASHINGTON,

Plaintiffs,

vs.

PARAMOUNT SKYDANCE CORPORATION (formerly Paramount Global), and WARNER BROS. DISCOVERY, INC.,

Defendants.

Case No. 4:26-cv-07116-AMO

**[~~PROPOSED~~] ORDER GRANTING OMNIBUS MOTION TO SEAL**

Having considered the Parties' Omnibus Motion to File Under Seal pursuant to Civil Local Rule 79-5 and this Court's July 20, 2026 Order, ECF No. 141, IT IS HEREBY ORDERED that the Clerk shall file the following materials filed in connection with Plaintiffs' Motion for a Temporary Restraining Order and Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order in accord with the Court's rulings indicated below.

| **Document or portion of document sought to be sealed** | **Evidence offered in support of sealing** | **Objections** | **Ruling** |
|---|---|---|---|
| Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction ("Defendants' TRO Opposition"), ECF No. 113-3 (unredacted), ECF No. 194-14 (redacted), Page 4, Lines 10–12 | Description of highly confidential and competitively sensitive information regarding customer contracts and negotiation strategy; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal; Declaration of Leah C. Montesano in Support of Omnibus Motion to File Under Seal ("Montesano Decl.") ¶¶ 24, 25 | N/A | GRANTED |
| Defendants' TRO Opposition, ECF No. 113-3, ECF No. 194-14, Page 4, Lines 13–20 | Description of highly confidential and competitively sensitive information regarding business dealings, and contract negotiations and terms; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Defendants' TRO Opposition, ECF No. 113-3, ECF No. 194-14, Page 4, Lines 19–20 | Confidential and sensitive financial and business information. Montesano Decl. ¶¶ 24, 26 | N/A | GRANTED |

| **Document or portion of document sought to be sealed** | **Evidence offered in support of sealing** | **Objections** | **Ruling** |
|---|---|---|---|
| Defendants' TRO Opposition, ECF No. 113-3, ECF No. 194-14, Page 5, Lines 3–4 | Description of highly confidential and competitively sensitive information regarding contract negotiations and terms; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal; Montesano Decl. ¶¶ 24, 26 | N/A | GRANTED |
| Defendants' TRO Opposition, ECF No. 113-3, ECF No. 194-14, Page 5, Lines 13–14 | Description of highly confidential and competitively sensitive information regarding contract negotiations and terms; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal; Montesano Decl. ¶¶ 24, 26 | N/A | GRANTED |
| Defendants' TRO Opposition, ECF No. 113-3, ECF No. 194-14, Page 17, Lines 7–8 | Description of highly confidential and competitively sensitive information regarding contract negotiations and terms; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Defendants' TRO Opposition, ECF No. 113-3, ECF No. 194-14, Page 17, Lines 26–27 (n. 5) | Description of Paramount's highly confidential and competitively sensitive information regarding internal business plans and strategy and financial data and models projections; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |

| **Document or portion of document sought to be sealed** | **Evidence offered in support of sealing** | **Objections** | **Ruling** |
|---|---|---|---|
| Defendants' TRO Opposition, ECF No. 113-3, ECF No. 194-14 , Page 22, Line 10 | Description of Paramount's highly confidential and competitively sensitive information regarding financial projections related to the impact of customer negotiations; Declaration of Raymond Hopkins in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Defendants' TRO Opposition, ECF No. 113-3, ECF No. 194-14, Page 23, Lines 2–6, 7–8 | Description of highly confidential and competitively sensitive information regarding contract negotiations and terms; Declaration of Raymond Hopkins in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Defendants' TRO Opposition, ECF No. 113-3, ECF No. 194-14, Page 23, Lines 5–6 | Confidential and sensitive business information. Montesano Decl. ¶¶ 24, 27 | N/A | GRANTED |
| Declaration of Shivani Patel in Support of Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order ("Patel Declaration"), ECF No. 113-6 (unredacted), ECF No. 194-17 (redacted) Paragraph 6, Page 2, Lines 3–4 | Description of Paramount's highly confidential and competitively sensitive financial performance and content slate strategy; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Patel Declaration, ECF No. 113-6, ECF No. 194-17, Paragraph 7, Page 2, Lines 8–9 | Description of Paramount's highly confidential and competitively sensitive content slate strategy; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| Patel Declaration, ECF No. 113-6, ECF No. 194-17, Paragraph 10, Page 3, Lines 1–2 | Description of Paramount's highly confidential and competitively sensitive planned content slate; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Patel Declaration, ECF No. 113-6, ECF No. 194-17, Paragraph 11, Page 3, Line 10 | Description of Paramount's highly confidential and competitively sensitive planned content slate; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Patel Declaration, ECF No. 113-6, ECF No. 194-17, Paragraph 14, Page 3, Line 23 | Description of highly confidential and competitively sensitive planned content slate and strategy; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Patel Declaration, ECF No. 113-6, ECF No. 194-17, Paragraph 15, Page 3, Line 27–Page 4, Line 5 | Description of highly confidential and competitively sensitive planned content slate and strategy; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Patel Declaration, ECF No. 113-6, ECF No. 194-17, Paragraph 16, Page 4, Lines 6–9 | Description of highly confidential and competitively sensitive planned content slate and strategy; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |

| **Document or portion of document sought to be sealed** | **Evidence offered in support of sealing** | **Objections** | **Ruling** |
|---|---|---|---|
| Declaration of Melanie Valera in Support of Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order ("Valera Declaration"), ECF No. 113-8 (unredacted), ECF No. 194-18 (redacted), Paragraph 2, Page 1, Lines 10–11 | Description of confidential and competitively sensitive information regarding business structure; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Valera Declaration, ECF No. 113-8, ECF No. 194-18, Paragraph 4, Page 1, Lines 24–26 | Description of highly confidential and competitively sensitive information regarding contract negotiations and terms; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Valera Declaration, ECF No. 113-8, ECF No. 194-18, Paragraph 5, Page 2, Lines 3–4 | Description of highly confidential and competitively sensitive information regarding contract terms; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Valera Declaration, ECF No. 113-8, ECF No. 194-18, Paragraph 6, Page 2, Lines 5–8 | Description of highly confidential and competitively sensitive information regarding contract negotiations and terms; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |

| **Document or portion of document sought to be sealed** | **Evidence offered in support of sealing** | **Objections** | **Ruling** |
|---|---|---|---|
| Valera Declaration, ECF No. 113-8, ECF No. 194-18, Paragraphs 8–10, Page 2, Lines 14–26, Page 3, Lines 1–3 | Description of highly confidential and competitively sensitive information regarding contract negotiations and terms; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Valera Declaration, ECF No. 113-8, ECF No. 194-18, Paragraph 11, Page 3, Lines 4–6 and 8–9 | Description of highly confidential and competitively sensitive information regarding contract negotiations and terms; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Valera Declaration, ECF No. 113-8, ECF No. 194-18, Paragraph 12, Page 3, Lines 11–15 | Description of highly confidential and competitively sensitive information regarding contract negotiations and terms; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Valera Declaration, ECF No. 113-8, ECF No. 194-18, Paragraphs 13–14, Page 3, Lines 16–26 | Description of highly confidential and competitively sensitive information regarding contract negotiations and terms; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| Valera Declaration, ECF No. 113-8, ECF No. 194-18, Paragraph 15, Pages 3–4, Lines 27–4 | Description of highly confidential and competitively sensitive information regarding contract negotiations and terms; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Valera Declaration, ECF No. 113-8, ECF No. 194-18, Paragraphs 16–17, Page 4, Lines 6–17 | Description of highly confidential and competitively sensitive information regarding contract negotiations and terms; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Valera Declaration, ECF No. 113-8, ECF No. 194-18, Paragraph 18, Page 4, Lines 18–19, 21–22 | Description of highly confidential and competitively sensitive information regarding contract negotiations and terms; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Valera Declaration, ECF No. 113-8, ECF No. 194-18, Paragraph 20, Page 5, Lines 5–6 | Description of highly confidential and competitively sensitive information regarding contract negotiations and terms; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| Valera Declaration, ECF No. 113-8, ECF No. 194-18, Paragraph 22, Page 5, Lines 16–18 | Description of highly confidential and competitively sensitive information regarding contract negotiations and terms; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Valera Declaration, ECF No. 113-8, ECF No. 194-18, Paragraph 23, Page 5, Lines 21–22 | Description of highly confidential and competitively sensitive information regarding contract negotiations and terms; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Valera Declaration, ECF No. 113-8, ECF No. 194-18, Paragraph 24, Page 6, Lines 3, 8–9 | Description of highly confidential and competitively sensitive information regarding contract negotiations and terms; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Valera Declaration, ECF No. 113-8, ECF No. 194-18, Paragraph 26, Page 6, Lines 14–16 | Description of highly confidential and competitively sensitive information regarding business dealings, and contract negotiations and terms; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| Declaration of Andrew Brandon-Gordon in Support of Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order ("Gordon Declaration"), ECF No. 113-9 (unredacted), ECF No. 194-19 (redacted), Paragraph 10, Page 2, Lines 27–28 | Description of competitively sensitive presentation regarding internal business plans and strategy, including projected synergies and financial data and models; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Gordon Declaration, ECF No. 113-9, ECF No. 194-19, Paragraph 15, Page 4, Lines 8, 10 | Description of competitively sensitive presentation regarding internal business plans and strategy, including projected synergies and financial data and models; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Gordon Declaration, ECF No. 113-9, ECF No. 194-19, Paragraph 20, Page 5, Line 17 | Description of competitively sensitive presentation regarding internal business plans and strategy, including projected synergies and financial data and models; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Declaration of Raymond Hopkins in Support of Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order ("Hopkins Declaration"), ECF No. 113-10 (unredacted), ECF No. 194-20 (redacted) Paragraph 5, Page 1, Line 27 | Description of highly confidential and competitively sensitive information regarding contract negotiations and terms; Declaration of Raymond Hopkins in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| Hopkins Declaration, ECF No. 113-10, ECF No. 194-20, Paragraph 13, Page 4, Line 12 | Description of highly confidential and competitively sensitive information regarding financial projections concerning the impact of customer negotiations; Declaration of Raymond Hopkins in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |
| Hopkins Declaration, ECF No. 113-10, ECF No. 194-20, Paragraph 15, Page 4, Lines 23–26 | Description of highly confidential and competitively sensitive information regarding contract negotiations and terms; Declaration of Raymond Hopkins in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |
| Declaration of Scott A. Miller in Support of Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order ("Miller Declaration"), ECF No. 113-4 (unredacted), ECF No. 194-15 (redacted), Paragraph 4, Page 2, Lines 16–19 | Confidential and sensitive financial and business information. Montesano Decl. ¶¶ 28, 29 | N/A | GRANTED |
| Miller Declaration, ECF No. 113-4, ECF No. 194-15, Paragraph 6, Pages 2–3, Lines 26–3 | Confidential and sensitive business information. Montesano Decl. ¶¶ 28, 30 | N/A | GRANTED |
| Miller Declaration, ECF No. 113-4, ECF No. 194-15, Paragraph 8, Page 3, Lines 7–8 | Confidential and sensitive business information. Montesano Decl. ¶¶ 28, 30 | N/A | GRANTED |
| Miller Declaration, ECF No. 113-4, ECF No. 194-15, Paragraph 10, Page 3, Lines 12–16 | Confidential and sensitive business information. Montesano Decl. ¶¶ 28, 30 | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| Miller Declaration, ECF No. 113-4, ECF No. 194-15, Paragraph 12, Page 3, Lines 20–22 | Confidential and sensitive business information. Montesano Decl. ¶¶ 28, 30 | N/A | GRANTED |
| Miller Declaration, ECF No. 113-4, ECF No. 194-15, Paragraph 13, Page 3, Lines 26–27 | Confidential and sensitive financial and business information. Montesano Decl. ¶¶ 28, 31 | N/A | GRANTED |
| Declaration of Jeffrey B. Goldstein in Support of Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order ("Goldstein Declaration"), ECF No. 113-5 (unredacted), ECF No. 194-16 (redacted), Paragraph 4, Pages 2, Lines 22–27 | Confidential and sensitive financial and business information. Montesano Decl. ¶¶ 32, 33 | N/A | GRANTED |
| Goldstein Declaration, ECF No. 113-5, ECF No. 194-16, Paragraph 5, Page 3, Lines 1–3 | Confidential and sensitive financial and business information. Montesano Decl. ¶¶ 32, 33 | N/A | GRANTED |
| Goldstein Declaration, ECF No. 113-5, ECF No. 194-16, Page 3, Line 4 and Page 4, Line 11 (headers) | Confidential and sensitive financial and business information. Montesano Decl. ¶¶ 32, 34 | N/A | GRANTED |
| Goldstein Declaration, ECF No. 113-5, ECF No. 194-16, Paragraphs 6–9, Page 3, Lines 5–16, 20–26 | Confidential and sensitive financial and business information. Montesano Decl. ¶¶ 32, 35 | N/A | GRANTED |
| Goldstein Declaration, ECF No. 113-5, ECF No. 194-16, Paragraphs 11–12, Page 4, Lines 12–17, 19–21 | Confidential and sensitive financial and business information. Montesano Decl. ¶¶ 32, 36 | N/A | GRANTED |
| Goldstein Declaration, ECF No. 113-5, ECF No. 194-16, Paragraph 15, Page 5, Lines 15–16 | Confidential and sensitive business information. Montesano Decl. ¶¶ 32, 37 | N/A | GRANTED |
| Goldstein Declaration, ECF No. 113-5, ECF No. 194-16, Paragraph 20, Page 6, Lines 20–21 | Confidential and sensitive business information. Montesano Decl. ¶¶ 32, 38 | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| Goldstein Declaration, ECF No. 113-5, ECF No. 194-16, Paragraph 23, Page 7, Line 6 | Confidential and sensitive business information. Montesano Decl. ¶¶ 32, 39 | N/A | GRANTED |
| Goldstein Declaration, ECF No. 113-5, ECF No. 194-16, Paragraph 24, Page 7, Lines 7–15 | Confidential and sensitive financial and business information. Montesano Decl. ¶¶ 32, 40 | N/A | GRANTED |
| Declaration of Kevin Murphy in Support of Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order ("Murphy Declaration"), ECF No. 113-11 (unredacted), ECF No. 194-21 (redacted), Paragraph 13, Page 5 | Description of competitively sensitive internal financial data; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Murphy Declaration, ECF No. 113-11, ECF No. 194-21, Paragraph 29, Page 14 | Description of competitively sensitive financial data; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Murphy Declaration, ECF No. 113-11, ECF No. 194-21, Paragraph 34, Page 15 and n. 18, 19 | Discussion of sensitive internal data and market analysis; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Murphy Declaration, ECF No. 113-11, ECF No. 194-21, Paragraph 38, Page 16 and n. 20 | Description of confidential and competitively sensitive information regarding post-transaction financial modeling; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |

| **Document or portion of document sought to be sealed** | **Evidence offered in support of sealing** | **Objections** | **Ruling** |
|---|---|---|---|
| Murphy Declaration, ECF No. 113-11, ECF No. 194-21, Paragraph 39, Page 18 | Description of confidential and competitively sensitive customer information; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Murphy Declaration, ECF No. 113-11, ECF No. 194-21, Paragraph 41, Page 19 | Description of confidential and competitively sensitive information regarding internal strategy and post-transaction financial modeling; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Murphy Declaration, ECF No. 113-11, ECF No. 194-21, Paragraph 42, Page 19 | Description of confidential and competitively sensitive information regarding internal strategy and post-transaction financial modeling; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Murphy Declaration, ECF No. 113-11, ECF No. 194-21, Paragraph 42, Page 20 at n.24 | Description of confidential and competitively sensitive information regarding internal strategy and post-transaction financial modeling; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| Murphy Declaration, ECF No. 113-11, ECF No. 194-21, Paragraph 43, Page 20 and n. 25 | Description of confidential and competitively sensitive information regarding internal strategy and post-transaction financial modeling; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Murphy Declaration, ECF No. 113-11, ECF No. 194-21, Paragraph 44, Page 20 | Description of confidential and competitively sensitive information regarding internal strategy and post-transaction financial modeling; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Murphy Declaration, ECF No. 113-11, ECF No. 194-21, Paragraph 45, Pages 20–21 | Description of confidential and competitively sensitive information regarding internal strategy and post-transaction financial modeling; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Murphy Declaration, ECF No. 113-11, ECF No. 194-21, Paragraph 46, Page 21 and n. 26 | Description of confidential and competitively sensitive information regarding internal strategy and post-transaction financial modeling; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| Murphy Declaration, ECF No. 113-11, ECF No. 194-21, Paragraph 47, Page 21 and n. 27 | Description of confidential and competitively sensitive information regarding internal strategy and post-transaction financial modeling; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Murphy Declaration, ECF No. 113-11, ECF No. 194-21, Paragraph 48, Page 21 | Description of confidential and competitively sensitive information regarding internal strategy and post-transaction financial modeling; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Murphy Declaration, ECF No. 113-11, ECF No. 194-21, Paragraph 49, Page 22 | Description of confidential and competitively sensitive customer information and post-transaction financial modeling; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Murphy Declaration, ECF No. 113-11, ECF No. 194-21, Paragraph 50, Page 22 | Description of competitively sensitive information on pricing considerations and related business strategy; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |

| **Document or portion of document sought to be sealed** | **Evidence offered in support of sealing** | **Objections** | **Ruling** |
|---|---|---|---|
| Murphy Declaration, ECF No. 113-11, ECF No. 194-21, Paragraph 50, Page 23 | Competitively sensitive financial projection; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Murphy Declaration, ECF No. 113-11, ECF No. 194-21, Paragraph 76, Page 44 | Description of highly confidential and competitively sensitive negotiations with exhibitors and contract terms; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Murphy Declaration, ECF No. 113-11, ECF No. 194-21, Paragraph 77, Page 44 | Description of highly confidential and competitively sensitive negotiations with exhibitors and related business strategy and contract terms; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Murphy Declaration, ECF No. 113-11, ECF No. 194-21, Paragraph 78, Page 45 | Description of highly confidential and competitively sensitive negotiations with exhibitors and related business strategy; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| Murphy Declaration, ECF No. 113-11, ECF No. 194-21, Paragraph 80, Page 46 | Description of highly confidential and competitively sensitive internal document on negotiations with exhibitors and related business strategy; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Murphy Declaration, ECF No. 113-11, ECF No. 194-21, Paragraph 85, Page 48 | Description of highly confidential and competitively sensitive internal document on competitive threats and business strategy; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Exhibit 1 to the Declaration of Jeffrey L. Kessler, ECF No. 113-12 (unredacted), "Film Studios Exercise" presentation (Seal in Full) | Competitively sensitive internal strategy document regarding planned content slate and financial data; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Exhibit 5 to the Declaration of Jeffrey L. Kessler, ECF No. 113-13 (unredacted), "Project Warrior Update" presentation (Seal in Full) | Competitively sensitive internal strategy document regarding transaction financials, internal strategy, and financial modeling; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| Exhibit F to Decl. of James H. Weingarten, WBD Presentation entitled "WBD Organization & Talent Review," ECF No. 29-5 (unredacted), ECF No. 194-10 (redacted), Pages 9, 19–35, 37–50, 52, 54–74[1] | Confidential and personally identifiable information. Montesano Decl. ¶¶ 9, 16 | N/A | GRANTED |
| Exhibit F to Decl. of James H. Weingarten, ECF No. 29-5, ECF No. 194-10, Pages 9–10, 13–15, 17 | Confidential and sensitive business information. Montesano Decl. ¶¶ 9, 16 | N/A | GRANTED |
| Exhibit F to Decl. of James H. Weingarten, ECF No. 29-5, ECF No. 194-10, Pages 76–85 | Confidential and sensitive business information. Montesano Decl. ¶¶ 9, 16 | N/A | GRANTED |
| Exhibit H to Decl. of James H. Weingarten, Email Chain Between WBD Employees, ECF No. 29-6 (unredacted), ECF No. 194-11 (redacted), Page 2[2] | Confidential and sensitive business information and personally identifiable information. Montesano Decl. ¶¶ 9, 17 | N/A | GRANTED |
| Exhibit J to the Declaration of James H. Weingarten, ECF No. 29-7 (Seal in Full) | Competitively sensitive internal strategy document regarding planned content slate and financial data; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Exhibit K to the Declaration of James H. Weingarten, ECF No. 29-8 (Seal in Full) | Description of highly confidential and competitively sensitive information regarding financial projections, financial planning, and transaction financials; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |

[1] For Exhibit F, all page numbers refer to PDF pagination.
[2] For Exhibit H, all page numbers refer to PDF pagination.

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| Exhibit L to the Declaration of James H. Weingarten, ECF No. 29-9 (Seal in Full) | Description of highly confidential and competitively sensitive financial information and details of business transactions with competitors and customers; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Exhibit N to the Declaration of James H. Weingarten, ECF No. 29-10 (Seal in Full) | Competitively sensitive internal strategy document regarding content slate and strategy and financial performance; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Exhibit O to the Declaration of James H. Weingarten, ECF No. 29-11 (Seal in Full) | Description of competitively sensitive and highly confidential commercial information provided to the DOJ regarding content slate and strategy, financial performance, contract negotiations and terms; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal; Declaration of Raymond Hopkins in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| Exhibit P to the Declaration of James H. Weingarten, ECF No. 29-12 (Seal in Full) | Competitively sensitive internal strategy document regarding business relationship and contract negotiations with a third-party and content strategy; Declaration of Raymond Hopkins in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Exhibit R to the Declaration of James H. Weingarten, ECF No. 29-14 (Seal in Full) | Confidential and sensitive business information. Montesano Decl. ¶¶ 9, 18 | N/A | GRANTED |
| Exhibit S to the Declaration of James H. Weingarten, ECF No. 29-15 (Seal in Full) | Competitively sensitive internal strategy document regarding release plan; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Exhibit T to the Declaration of James H. Weingarten, ECF No. 29-16 (Seal in Full) | Competitively sensitive internal strategy document regarding content strategy and release plan; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Exhibit U to Decl. of James H. Weingarten, 2023 Warner Bros. Year-End Theatrical Talking Points, ECF No. 29-17 (unredacted), ECF No. 194-12 (redacted), Page 2 | Confidential and sensitive business information. Montesano Decl. ¶¶ 9, 19 | N/A | GRANTED |
| Exhibit U to Decl. of James H. Weingarten, 2023 Warner Bros. Year-End Theatrical Talking Points, ECF No. 29-17, ECF No. 194-12, Pages 6–7 | Confidential and sensitive financial and business information. Montesano Decl. ¶¶ 9, 19 | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| Exhibit V to the Declaration of James H. Weingarten, ECF No. 29-18 (Seal in Full) | Confidential commercial information provided to DOJ regarding competitive threats; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Exhibit X to the Declaration of James H. Weingarten, ECF No. 29-19 (Seal in Full) | Competitively sensitive internal strategy presentation regarding financial projections; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Complaint, ECF No. 6-4 (unredacted), ECF No. 194-9 (redacted), Paragraph 6, Page 3, Lines 23–27 | Confidential and sensitive business information. Montesano Decl. ¶¶ 4, 5 | N/A | GRANTED |
| Complaint, ECF No. 6-4, ECF No. 194-9, Paragraph 11, Page 5, Lines 4–6 | Direct quote of highly confidential competitively sensitive internal strategy and future outlook; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Complaint, ECF No. 6-4, ECF No. 194-9, Paragraph 13, Page 5, Lines 17–22 | Description of highly confidential competitively sensitive internal Paramount documents evaluating synergies and content reduction; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| Complaint, ECF No. 6-4, ECF No. 194-9, Paragraph 52, Page 15, Lines 1–2 | Description of highly confidential and competitively sensitive strategic documents market definitions; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Complaint, ECF No. 6-4, ECF No. 194-9, Paragraph 56, Pages 15–16, Lines 27–28, 1–2 | Direct quote of highly confidential and competitively sensitive internal investment strategy communications; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Complaint, ECF No. 6-4, ECF No. 194-9, Paragraph 57, Page 16, Lines 9–11 | Confidential and sensitive business information. Montesano Decl. ¶¶ 4, 6 | N/A | GRANTED |
| Complaint, ECF No. 6-4, ECF No. 194-9, Paragraph 64a, Page 18, Lines 1–2 | Non-party DIRECTV Statement and accompanying Declaration, Dkt. 154. | N/A | GRANTED |
| Complaint, ECF No. 6-4, ECF No. 194-9, Paragraph 64d, Page 18, Line 26 | Non-party DIRECTV Statement and accompanying Declaration, Dkt. 154. | N/A | GRANTED |
| Complaint, ECF No. 6-4, ECF No. 194-9, Paragraph 79, Page 22, Lines 19–21 | Direct quote of highly confidential and competitively sensitive internal strategy document; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| Complaint, ECF No. 6-4, ECF No. 194-9, Paragraph 80, Page 22, Lines 22–26 | Description of highly confidential and competitively sensitive presentation regarding release production plans, internal transaction financial data and presentations; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Complaint, ECF No. 6-4, ECF No. 194-9, Paragraph 84, Page 23, Lines 21–22 | Description of highly confidential and competitively sensitive internal strategy document regarding content strategy and release plan; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal; Montesano Decl. ¶¶ 4, 7 | N/A | GRANTED |
| Complaint, ECF No. 6-4, ECF No. 194-9, Paragraph 93, Page 25, Lines 20–27 | Description of highly confidential and competitively sensitive information regarding financial projections, financial planning, and transaction financials; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal; Montesano Decl. ¶¶ 4, 8 | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| Complaint, ECF No. 6-4, ECF No. 194-9, Paragraph 104, Page 28, Lines 19–20 | Description of highly confidential and competitively sensitive information regarding internal strategy, financial projections, financial planning, and transaction financials; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| Plaintiffs' Memorandum in Support of Motion for a Temporary Restraining Order and Preliminary Injunction ("TRO Memorandum"), ECF No. 29-21 (unredacted), ECF No. 194-13 (redacted), Page 2, Lines 9–11 | Description of highly confidential and competitively sensitive information regarding internal strategy, financial projections, financial planning, and transaction financials; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal; Montesano Decl. ¶¶ 9, 10 | N/A | GRANTED |
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Page 4, Lines 20–21 | Confidential and sensitive business information. Montesano Decl. ¶¶ 9, 11 | N/A | GRANTED |
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Page 5, Lines 2–4 | Confidential and sensitive business information. Montesano Decl. ¶¶ 9, 12 | N/A | GRANTED |
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Page 5, Lines 5–7 | Description of highly confidential and competitively sensitive information regarding internal strategy, financial projections, financial planning, and transaction financials; Description of competitively sensitive internal strategy documents; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Page 5, Lines 18–19 | Description of highly confidential and competitively sensitive information regarding internal strategy, financial projections, financial planning, and transaction financials; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Page 5, Lines 20–23 | Description of highly confidential and competitively sensitive information regarding internal strategy, financial projections, financial planning, and transaction financials; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Pages 5–6, Lines 23, 1–3 | Description of and direct quotes from highly confidential and competitively sensitive presentation regarding financial projections, financial planning, and transaction financials; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Page 9, Line 15 | Description of and direct quotes from highly confidential and competitively sensitive presentation regarding financial projections, financial planning, and transaction financials; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal; Montesano Decl. ¶¶ 9, 10 | N/A | GRANTED |
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Page 13, Lines 5–7 | Description of highly confidential and competitively sensitive internal strategic documents; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal; Montesano Decl. ¶¶ 9, 12 | N/A | GRANTED |
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Page 13, Lines 20–22 | Direct quote of highly confidential and competitively sensitive internal strategy document regarding content slate and strategy and financial performance; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Page 14, Lines 19–20 | Direct quote of highly confidential commercial information provided to the DOJ regarding content slate and strategy, financial performance, contract negotiations and terms; Declaration of Raymond Hopkins in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Page 14, Line 27 | Describing competitively sensitive internal data tracking from highly confidential and commercially sensitive internal strategy document regarding business relationship and contract negotiations with a third-party and content strategy; Declaration of Raymond Hopkins in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Page 15, Lines 7–8 | Direct quote of competitively sensitive and highly confidential commercial information provided to the DOJ regarding content slate and strategy, financial performance, contract negotiations and terms; Declaration of Raymond Hopkins in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Page 15, Lines 20–21 | Confidential and sensitive business information. Montesano Decl. ¶¶ 9, 14 | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Page 18, Lines 26–27 | Description of highly confidential and competitively sensitive business practices and strategy; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal; Montesano Decl. ¶¶ 9, 15 | N/A | GRANTED |
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Pages 18–19, Lines 27–28, 1–2 | Description of highly confidential and competitively sensitive business practices and strategy; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Page 19, Lines 2–3 | Direct quote from competitively sensitive internal strategy document regarding release plan; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Page 19, Lines 8–9 | Direct quote from highly confidential competitively sensitive internal strategic planning document regarding content strategy and release plan; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Page 19, Lines 18–21 | Confidential and sensitive financial and business information. Montesano Decl. ¶¶ 9, 13 | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Page 19, Lines 24–26 | Description of highly confidential and competitively sensitive presentation regarding financial projections, financial planning, and transaction financials; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal; Montesano Decl. ¶¶ 9, 10 | N/A | GRANTED |
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Pages 19–20, Lines 28, 1 | Description of and direct quotes from highly confidential and competitively sensitive presentation regarding financial projections, financial planning, and transaction financials; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Page 20, Lines 25–26 | Description of highly and competitively sensitive confidential commercial information presented to DOJ regarding post-transaction internal content strategy; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Page 21, Lines 23–25 | Description of and direct quotes from highly confidential and competitively sensitive presentation regarding post-transaction internal strategy; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Page 22, Lines 1–3 | Description of highly confidential and competitively sensitive presentation regarding financial projections, financial planning, and transaction financials; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Page 22, Lines 3–5 | Description of highly confidential and competitively sensitive presentation regarding financial projections, financial planning, and transaction financials; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Page 23, Lines 16–17 | Description of highly confidential and competitively sensitive presentation regarding financial projections, financial planning, and transaction financials; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal | N/A | GRANTED |

| **Document or portion of document sought to be sealed** | **Evidence offered in support of sealing** | **Objections** | **Ruling** |
|---|---|---|---|
| TRO Memorandum, ECF No. 29-21, ECF No. 194-13, Page 15, Lines 13–14 | Non-party DIRECTV Statement and accompanying Declaration, Dkt. 154. | N/A | GRANTED |
| Declaration of Robin S. Lee, PhD ("Lee Declaration"), ECF No. 29-4 (unredacted), ECF No. 194-7 (redacted), Page 15, Paragraph 46 | Direct quote of highly confidential internal Paramount correspondence regarding film distribution practices and negotiations; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal; Declaration of Raymond Hopkins in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 20, Paragraph 54 & n. 47 | Non-party AMC Entertainment Holdings, Inc.'s Statement and accompanying Declaration, Dkt. 146. | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 20, Paragraph 56 | Direct quotes from highly confidential and competitively sensitive internal Paramount strategy document regarding film production and slate strategy; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 21, Paragraph 57 & n.51 | Confidential and sensitive business information. Montesano Decl. ¶¶ 20, 21 | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 21, n. 50 | Title of highly confidential and competitively sensitive internal Paramount strategy document regarding film production and slate strategy; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 21, Figure 5 | Direct slide from highly confidential and competitively sensitive internal Paramount strategy presentation regarding internal assessment of competition in film slates; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 22, Paragraph 58 & n.52 | Confidential and sensitive business information. Montesano Decl. ¶¶ 20, 21 | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 24, Paragraph 66 | Description of non-party AMC Entertainment's highly confidential rental rates for certain theatrical films from 2022 through 2025. | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 25, Figure 6 | Non-party AMC Entertainment Holdings, Inc.'s Statement and accompanying Declaration, Dkt. 146 | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 26, Figure 7 | Non-party AMC Entertainment Holdings, Inc.'s Statement and accompanying Declaration, Dkt. 146 | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Pages 26–27, Paragraphs 67–68 & n.64 | Confidential and sensitive financial and business information. Montesano Decl. ¶¶ 20, 22 | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Pages 26–27, n.65 | Non-party Comcast Corporation's Declaration, Dkt. 192 | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 28, Paragraph 73 | Direct quotes and description of highly confidential and competitively sensitive internal Paramount strategy presentations regarding film production and slate strategy; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 29, Paragraph 73, n. 69 | Direct quotes and descriptions of highly confidential and competitively sensitive internal Paramount strategy presentations regarding film production and slate strategy; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 29, Paragraph 73, n. 70 | Direct quotes and descriptions of highly confidential and competitively sensitive internal Paramount strategy presentations evaluating film production and slate strategy; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 29, Paragraph 73, n. 71 | Title of highly confidential and competitively sensitive internal Paramount strategy presentations evaluating film production and slate strategy Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 32, Paragraph 81 | Non-party AMC Entertainment Holdings, Inc.'s Statement and accompanying Declaration, Dkt. 146. | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 40, Paragraph 101 | Direct reference to information in Figure 5, slide from a highly confidential and competitively sensitive internal Paramount strategy presentation regarding internal assessment of competition in film slates; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 40, n. 86 | Confidential and sensitive business information. Montesano Decl. ¶¶ 20, 21 | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 40, Paragraph 103 n. 88 | Non-party Regal Cineworld's Statement and accompanying Declaration, Dkt. 153 | N/A | GRANTED |

| **Document or portion of document sought to be sealed** | **Evidence offered in support of sealing** | **Objections** | **Ruling** |
|---|---|---|---|
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 41, Paragraph 105 | Direct quotes from highly confidential and competitively sensitive internal Paramount strategy presentation regarding film strategy and competitive assessment; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 41, Paragraph 105, n. 92 | Title of and direct quotes from highly confidential and competitively sensitive internal Paramount strategy presentation regarding film strategy and competitive assessment; Declaration of Melanie Valera in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 49, Paragraph 126, n. 118 | Title of and direct quotes from highly confidential and competitively sensitive analysis of Paramount's business operations; Declaration of Raymond Hopkins in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |

| **Document or portion of document sought to be sealed** | **Evidence offered in support of sealing** | **Objections** | **Ruling** |
|---|---|---|---|
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 53, Paragraph 137 | Direct reference to findings from a highly confidential and competitively sensitive internal Paramount strategy presentation regarding linear cable analysis; Declaration of Raymond Hopkins in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 54, Paragraph 137, n. 131 | Title of and reference to highly confidential and competitively sensitive internal Paramount strategy presentation regarding linear cable analysis; Declaration of Raymond Hopkins in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 54, Paragraph 139 | Direct quotes of highly confidential and competitively sensitive internal Paramount strategy presentation regarding broadcast television competition and linear cable analysis; Declaration of Raymond Hopkins in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Pages 55–56, Paragraphs 139.1–.2 | Confidential and sensitive business information. Montesano Decl. ¶¶ 20, 23 | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 55, Paragraph 139, n. 135 | Title of highly confidential and competitively sensitive internal Paramount strategy presentation regarding broadcast television competition and linear cable analysis. Declaration of Raymond Hopkins in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 55, Paragraph 139 | Reference to and direct quotes from highly confidential and competitively sensitive internal Paramount strategy presentation regarding broadcast television competition and linear cable analysis. Declaration of Raymond Hopkins in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 55, Paragraph 139, n. 137 | Title of and direct quotes from highly confidential and competitively sensitive internal Paramount strategy presentation regarding broadcast television competition and linear cable analysis. Declaration of Raymond Hopkins in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |

| **Document or portion of document sought to be sealed** | **Evidence offered in support of sealing** | **Objections** | **Ruling** |
|---|---|---|---|
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 55, Paragraph 139, n. 138 | Title of highly confidential and competitively sensitive internal Paramount strategy presentation; Declaration of Raymond Hopkins in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 55, Paragraph 139, n. 141 | Title of and direct quotes from highly confidential and competitively sensitive analysis of Paramount's business operations; Declaration of Raymond Hopkins in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 55, Paragraph 139 | Direct quotes from highly confidential and competitively sensitive internal Paramount strategy presentation regarding Paramount's internal analysis of linear cable; Declaration of Raymond Hopkins in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 56, Paragraph 139, n. 142 | Title of highly confidential and competitively sensitive internal Paramount strategy presentation regarding Paramount's internal analysis of linear cable; Declaration of Raymond Hopkins in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |

| **Document or portion of document sought to be sealed** | **Evidence offered in support of sealing** | **Objections** | **Ruling** |
|---|---|---|---|
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 56, Paragraph 139 | Direct quotes from highly confidential and competitively sensitive internal Paramount strategy presentation regarding streaming and linear television. | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 56, Paragraph 139, n. 147 | Title of highly confidential and competitively sensitive internal Paramount strategy presentation regarding streaming and linear television; Declaration of Raymond Hopkins in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 59, Fig. 19 | Non-party DIRECTV, LLC's Statement and accompanying Declaration seeking to maintain under seal, Dkt. 154; Non-party Charter Communications, Inc. Declaration, Dkt. 143; Non-party Comcast Corporation's Declaration, Dkt. 192; Non-party Dish Network L.L.C's Statement and accompanying Declaration, Dkt. 189. | N/A | GRANTED |
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 60, n. 157 | Confidential and sensitive business information. Montesano Decl. ¶¶ 20, 23 | N/A | GRANTED |

| Document or portion of document sought to be sealed | Evidence offered in support of sealing | Objections | Ruling |
|---|---|---|---|
| Lee Declaration, ECF No. 29-4, ECF No. 194-7, Page 60, n. 158 | Direct reference to internal analysis in highly confidential and competitively sensitive internal Paramount strategy document regarding proposed transaction; Declaration of Andrew Brandon-Gordon in Support of Omnibus Motion to File Under Seal. | N/A | GRANTED |

**IT IS SO ORDERED.**

Dated: October 1, 2026

By: ______________________

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**
**Northern District of California**