Dear case number 4:26-CV-07116

my name is Alexander William Raike, I am a fan of all movies. once you read this letter to case for Paramount Skydance. is to why they must buy Warner Bros. Discovery, is that I found out, the two will definitely still make movies in the future. somehow I'm sure that they'll try to get along so very well, and proceed on keeping Hollywood alive forever in the future. so I think we should give Paramount Skydance a chance to buy Warner Bros. Discovery in order to have all film production still alive and try to keep on going in bussiness for all productions companies to proceed on with more movies to come, in the future. If we all give Paramount Skydance a chance to buy Warner Bros. Discovery, then I'm sure they can still keep the motion pictures to stay alive in the future and help all of Hollywood to proceed on with kinds of movies to make all people happy, which they are our family, friends, and all of the fans they grown up on in Hollywood in their childhood and dreams that they would like to do for a career when they grow up sooner or later.

From a fan in Scranton, PA

Alex Raike aka ALR.

FILED

OCT 13 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Delaware Towers Apartments

100 Smallcombe Drive
apt 401
Scranton pa 18508
united states

HARRISBURG PA 171
3 OCT 2026 PM 4 L

U.S. District Court for the
northern District of california
1301 Clay Street
ca 94612 united states

UNITED STATES OF AMERICA
FOREVER/USA

RECEIVED
OCT 13 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA